M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

James Long - Huston County Jail )
Full name and prison name of         )
Plaintiff(s)                                       )
                                                       )
v.                                                   )
                                                       )   CIVIL ACTION NO. 1:07-cv-581-MHT
Commander M. Reed          )   (To be supplied by Clerk of U.S. District
Sgt. Kursey                             )   Court)
C/o Moore                                )
C/o Pottie                                 )
C/o Seaverson                        )
C/o Beanoard                         )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.)                         )

RECEIVED 2007 JUN 25 A 9: 33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐   No ☑

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☑

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2.   Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT   *Huston County Jail*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED   *Huston County Jail*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Commander Reed | Huston County Jail |
| 2. | Sgt. Kursey | Huston County Jail |
| 3. | C/o Moore | Huston County Jail |
| 4. | C/o Pettic | Huston County Jail |
| 5. | C/o Seaverson | Huston County Jail |
| 6. | C/o Beanoard | Huston County Jail |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED   *April 17, 2007*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:   I was hand cuffed and held down while agance my will, and given a cavity search.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

My Cell mate was found to be in possession of Tobacco, on his person, The commander did not want to here anything, he jush came with 5 other officers, And cuffed me, And held me down And pulled my legs Apart, And had the Nurse give me A cavity search.

GROUND TWO: Cruel And Unusual Punishment was inflicted upon me by Sgt. Kursey

SUPPORTING FACTS: After the Cavitiy Search Sgt. Kursey Kept playing in And Around my ANAS, say Now A 2x4 could fit up in it. And when i begged them to stop Sgt. Kursey Elbowed me in the Mouth And busted my lip And chip my teeth.

GROUND THREE: I was held down Again And ruffed up. And At that time i was held down by the four C/o's And my legs pryed apart.

SUPPORTING FACTS: And At this time Nurse Gaile placed her finger in And Around my ANAS, And still nothing was found, And i begged the nurse to stop because i did not have Anything in me, And At that time she left And returned And ran A hose up inside of me, And still nothing happened Now, they were not satisfyed, they jush hung Around Joking And pushing me Around, And At that time i had A Seizer.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I, would Like All those who Are responceable for rApping me removed from there Job. And i wANt to sue for PuNitive DAMAges, Declatory DAMAges And Compensatory DAMAges

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6-11-07
                  (Date)

_____
Signature of plaintiff(s)



James Long Jr. #55681
H.C.J    E-S
901 E. main St.
Dothan, Ala
36301

Houston Co. Jail Inmate Mail

Office of the Clerk
United States District Court
Po box 711
Montgomery, Ala
36101-0711