AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Middle_ District of _ALABAMA_

RECEIVED
2007 JUN 25 A 9:3[?]
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_James Long_
Plaintiff

V.

_Commander M. Reed, et al.,_
_Sgt. Kursey_ Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:07-CV-581-MHT

I, _James Long_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Huston County Jail_

   Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☒ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   _Some times my mom, what ever she could send._

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.



Johnathan Bryant  "my son"  $300.00 month
Cody Long  "my son"  $150.00 month
Keely Long  "my daughter"  $150.00 month
Alexis Long  "my daughter"  $150.00 month

I declare under penalty of perjury that the above information is true and correct.



6-11-07
_____   _____
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                          HOUSTON COUNTY JAIL
===========================================================================
                          Resident Account Summary
                       Wednesday, June 20, 2007  @14:25
===========================================================================
For CIN: 55631    LONG, JAMES M
---------------------------------------------------------------------------
  Date      Transaction  Description              Amount   Balance   Owed    Held    Reference
---------------------------------------------------------------------------
06/20/2007  MEDCO        TYL                        0.50    0.00    100.01   0.00
06/20/2007  MEDCO        TYL                        0.50    0.00     99.51   0.00
06/20/2007  MEDCO        TYL/AA                     1.00    0.00     99.01   0.00
06/19/2007  <MEDCO>      VISTARIL JUNE             -7.50    0.00     98.01   0.00
06/19/2007  MEDCO        VISTARIL JUNE             10.00    7.50    105.51   0.00
06/19/2007  <MEDCO>      TYL/ANT                   -1.00    7.50     95.51   0.00
06/19/2007  MEDCO        TYL/ANT                    1.00    8.50     96.51   0.00
06/19/2007  <MEDCO>      TYL/ANT/GAS               -1.50    8.50     95.51   0.00
06/19/2007  MEDCO        TYL/ANT/GAS                1.50   10.00     97.01   0.00
06/19/2007  <MEDCO>      Payment for MEDCO on 2005 -4.19   10.00     95.51   0.00
06/19/2007  <MEDCO>      Payment for MEDCO on 2005 -5.81   14.19     99.70   0.00
06/19/2007  DEPMO        08739075789               20.00   20.00    105.51   0.00
06/17/2007  MEDCO        TYL/ANT                    1.00    0.00    105.51   0.00
06/17/2007  MEDCO        ANT                        0.50    0.00    104.51   0.00
06/07/2007  MEDCO        TYL                        0.50    0.00    104.01   0.00
06/07/2007  <MEDCO>      TYL                       -0.30    0.00    103.51   0.00
06/07/2007  MEDCO        TYL                        0.50    0.30    103.81   0.00
05/31/2007  EPR          OID:100045624-ComisaryPur -2.10    0.30    103.31   0.00
05/16/2007  EPR          OID:100045445-ComisaryPur-37.60    2.40    103.31   0.00
05/14/2007  <MEDCO>      Payment for MEDCO on 2005-14.19   40.00    103.31   0.00
05/14/2007  <MEDCO>      Payment for MEDCO on 2005 -0.50   54.19    117.50   0.00
05/14/2007  <MEDCO>      Payment for MEDCO on 2005 -0.50   54.69    118.00   0.00
05/14/2007  <MEDCO>      Payment for MEDCO on 2005 -4.81   55.19    118.50   0.00
05/14/2007  DEPMO        5651698400                40.00   60.00    123.31   0.00
05/14/2007  <MEDCO>      Payment for MEDCO on 2005 -0.19   20.00    123.31   0.00
05/14/2007  <MEDCO>      Payment for MEDCO on 2005-19.81   20.19    123.50   0.00
05/14/2007  DEPMO        5651698455                40.00   40.00    143.31   0.00
05/14/2007  DEPCASH      INITIAL DEPOSIT - REINSTA  0.00    0.00    143.31   0.00
05/04/2007  MEDCO        AA                         0.50    0.00    143.31   0.00
05/04/2007  MEDCO        TYL                        0.50    0.00    142.81   0.00
05/03/2007  MEDCO        TYL                        0.50    0.00    142.31   0.00
05/01/2007  MEDCO        LPN,TYL041807             10.00    0.00    141.81   0.00
04/25/2007  MEDCO        TYL                        0.50    0.00    131.81   0.00
04/25/2007  MEDCO        TYL                        0.50    0.00    131.31   0.00
04/11/2007  MEDCO        LAB040407                 20.00    0.00    130.81   0.00
04/11/2007  MEDCO        TYL                        0.50    0.00    110.81   0.00
04/03/2007  MEDCO        TYL/GAS                    0.50    0.00    110.31   0.00
04/01/2007  MEDCO        TYL/ANT                    1.00    0.00    109.81   0.00
03/30/2007  MEDCO        TYL/ANT                    1.00    0.00    108.81   0.00
03/28/2007  MEDCO        TYL/ANT                    1.00    0.00    107.81   0.00
03/28/2007  MEDCO        TYL                        0.50    0.00    106.81   0.00
08/30/2006  MEDCO        TYL                        0.50    0.00    106.31   0.00
08/30/2006  MEDCO        TYL                        0.50    0.00    105.81   0.00
08/25/2006  MEDCO        TYL                        0.50    0.00    105.31   0.00
05/11/2006  MEDCO        TYL                        0.50    0.00    104.81   0.00
05/10/2006  MEDCO        TYL/ANT                    1.00    0.00    104.31   0.00
05/10/2006  MEDCO        INH,VITB6,FLEX,IBU X 3DAY 25.00    0.00    103.31   0.00
05/08/2006  MEDCO        TYL                        0.50    0.00     78.31   0.00
05/08/2006  DEPCASH      INITIAL DEPOSIT - REINSTA  0.00    0.00     77.81   0.00
05/08/2006  MEDCO        TYL                        0.50    0.00     77.81   0.00
03/01/2006  <MEDCO>      VOID OUT OF JAIL          -0.65    0.00     77.31   0.00
03/01/2006  MEDCO        VOID OUT OF JAIL           0.65    0.65     77.96   0.00
02/28/2006  EPR          OID:100033798-ComisaryPur-19.35    0.65     77.31   0.00
02/26/2006  <MEDCO>      Payment for MEDCO on 2005-20.00   20.00     77.31   0.00
02/26/2006  DEPCASH      MAVIS                     40.00   40.00     97.31   0.00
02/26/2006  DEPCASH      INITIAL DEPOSIT - REINSTA  0.00    0.00     97.31   0.00
11/19/2005  MEDCO        TYL                        0.50    0.00     97.31   0.00
11/16/2005  MEDCO        TYL                        0.50    0.00     96.81   0.00
11/14/2005  MEDCO        TYL                        0.50    0.00     96.31   0.00
---------------------------------------------------------------------------
                                 Page 1
```

