To whom it may Concern,

I'm writing this letter to advise that I James M. Long Jr. filed a civil rights complaint form with the office of the Clerk, from Houston Co. Jail and have sence been transfered to Ala. D.o.C. and wish to notify the Courts of my change of address, James Long #169420 A-71
K.C.F.
PO box 150
Mt. meigs, Ala
36057

thanks for your assistance.
James Long

James Long # 169420
K.C.F. A-71
P.O. box 150
mt. meigs, Ala
36057

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of the Clerk
United States District Court
PO box 711
Montgomery, Ala 36101-0711
Official Business

MONTGOMERY AL 361
03 JUL 2007 PM 4 L