IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07-CV-581-MHT |
| | ) | |
| M. REED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In light of the notice of change of address filed by the plaintiff on July 5, 2007 (Court Doc. No. 7), and for good cause, it is

ORDERED that on or before August 10, 2007 the defendants shall file a written report and answer in compliance with the directives of the order entered on June 26, 2007.

Done this 10th day of July, 2007.

        /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE