CLERK OF COURT  
U.S. District Court  
P.O. Box 711  
Montgomeery, Al. 36101-0711

JULY 10, 2007

Hon. Clerk of Court,

1:07cv581-MHT

I have a pending 1983 Civil Action filed in your court. I was transferred from Kilby Corr. Facility on July 9, 2007. I was placed in Bibb Co. Corr. Facility. I am writing this letter to let the court know that I am no longer at my previous address. My new address is:

      565 Bibb Lane  
      Brent, Al. 35034

Any and all corrospondence concerning my Civil Action needs to be sent to my new address. Thank you for your time on this matter.

Respectfully,

*James Long*

James Long

cc

## CERTIFICATE OF SERVICE

I hereby swear and affirm that I have caused a copy of the foregoing Notice of Change of Address to be served on the Clerk of The Court for the United States District Court, by placing the same in the U.S. Mail postage prepaid and addressed correctly as follows;

>OFFICE OF THE CLERK
>UNITED STATES DISTRICT COURT
>P.O. BOX 711
>MONTGOMERY, ALABAMA
>36101-0711

DONE, this the 24th day of July, 2007.

>*James Long # 169420*
>James Long, pro se affiant
>AIS # 169420
>565 Bibb Lane
>Brent, Alabama
>36034

JAMES LONG
#169420
565 BIBB LANE
BRENT, AL. 35034

BIRMINGHAM AL 352
25 JUL 2007 PM 6 L

OFFICE OF THE CLERK
US DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-0711