IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES LONG, #55631, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-581-MHT |
| | ) |
| COMMANDER KEITH REED, SERGEANT | ) |
| CARL KIRKSEY, CO SAMUEL MOORE, | ) |
| CO ROBERT PETTIE, CO NICKY | ) |
| SEVERSON, and CO FRANCIS BERNHARD, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW, Defendants in the above-styled cause, and respectfully request a twenty-one (21) day extension through and until August 31, 2007, in which to file their Special Report and Answer with this court, and as grounds therefore state as follows:

1. That Defendants' Special Report and Answer is currently due in this case on August 10, 2007.

2. That due to vacation schedules and the undersigned being out of the state, the undersigned has been unable to meet with the defendants to finalize and execute their affidavits for use with the Special Report and Answer.

WHEREFORE, Defendants respectfully request a twenty-one (21) day extension through and until August 31, 2007, in which to file their Special Report and Answer in this case.

Dated this 10th day of August, 2007.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER
Bar Number: SHE016
Attorney for Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Phone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all listed parties, and I further certify that a copy of the foregoing has been served upon, James Long, #169420, Bibb Correctional Facility, 565 Bibb Lane, Brent, AL 35034, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 10th day of August, 2007.

s/Gary C. Sherrer
OF COUNSEL