In The District Court of The United States
For the Middle District of Alabama
Southern Division

James Long, pro se, )
plaintiff )
v. ) Civil Action No. 1:07-CV-581 MHT
M. Reed, et al., )
defendants. )

RECEIVED
2007 AUG 20 A 9:32

## Motion For Appointment Of Counsel

Comes now James Long, pro se, the plaintiff in the above-styled cause, and requests this Court to appoint counsel in the above case. Plaintiff is indigent and incarcerated, and does not have the legal knowledge or resources to effectively pursue the case without counsel. Wherefore, premeses considered, plaintiff prays the court to grant him appointment of counsel.

Respectfully Submitted, this 16th day of August, 2007.

James Long, pro se affiant
James Long, pro se affiant

Certificate of Service

I hereby swear and affirm that I have caused a copy of the foregoing Motion For Appointment Of Counsel to be served on the clerk of the District Court of the United States for The Middle District Of Alabama, Southern Division, by placing same in the U.S. Mail postage prepaid and addressed correctly, this the 16th day of August, 2007.

James Long, pro se affiant
James Long, pro se affiant
BBCF
565 Bibb Lane
Brent, AL
35034-4040

James Long # 169480
165 Bibb lane C4-13A
Brent, Ala
35034-4040

Legal mail



Office of the Clerk
United State District Court
P.O. Box 711
Montgomery, Ala
36101-0711