IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07-CV-581-MHT |
| | ) | |
| M. REED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the special report filed by the defendants on August 31, 2007, and for good cause, it is

ORDERED that on or before September 19, 2007 the defendants shall file a supplement to their report which contains an affidavit form nurse Neiswanger addressing the allegations set forth in the plaintiff's complaint.

Done this 4th day of September, 2007.

                          /s/ Terry F. Moorer
                          TERRY F. MOORER
                          UNITED STATES MAGISTRATE JUDGE