```
===========================================================
                      HOUSTON COUNTY JAIL
===========================================================
                   Resident Account Summary
              Wednesday, June 20, 2007  @14:25
===========================================================
```

For CIN: 55631    LONG, JAMES M

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---:|---:|---:|---:|---|
| 11/10/2005 | MEDCO | BENADRYL 110405 | 10.00 | 0.00 | 95.81 | 0.00 | |
| 11/10/2005 | MEDCO | LABS 110705 | 20.00 | 0.00 | 85.81 | 0.00 | |
| 11/10/2005 | MEDCO | CRNP 110705 | 20.00 | 0.00 | 65.81 | 0.00 | |
| 11/09/2005 | MEDCO | 1 DOSE OF BENADRYL 110305 | 0.50 | 0.00 | 45.81 | 0.00 | |
| 11/09/2005 | MEDCO | 1 DOSE DEPAKOTE 110305 | 0.50 | 0.00 | 45.31 | 0.00 | |
| 11/09/2005 | MEDCO | LPN 110305 | 5.00 | 0.00 | 44.81 | 0.00 | |
| 11/03/2005 | <MEDCO> | LAB,WELLBU,VALPRO10-24-05 | -0.19 | 0.00 | 39.81 | 0.00 | |
| 11/03/2005 | MEDCO | LAB,WELLBU,VALPRO10-24-05 | 40.00 | 0.19 | 40.00 | 0.00 | |
| 11/01/2005 | EPR | OID:100030398-ComisaryPur | -5.05 | 0.19 | 0.00 | 0.00 | |
| 10/24/2005 | EPR | OID:100030211-ComisaryPur | -14.76 | 5.24 | 0.00 | 0.00 | |
| 10/23/2005 | DEPCASH | ANNIE | 20.00 | 20.00 | 0.00 | 0.00 | |
| 10/22/2005 | DEPCASH | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 0.00 | 0.00 | |
| 06/24/2005 | RELEASE FUN | RELEASE OR CLOSEOUT TRANS | -72.20 | 0.00 | 0.00 | 0.00 | |
| 06/24/2005 | ERF | OID:100026248-ComisaryRef | 43.70 | 72.20 | 0.00 | 0.00 | |
| 06/21/2005 | EPR | OID:100026248-ComisaryPur | -43.70 | 28.50 | 0.00 | 0.00 | |
| 06/20/2005 | DEPCASH | MARVIS LONG | 20.00 | 72.20 | 0.00 | 0.00 | |
| 06/17/2005 | <MEDCO> | TYLENOL | -0.50 | 52.20 | 0.00 | 0.00 | |
| 06/17/2005 | MEDCO | TYLENOL | 0.50 | 52.70 | 0.50 | 0.00 | |
| 06/14/2005 | EPR | OID:100026100-ComisaryPur | -21.30 | 52.70 | 0.00 | 0.00 | |
| 06/14/2005 | DEPCASH | ANNIE COPLEY | 50.00 | 74.00 | 0.00 | 0.00 | |
| 06/14/2005 | ERF | OID:100025745-ComisaryRef | 3.20 | 24.00 | 0.00 | 0.00 | |
| 06/09/2005 | <MEDCO> | TYLENOL | -0.50 | 20.80 | 0.00 | 0.00 | |
| 06/09/2005 | MEDCO | TYLENOL | 0.50 | 21.30 | 0.50 | 0.00 | |
| 06/07/2005 | EPR | OID:100025745-ComisaryPur | -48.25 | 21.30 | 0.00 | 0.00 | |
| 06/05/2005 | DEPCASH | CINDY SKIPPER | 10.00 | 69.55 | 0.00 | 0.00 | |
| 06/05/2005 | DEPCASH | JENNIFER COPLEY | 20.00 | 59.55 | 0.00 | 0.00 | |
| 06/05/2005 | DEPMO | 54190597439--MAVIS LONG | 20.00 | 39.55 | 0.00 | 0.00 | |
| 06/01/2005 | <MEDCO> | TYLENOL/ANTACID X 2 | -1.00 | 19.55 | 0.00 | 0.00 | |
| 06/01/2005 | MEDCO | TYLENOL/ANTACID X 2 | 1.00 | 20.55 | 1.00 | 0.00 | |
| 05/31/2005 | EPR | OID:100025633-ComisaryPur | -49.75 | 20.55 | 0.00 | 0.00 | |
| 05/31/2005 | DEPMO | 92198412641 | 20.00 | 70.30 | 0.00 | 0.00 | |
| 05/30/2005 | DEPCASH | JENNIFER COPLEY | 50.00 | 50.30 | 0.00 | 0.00 | |
| 05/24/2005 | EPR | OID:100025465-ComisaryPur | -39.20 | 0.30 | 0.00 | 0.00 | |
| 05/22/2005 | <MEDCO> | TYLENOL | -0.50 | 39.50 | 0.00 | 0.00 | |
| 05/22/2005 | MEDCO | TYLENOL | 0.50 | 40.00 | 0.50 | 0.00 | |
| 05/22/2005 | DEPCASH | JENNIFER | 20.00 | 40.00 | 0.00 | 0.00 | |
| 05/21/2005 | DEPMO | 08090049316--MAVIS LONG | 20.00 | 20.00 | 0.00 | 0.00 | |
| 05/10/2005 | EPR | OID:100025052-ComisaryPur | -40.90 | 0.00 | 0.00 | 0.00 | |
| 05/10/2005 | ERF | OID:100024804-ComisaryRef | 0.75 | 40.90 | 0.00 | 0.00 | |
| 05/09/2005 | DEPCASH | JENNIFER COPELEY | 20.00 | 40.15 | 0.00 | 0.00 | |
| 05/09/2005 | DEPMO | 52868887 | 20.00 | 20.15 | 0.00 | 0.00 | |
| 05/04/2005 | EPR | OID:100024804-ComisaryPur | -19.95 | 0.15 | 0.00 | 0.00 | |
| 05/02/2005 | <MEDCO> | Payment for MEDCO on 2005 | -0.05 | 20.10 | 0.00 | 0.00 | |
| 05/02/2005 | DEPCASH | JENNIFER COPELEY | 20.00 | 20.15 | 0.05 | 0.00 | |
| 04/27/2005 | EPR | OID:100024523-ComisaryPur | -3.85 | 0.15 | 0.05 | 0.00 | |
| 04/18/2005 | ERF | OID:100024121-ComisaryRef | 4.00 | 4.00 | 0.05 | 0.00 | |
| 04/17/2005 | <MEDCO> | TYELNOL | -0.45 | 0.00 | 0.05 | 0.00 | |
| 04/17/2005 | MEDCO | TYELNOL | 0.50 | 0.45 | 0.50 | 0.00 | |
| 04/17/2005 | <MEDCO> | TYELNOL | -0.50 | 0.45 | 0.00 | 0.00 | |
| 04/17/2005 | MEDCO | TYELNOL | 0.50 | 0.95 | 0.50 | 0.00 | |
| 04/13/2005 | EPR | OID:100024121-ComisaryPur | -28.85 | 0.95 | 0.00 | 0.00 | |
| 04/11/2005 | DEPCASH | JENNIFER COPLEY | 20.00 | 29.80 | 0.00 | 0.00 | |
| 04/11/2005 | <MEDCO> | Payment for MEDCO on 2005 | -0.20 | 9.80 | 0.00 | 0.00 | |
| 04/11/2005 | DEPCASH | JENNIFER COPLEY | 10.00 | 10.00 | 0.20 | 0.00 | |
| 04/04/2005 | <MEDCO> | TYELNOL | -0.30 | 0.00 | 0.20 | 0.00 | |
| 04/04/2005 | MEDCO | TYELNOL | 0.50 | 0.30 | 0.50 | 0.00 | |
| 03/25/2005 | <MEDCO> | LPN 031505 | -1.00 | 0.30 | 0.00 | 0.00 | |
| 03/25/2005 | MEDCO | LPN 031505 | 1.00 | 1.30 | 1.00 | 0.00 | |
| 03/22/2005 | EPR | OID:100023430-ComisaryPur | -8.25 | 1.30 | 0.00 | 0.00 | |

```
                      HOUSTON COUNTY JAIL
================================================================
                      Resident Account Summary
                  Wednesday, June 20, 2007 @14:25
================================================================
```

For CIN: 55631     LONG, JAMES M

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---:|---:|---:|---:|---|
| 03/20/2005 | <MEDCO> | Payment for MEDCO on 2005 | -0.45 | 9.55 | 0.00 | 0.00 | |
| 03/20/2005 | DEPCASH | JENNIFER | 10.00 | 10.00 | 0.45 | 0.00 | |
| 03/20/2005 | DEPCASH | INITIAL DEPOSIT - REINSTA' | 0.00 | 0.00 | 0.45 | 0.00 | |
| 03/19/2005 | <MEDCO> | TYELNOL 031505 | -0.05 | 0.00 | 0.45 | 0.00 | |
| 03/19/2005 | MEDCO | TYELNOL 031505 | 0.50 | 0.05 | 0.50 | 0.00 | |
| 04/10/2004 | <MEDCO> | VOID-OUT OF JAIL | 0.05 | 0.05 | 0.00 | 0.00 | |
| 04/10/2004 | MEDCO | VOID-OUT OF JAIL | -0.05 | 0.00 | -0.05 | 0.00 | |
| 04/10/2004 | <MEDCO> | OUT OF JAIL | -0.05 | 0.00 | 0.00 | 0.00 | |
| 04/10/2004 | MEDCO | OUT OF JAIL | 0.05 | 0.05 | 0.05 | 0.00 | |
| 03/30/2004 | EPR | OID:100013473-ComisaryPur | -19.95 | 0.05 | 0.00 | 0.00 | |
| 03/27/2004 | DEPCASH | INITIAL DEPOSIT | 20.00 | 20.00 | 0.00 | 0.00 | |



Houston Co. Jail Inmate Mail

PM 22 JUN 2007

Office of the Clerk
United States District Court
P.O. box 711
Montgomery, Ala
36101-0711
Official Business

James Long Jr. #55631
H.C.J. E-S
901 E. Main St.
Dothan, Ala
36301