## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JAMES LONG, #55631,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-581-MHT |
| | ) |
| **COMMANDER KEITH REED, SERGEANT** | ) |
| **CARL KIRKSEY, CO WILLIAM MOORE,** | ) |
| **CO ROBERT PETTIE, CO NICKY** | ) |
| **SEVERSON, and CO FRANCIS BERNHARD,** | ) |
| | ) |
| **Defendants.** | ) |

## SUPPLEMENTAL SPECIAL REPORT

Come now, Defendants, in the above-styled cause, and supplement and amend their Special

Report and Answer as previously filed to include the affidavit of **Nurse Gail Neiswanger.**    Said

affidavit is attached hereto as **Exhibit "1"** and is incorporated herein by reference as if fully set forth.

This Supplemental Special Report is filed pursuant to this Court's Order (Doc. #16) that *"the*

*defendants shall file a supplement to their report which contains an affidavit from nurse Neiswanger*

*addressing the allegations set forth in the plaintiff's complaint."*

---

SUPPLEMENTAL SPECIAL REPORT                                        Page 1 of 2

Respectfully submitted,

SHERRER, JONES & TERRY, P.C.

**s/Gary C. Sherrer**
GARY C. SHERRER, ATTORNEY FOR
THE ABOVE-REFERENCED DEFENDANTS
Alabama Attorney Code No. SHE-016

OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 WEST MAIN STREET
DOTHAN, ALABAMA  36301
(334) 678-0100

## CERTIFICATE OF SERVICE

    I, Gary C. Sherrer, do hereby certify that I have served a copy of the foregoing upon James

Long, #169420, Bibb Correctional Facility, 565 Bibb Lane, Brent, Alabama  35034, by placing a

copy of same in the United States Mail, postage prepaid and properly addressed on this the 14th day

of September, 2007.

**s/Gary C. Sherrer**
OF COUNSEL

# AFFIDAVIT OF NURSE
# GAIL NEISWANGER


# EXHIBIT 1

# TO SUPPLEMENT SPECIAL REPORT

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES LONG, #55631, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 1:07-CV-581-MHT |
| ) | |
| COMMANDER KEITH REED, SERGEANT ) | |
| CARL KIRKSEY, CO SAMUEL MOORE, ) | |
| CO ROBERT PETTIE, CO NICKY ) | |
| SEVERSON, and CO FRANCIS BERNHARD, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **Marilyn Gail Neiswanger**, who is a Licensed Practical Nurse and is employed as one of three nurses for purposes of rendering medical services and treatment to inmates at the Houston County Jail, who being by me first duly sworn, deposes and says as follows:

I am Gail Neiswanger. I am a Licensed Practical Nurse in the State of Alabama and I am one of three full time nurses working in the Houston County Jail. My principal duties involve the provision of necessary medical treatment for inmates incarcerated in the Houston County Jail.

EXHIBIT
1

Unless otherwise indicted herein, expressly or by the context thereof, I have personal knowledge of the facts and information contained herein. I make this affidavit after review of the subject matter and a review of inmate Long's Houston County Jail inmate medical file in an attempt to address the allegations of Plaintiff in this case.

In addition to funding three full time nurse positions, a full time Certified Physicians Assistant, a doctor contracted as the staff doctor and a registered supervising pharmacist for the provision of medical care to inmates such as the plaintiff, the County Jail provides a general medical clinic for medical problems that may arise in the jail. The medical clinic is held daily, Monday through Friday. The clinic is staffed by the staff physician and/or the Certified Physicians Assistant under the supervision of the physician. The nurses are in the Pods each day passing out inmate medications as well. Thus, inmates are given daily access to nursing services, hospital emergency room services, if necessary, and the general medical clinic. In addition, the doctor or physicians assistant is on call nightly and on weekends so there is generally medical treatment available "on call" to the jail on a 24 hour a day, seven days a week, basis. All inmate requests for medical treatment are forwarded to the jail medical staff to obtain or provide medical treatment as may be needed.

On April 17, 2007, around 4:30 - 5:00 p.m., Sergeant Kirksey came to the jail medical clinic with inmate Long. I was informed that inmate Long was on lockdown and had been searched for contraband, specifically tobacco. Reportedly inmate Long was given cigarettes by another inmate. Inmate Long told me that he indeed had received several cigarettes. Inmate Long told me that he had smoked one of them and had flushed the remaining four cigarettes down the toilet. Later Inmate Long claimed to have otherwise gotten rid of the cigarettes (inference was that he had passed them

to other inmates) and no longer had them. It was reported to me that Sergeant Kirksey had received information that inmate Long had the cigarettes hidden within his rectum in part or parts of a rubber glove. Sergeant Kirksey and Commander Reed told me that they wanted me to perform a rectal examination of inmate Long to see if there was any indication of the presence of contraband hidden within his rectum. It was known to me that the jail has had problems in the past with inmate Long possessing contraband.

When inmate Long is brought to me by Sergeant Kirksey, Commander Reed and other corrections officers for me to perform a rectal examination of inmate Long, inmate Long was wearing a yellow medical gown and flip flops. Inmate Long was repeatedly given the opportunity to produce the contraband but refused. He was taken into an exam room, for the examination. No other inmates were present in the medical clinic during my examination of inmate Long. Inmate Long was bent over onto an exam table but was not in any way "ruffed up [sic]" as inmate Long claims. When inmate Long was bent over onto the examination table he was still in handcuffs. Sergeant Kirksey held inmate Long's left arm and shoulder and Officer Pettie held inmate Long's right arm and shoulder in order to keep inmate Long on the examination bed. Officer Severson held inmate Long's left leg and Officer Moore interlocked his leg with inmate Long's right leg in order to hold the inmate in place for the nurse to perform the search. No other parts of the inmate's body were touched by any corrections officer. My rectal examination of inmate Long was professionally and clinically performed. Using ordinary precautions and K-Y Jelly, I inserted my right index finger into inmate Long's rectum to check for evidence of the presence of a foreign object such as tobacco wrapped in part of a surgical glove. Upon my examination, I was able to feel a foreign object in his rectum consistent with the description given to me of a plastic covered object in his rectum. Because

the foreign object was so deep into inmate Longs' rectum, I was unable to retrieve it. During my examiniation of inmate Long, I felt no stool and there was no evidence of stool on my gloved finger.

At no time during the entire process was inmate Long struck or touched inappropriately in any way. There were no inappropriate comments made by any of the officers present. Sergeant Kirksey never touched inmate Long in the buttock or rectal area. No one "played" and no one said anything about a 2x4 or otherwise "joked" during this process. No one hit or elbowed inmate Long in the face or otherwise during this process. All persons present acted professionally during this unpleasant but necessary procedure.

I left the room for a time and when I returned I was informed that inmate Long had said that he would cooperate and give up the contraband. Thereafter, inmate Long was taken into the central area of medical clinic and the I asked him if he could pass the contraband and inmate Long said yes. The inmate was placed on the toilet in the second exam room. After a couple of minutes the inmate reported to me that he could not pass the contraband. At that point I asked inmate Long if he wanted an enema and he said yes, he would try. I administered the enema using a prepackaged and prelubricated Fleets enema and I also used additional K-Y Jelly for ease of insertion into his rectum. The enema used is called Fleets enema which consists of a prepackaged small plastic bottle of solution with a plastic applicator tip that is between two and three inches in length. The enema was administered without complication and was well tolerated by inmate Long. After the enema, inmate Long inmate sat back on the toilet. After a few minutes all inmate Long appeared to pass was the enema fluid. After that, I obtained a bed pan for use by inmate Long while he was placed in a holding area.

Subsequently, inmate Long's bed pan was brought to me in the medical clinic two different

times. The first time I observed liquid (urine like) and a small amount of light brown particle matter that looked like hydrated tobacco. The second time, I observed a very small amount of liquified stool and what appeared to be tobacco flakes. During my examination of inmate Long I saw no objective signs of blood or bleeding. There was never any blood in the bedpan at any time.

I told Commander Reed at some point that I believed the enema may have washed part of the tobacco from inmate Long's rectum and into the bedpan.

I saw inmate Long several times during the evening of April 17, 2007 and I did not observe any type of injury or bleeding and inmate Long made no complaint of any to me. Inmate Long did claim that he was having a seizure while he was standing at the door to the holding area but he exhibited no objective sign or symptoms of a seizure. Later, inmate Long claimed that he had a cancer on his back, but upon examination, I found no objective evidence of a cancer or cancer type lesion was observed. The third time I saw inmate Long that evening, he began to verbally threaten me and accuse me of being a part of a conspiracy against him.

The following day, April 18, 2007, inmate Long was seen in the jail medical clinic complaining of an allergic reaction. Inmate Long also complained of blood in his stool and of joint soreness. Upon examination, the nurse prepared a full body diagram and mouth diagram of the her findings relative to inmate Long. Following her examination of inmate Long, the nurse reported that inmate Long had no broken teeth, no lip damage and no damage to gums in his mouth. She reported that inmate Long did have some red marks on his wrist, but that they looked to her like he had recently done that to himself. She reported that inmate Long did complain about having rectal bleeding but upon examination no objective evidence, signs or symptoms were of same was observed. Inmate Long was very agitated, used profanity and was verbally abusive to the jail

medical staff. As a matter of caution, inmate Long was given a stool sample container to provide the medical staff with a stool sample but inmate Long has not been compliant with the medical staff's instructions to return the sample container with a stool sample for further testing.

On Thursday, April 19, 2007, inmate Long was seen in the jail medical clinic by Dr. Banner and made no complaint of pain and gave no other indication of physical discomfort. Upon examination, Dr. Banner noted the presence of a few red bumps on inmate Long's leg but reported that they appeared to be heat related rather than a true allergic reaction. Inmate Long blamed all of his problems on the staff of the jail, complained that there was a conspiracy against him in the jail and said that he would not see Nurse Neiswanger again. Dr. Banner informed inmate Long that he would be seen by the jail medical staff, including Nurse Neiswanger, based on their availability. Dr. Banner reported that when he would not agree with inmate Long, inmate Long became angry and verbally abusive. At that point, inmate Long was returned to his cell.

The jail medical staff is committed to providing needed medical treatment to every inmate even when the inmate is manipulative, abusive or does not cooperate in his treatment. The jail medical staff makes medical decisions based on medical needs, not the desires of the inmate.

I am one of the custodians of records of inmate medical records in the Houston County Jail. A true and correct copy of plaintiff's jail medical file relative to this case, as maintained by the jail in the ordinary course of its operations as a county jail, is attached hereto as **Exhibit "A"** and is incorporated herein by reference as if fully set forth.

For more detail relative to the medical treatment rendered to the plaintiff, please refer to the copy of his jail medical file which is attached hereto as **Exhibit "A"**.



GAIL NEISWANGER

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me the undersigned authority, personally appeared **Gail Neiswanger**, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of her information, knowledge and belief.

Sworn to and subscribed before me on this the /3ᵗʰ day of September, 2007.

NOTARY PUBLIC

My Commission Expires: 12-9-2008

# PLAINTIFF'S JAIL MEDICAL FILE

# EXHIBIT A

# TO AFFIDAVIT OF NURSE
# GAIL NEISWANGER

# MEDICAL CHART

# JAMES LONG

# I/M # 55631

# SS#  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

# DOB:  05/07/72



RECEIVED

JUL 1 6 2007

BY: 07-015

# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
## FLOW SHEET

NAME: _Long, James_    D. O. B. _5/2/78_    I/M#: _55631_

| Start Date | MEDICATIONS: | Stop Date |
|---|---|---|
| 4/18/07 | 1. Tylenol Ti po bid X 14 d. | |
| | 2. | |
| | 3. | |
| | 4. | |
| | 5. | |
| | 6. | |
| | 7. | |
| | 8. | |
| | 9. | |
| | 10. | |

**CLINICS:**

HIV _____
COPD _____

SEIZURE _____
DIABETIC _____

HEPATITIS _____
HYPERTENSION _____

**LABS:**

| | NURSE INITIALS |
|---|---|
| DATE: CBC, electrolytes TSH | gp~ drawn |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |

**MISCELLANEOUS:**

| |
|---|
| |
| |
| |
| |
| |

**PROBLEMS:**

| |
|---|
| DATE: |
| DATE: |
| DATE: |
| DATE: |
| DATE: |
| DATE: |

### HOUSTON COUNTY JAIL
### MEDICAL CLINIC
ANDY HUGHES, SHERIFF

# HYPERTENSION CLINIC

BLOOD PRESSURE FLOW SHEET

NAME: _Amy James_____     D.O.B. _____     I/M # _____

| DATE | BP | WT | DATE | BP | WT | DATE | BP | WT |
|------|-----|-----|------|-----|-----|------|-----|-----|
| 4/27/07 | 143/94 | 80 | | | | | | |
| 4/30/07 | | | | | | | | |
| 5/2 | 135/90 | 74 | | | | | | |
| 5/7/07 | 124/77 | 58 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Other Diseases:

# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
### FLOW SHEET

NAME: Long, James          D.O.B. 5/7/72    I/M# 55631

| Start Date | MEDICATIONS: | Stop Date |
|---|---|---|
| 5/5/06 | 1. INH 300mg 3tabs po twice a week (mon thurs) X6mths | 8/23 |
| | 2. Pyridoxine 50mg 1po twice week (mon & thurs) X6mths | 8/26 |
| | 3. Flexaril 10mg Bid po | 5/7 |
| | 4. IBU 800mg Bid po | 5/7 |
| | 5. | |
| | 6. | |
| | 7. | |
| | 8. | |
| | 9. | |
| | 10. | |

**CLINICS:**

HIV _____
COPD _____
SEIZURE _____
DIABETIC _____
HEPATITIS _____
HYPERTENSION _____

**LABS:**                          NURSE INITIALS

| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |

**MISCELLANEOUS:**

**PROBLEMS:**

| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |
| DATE: | |

# HOUSTON COUNTY JAIL
## NURSING DEPARTMENT
## FLOW SHEET

NAME: Long James    D.O.B. 5-7-72    I/M # 55631

**MEDICATIONS:**

| | | |
|---|---|---|
| | 1. ~~Valproic Acid 500mg PO daily~~ | cont |
| 1 | 2. Valproic Acid 500mg PO qhs | |
| | 3. ~~Benadryl 50mg PO qhs x 30d~~ | 12/5 |
| | 4. ~~Oxcarbazepine Acid 1000mg~~ DC d/ose 11/03/05 | |
| | 5. Benadryl 50mg PO DC d/ose 11/03/05 | |
| | 6. Wellbutrin 300mg PO qday | cont |
| 1 | 7. Benadryl 75mg po qhs for rem of r+ | 12/5 |
| | 8. Valproic Acid 500mg PO qhs | cont |
| | 9. Zantac 300mg PO qhs | |
| | 10. | |

**CLINIC'S :**

HIV _____
COPD _____
SEIZURE _____
DIABETIC _____
HEPATITIS _____   23∂
HYPERTENSION _____   was not taking

**LAB:**                          NURSE SIG.          50-100

| DATE | | | |
|---|---|---|---|
| 10-24-05 Baseline Valproic | | | 4 |
| DATE 11/6/05 Deplate | | Jr 30∂ | |
| DATE | | | |
| DATE | | | |
| DATE | | | |
| DATE | | | |
| DATE | | | |
| DATE | | | |

**MISCELLANEOUS:**

2/22/06- pm snack

**PROBLEMS:**

DATE _____
DATE _____
DATE _____
DATE _____
DATE _____

Pg. #_____  DIABETIC FLOW SHEET_____  DF FLOW SHEET_____

N-5

## Houston County Jail
## Medical Receiving Form

Name: **Long, James Melvin**     Race/Sex: **w/m**     D.O.B. **5-7-72**

Date: **3-19-07**     Time: **2100**     Doctor: _____

Booking Officer: _____     Medical Insurance: **N/A**

Social Security Number: **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**     Inmate Number: **55631**

### VISUAL OBSERVATION:

|  |  | YES | NO |
|---|---|---|---|
| 1. IS THE PERSON CONSCIOUS? | | (YES) | NO |
| 2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY TREATMENT? | | YES | (NO) |
| 3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? | | YES | (NO) |
| 4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? | | (YES) | NO |
| 5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? | | YES | (NO) |
| 6. ARE THERE ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWL SYMPTOMS? | | YES | (NO) |
| 7. DOES HE/SHE BEHAVE ABNORMALLY? IF YES, EXPLAIN: _____ | | | |
| 8. DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS? | | YES | (NO) |
| 9. DOES THE INMATE HAVE A MEDICAL ALERT CARD/BRACELET OR OTHER MEDICAL INFO.? | | YES | (NO) |

### OFFICIAL INMATE QUESTIONNAIRE:

|  | YES | NO |
|---|---|---|
| 10. ARE YOU TAKING MEDICATION FOR (DIABETES), (HEART DISEASE), (SEIZURES), ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE OR PSYCHIATRIC DISORDER?) (CIRCLE WHICH) | (YES) | NO |
| 11. DO YOU HAVE MEDICATION WITH YOU? | YES | (NO) |
| 12. DO YOU HAVE A HISTORY OF TUBERCULOSIS? | (YES) | NO |
| 13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? | YES | (NO) |
| 14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR SEEN A DOCTOR FOR ANY REASON? | YES | (NO) |
| IF YES, EXPLAIN: _____ | | |
| 15. ARE YOU ALLERGIC TO ANY MEDICATION? WHAT? _____ | YES | (NO) |
| 16. ARE YOU ALLERGIC TO ANY FOODS? WHAT? _____ | YES | (NO) |
| 17. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? | (YES) | NO |
| 18. DO YOU HAVE EPILEPSY, (DIABETES), HEPATITIS, HIV OR ANY CHRONIC ILLNESS? _____ | YES | (NO) |
| 19. DO YOU HAVE A PAINFUL DENTAL CONDITON? | YES | (NO) |
| 20. IF FEMALE, ARE YOU PREGNANT OR BIRTH CONTROL? (CIRCLE WHICH) | YES | (NO) |
| 21. DO YOU HAVE A SPECIAL DIET PRESCRIBED TO YOU BY A PHYSICIAN? TYPE: _____ | YES | (NO) |
| 22. DO YOU HAVE ANY OTHER MEDICAL PROBLEM(S) THAT WE SHOULD KNOW ABOUT? | YES | (NO) |

STATE OF ALABAMA}

HOUSTON COUNTY}        MEDICAL RELEASE AUTHORIZATION

KNOW ALL MEN BY THESE PRESENTS, THAT FOR AND IN CONSIDERATION OF
HOUSTON COUNTY, ALABAMA, ASSUMING THE FINANCIAL RESPONSIBILITY OR LIABILITY FOR
MY MEDICAL OR DOCTOR TREATMENT AND CARE, I DO HEARBY AUTHORIZE ANY SUCH
MEDICAL DOCTOR OR HOSPITAL TO RELEASE ANY MEDICAL RECORDS OR INFORMATION TO
ANY DULY APPOINTED OR AUTHORIZED REPRESENTATIVE OF HOUSTON COUNTY, ALABAMA.

HOWEVER, THIS MEDICAL RELEASE AUTHORIZATION IS SPECIFICALLY LIMITED TO PROPERLY
AUTHORIZED HOUSTON COUNTY PERSONNEL; AND ANY SUCH MEDICAL DOCTOR OR HOSPITAL
IS NOT AUTHORIZED TO RELEASE ANY SUCH MEDICAL INFORMATION OR TREATMENT
INFORMATION TO ANY OTHER PERSON, COMPANY OR CORPORATION OTHER THAN BY MY
FURTHER EXPRESSED AUTHORITY FROM ME AND MY ATTORNEY.

ATTEST:

_____        _____
WITNESS

I, _____ James Mellin Long _____, AN INMATE IN THE HOUSTON COUNTY JAIL, HAVE
BEEN DULY INFORMED AND DO UNDERSTAND THE COST OF HOUSING AND MEDICAL CARE MY
BE ASSESSED AGAINST ME AS COST OF COURT, IF I AM CONVICTED OF A MISDEMEANOR IN THE
DISTRICT COURT.

_____
SIGNATURE

DATE: _____ 3-19-07 _____

WITNESS: _____

# INMATE HYGIENE FORM

Date: _3·19·c 7_  Shift: ___3ʳᵈ___  Time: __0550__ ⒶM̶/ PM

Inmate's Name: ___Long, James Melvin___  Inmate's #: ___556·31___

The above named inmate was sprayed with the Delousing Agent
(hair and body areas). This was left on their hair and body for 10
minutes. The inmate was then instructed to shower to remove this
agent.

Inmate's Signature: _____

Officer's Signature: _____ C/o Beechum _____

# ACKNOWLEDGEMENT OF RECEIPT OF ARMBAND

I, ___James Melvin Long___, have received an armband
from the Houston County Jail. I am aware that I must wear this
armband at all times while incarcerated in the Houston County Jail.
I understand that I MUST have the armband on to receive
medication, commissary, mail or any other items from the jail
staff. If I am caught with out my armband, I am aware that I will
receive a sanction. I must turn in the armband upon release from
the Houston County Jail. I am also aware that I cannot give this
armband to any other inmate.

_____     __3·19·07__
Inmate's Signature                Date

_____     __3·19·07__
Officer's Signature               Date

*Return this form to Nursing with the inmate's Medical Screening

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET

Page      1

BOOKING NO:    070001179

LOCAL ID:    55631

Name      : LONG JAMES MELVIN JR

Address : 1988 CO RD 223

City      : JACK          State: AL Zip: 36346



## Physical Description

Race :   **WHITE**          Hair :   **BLONDE**

Gender:   **MALE**          Eyes:   **BLUE**

Height:   **5 ' 10 "**          Complexion:   **UNKNOWN**

Weight:   **185**          DOB:   **05/07/1972**      Age: **34**

Scars/Tattoos:

## Personal Information

DL State :          Home Phone:   **334 897 1731**

DL Number:          Work Phone:

SSN:   **514 84 6990**

SID:

## Booking Information

Arrest Date: **03/19/2007**          Booking Officer: **HUNTER**

Arrest Dept: **HCSD**          Booking Date: **03/19/2007**

Arrest Offcr: **BLAIR**          Booking Time: **21:00**

Search Offcr: **2N SHIFT**          Facility: **01**

Meal Code: **01**          Cell Assignment: **N 5**

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| PROB VIOL-ESCAPE II | $00.00 | NO BOND | PENDING |
| PROB VIOL-DOM VIOL II | $00.00 | NO BOND | PENDING |

# HOUSTON COUNTY JAIL
## RECEIVING SCREENING FORM

NAME: Long James M    RACE/SEX: W/m    D.O.B: 5/7/72

DATE: 8/23/06    TIME: 2030    DOCTOR: N/A

BOOKING OFFICER: Himtt    MEDICAL INSURANCE: N/A

SOCIAL SECURITY NUMBER: 514 - 84 - 6990    INMATE NUMBER: 55631

## VISUAL OPTION:

1. IS THE PERSON CONSCIOUS?    YES / NO
2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT?    YES / NO
3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD?    YES / NO
4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN?    YES / NO
5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS?    YES / NO
6. ARE THER ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS?    YES / NO
7. DOES HE/SHE BEHAVE ABNORMALLY?    EXPLAIN _____    YES / NO

_____

8. DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS?    YES / NO
9. DOES THE INMATE HAVE A MEDICAL ALERT CARD OR OTHER MEDICAL INFORMATION?    YES / NO

## OFFICIAL – INMATE QUESTIONNAIRE: States Quit taking meds

10. ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE, OR PSYCHIATRIC DISORDER? (CIRCLE WHICH).    YES / NO
11. DO YOU HAVE MEDICATION WITH YOU?    YES / NO
12. DO YOU HAVE A HISTORY OF TUBERCULOSIS?    YES / NO
13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE?    YES / NO
14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON?    YES / NO
    IF YES, EXPLAIN: _____
15. ARE YOU ALLERGIC TO ANY MEDICATION? WHAT? _____    YES / NO
16. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY?    YES / NO
17. DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? _____    YES / NO
18. DO YOU HAVE A PAINFUL DENTAL CONDITION?    YES / NO
19. IF FEMALE, ARE YOU PREGNANT? ON BIRTH CONTROL PILLS? (CIRCLE WHICH)    YES / NO
20. DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE_____    YES / NO

_____

21. DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT?    YES / NO
    REMARKS: _____

STATE OF ALABAMA}
HOUSTON COUNTY}                    MEDICAL RELEASE AUTHORIZATION

KNOW ALL MEN BY THESE PRESENTS, THAT FOR AND IN CONSIDERATION OF HOUSTON COUNTY, ALABAMA, ASSUMING THE FINANCIAL RESPONSIBILITY OR LIABILITY FOR MY MEDICAL OR DOCTOR TREATMENT AND CARE, I DO HEREBY AUTHORIZE ANY SUCH MEDICAL DOCTOR OR HOSPITAL TO RELEASE ANY MEDICAL RECORDS OR INFORMATION TO ANY DULY APPOINTED OR AUTHORIZED REPRESENTATIVE OF HOUSTON COUNTY, ALABAMA.

HOWEVER, THIS MEDICAL RELEASE AUTHORIZATION IS SPECIFICALLY LIMITED TO PROPERLY AUTHORIZED HOUSTON COUNTY PERSONNEL; AND ANY SUCH MEDICAL DOCTOR OR HOSPITAL IS NOT AUTHORIZED TO RELEASE ANY SUCH MEDICAL INFORMATION OR TREATMENT INFORMATION TO ANY OTHER PERSON, COMPANY, OR CORPORATION, OTHER THAN BY MY FURTHER EXPRESSED AUTHORITY FROM ME AND MY ATTORNEY.

ATTEST:

_____          _____
WITNESS

I, _Long James M_____, AN INMATE IN THE HOUSTON COUNTY JAIL, HAVE BEEN DULY INFORMED AND DO UNDERSTAND THE COST OF HOUSING AND MEDICAL CARE MAY BE ASSESSED AGAINST ME AS COST OF COURT, IF I AM CONVICTED OF A MISDEMEANOR IN THE DISTRICT COURT.

_____
SIGNATURE

DATE: _8/23/06_
WITNESS: _____

# INMATE HYGIENE FORM

Date: _8/23/06_ Shift: _3RD_ Time: _02:01_ (AM) PM

Inmate's Name: _Long James M_ Inmate's #: _5563_

The above named inmate was sprayed with the Delousing Agent (hair and body areas). This was left on their hair and body for 10 minutes. The inmate was then instructed to shower to remove this agent.

Inmate's Signature: _James Long_

Officer's Signature: _Lux_

# ACKNOWLEDGEMENT OF RECEIPT OF ARMBAND

I, _____, have received an armband from the Houston County Jail. I am aware that I must wear this armband at all times while incarcerated in the Houston County Jail. I understand that I MUST have the armband on to receive medication, commissary, mail or any other items from the jail staff. If I am caught with out my armband, I am aware that I will receive a sanction. I must turn in the armband upon release from the Houston County Jail. I am also aware that I cannot give this armband to any other inmate.

_James Long_
Inmate's Signature

_8/23/06_
Date

_Hunter_
Officer's Signature

_8/23/06_
Date

*Return this form to Nursing with the inmate's Medical Screening Form.

## HOUSTON COUNTY SHERIFFS OFFICE

### INMATE INFORMATION SHEET                    Page    1

BOOKING NO:    060003206                                    LOCAL ID:    55631

Name    : **LONG JAMES MELVIN JR**

Address : **RT 1 BOX 55**

City    : **JACK**              State: **AL** Zip: **36346**



## Physical Description

Race :    **WHITE**              Hair :    **BLONDE**

Gender:   **MALE**               Eyes:     **BLUE**

Height:   **5 ' 10 "**           Complexion:    **UNKNOWN**

Weight:   **185**                DOB:      **05/07/1972**      Age: **34**

Scars/Tattoos:

## Personal Information

DL State :                       Home Phone: **334 897 1731**

DL Number:                       Work Phone:

SSN:  **514 84 6990**

SID:

## Booking Information

Arrest Date: **08/23/2006**       Booking Officer: **HUNTER**

Arrest Dept: **HCJ**                 Booking Date: **08/23/2006**

Arrest Offcr: **C/OLANEY**           Booking Time: **20:30**

Search Offcr: **FITZGERALD**            Facility: **01**

Meal Code: **01**                Cell Assignment: **A POD**

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| **ESCAPE 2** | **$00.00** | **10,000** | **PENDING** |
| **DOMESTIC VIOLENCE II** | **$00.00** | **NO BOND** | **PENDING** |

# HOUS□N COUNTY JAIL
## RECEIVING SCREENING FORM

# 169420

NAME: _James Ipnb_    RACE/SEX: _W M_    D.O.B: _5-7-72_

DATE: _5/3/6_    TIME: _____    DOCTOR: _____

BOOKING OFFICER: _Culver_    MEDICAL INSURANCE: _____

SOCIAL SECURITY NUMBER: _514 - 84 - 6990_  INMATE NUMBER: _SS631_

## VISUAL OPTION:

| | | |
|---|---|---|
| 1. IS THE PERSON CONSCIOUS? | **YES** | NO |
| 2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT? | YES | **NO** |
| 3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? | YES | **NO** |
| 4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? | **YES** | NO |
| 5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? | YES | **NO** |
| 6. ARE THER ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS? | YES | **NO** |
| 7. DOES HE/SHE BEHAVE ABNORMALLY?  ·  EXPLAIN _____ | YES | **NO** |
| 8. DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS? | YES | **NO** |
| 9. DOES THE INMATE HAVE A MEDICAL ALERT CARD OR OTHER MEDICAL INFORMATION? | YES | **NO** |

## OFFICIAL – INMATE QUESTIONNAIRE:

| | | |
|---|---|---|
| 10. ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE, OR PSYCHIATRIC DISORDER? (CIRCLE WHICH). | **YES** | NO |
| 11. DO YOU HAVE MEDICATION WITH YOU? | **YES** | NO |
| 12. DO YOU HAVE A HISTORY OF TUBERCULOSIS? | YES | **NO** |
| 13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? | YES | **NO** |
| 14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON? IF YES, EXPLAIN: _____ | YES | **NO** |
| 15. ARE YOU ALLERGIC TO ANY MEDICATION? WHAT? _____ | YES | **NO** |
| 16. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? | YES | **NO** |
| 17. DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? _____ | YES | **NO** |
| 18. DO YOU HAVE A PAINFUL, DENTAL CONDITION? | YES | **NO** |
| 19. IF FEMALE, ARE YOU PREGNANT? ON BIRTH CONTROL PILLS? (CIRCLE WHICH) | YES | NO |
| 20. DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE _Snack_ | **YES** | NO |
| 21. DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT? REMARKS: _Pinch Nerve_ | **YES** | NO |

STATE OF ALABAMA}
HOUSTON COUNTY}                MEDICAL RELEASE AUTHORIZATION

KNOW ALL MEN BY THESE PRESENTS, THAT FOR AND IN CONSIDERATION OF HOUSTON
COUNTY, ALABAMA, ASSUMING THE FINANCIAL RESPONSIBILITY OR LIABILITY FOR MY MEDICAL OR DOCTOR
TREATMENT AND CARE, I DO HEREBY AUTHORIZE ANY SUCH MEDICAL DOCTOR OR HOSPITAL TO RELEASE
ANY MEDICAL RECORDS OR INFORMATION TO ANY DULY APPOINTED OR AUTHORIZED REPRESENTATIVE OF
HOUSTON COUNTY, ALABAMA.

HOWEVER, THIS MEDICAL RELEASE AUTHORIZATION IS SPECIFICALLY LIMITED TO PROPERLY AUTHORIZED
HOUSTON COUNTY PERSONNEL; AND ANY SUCH MEDICAL DOCTOR OR HOSPITAL IS NOT AUTHORIZED TO
RELEASE ANY SUCH MEDICAL INFORMATION OR TREATMENT INFORMATION TO ANY OTHER PERSON,
COMPANY, OR CORPORATION, OTHER THAN BY MY FURTHER EXPRESSED AUTHORITY FROM ME AND MY
ATTORNEY.

ATTEST:

_____
WITNESS

I, _____, AN INMATE IN THE HOUSTON COUNTY JAIL, HAVE BEEN
DULY INFORMED AND DO UNDERSTAND THE COST OF HOUSING AND MEDICAL CARE MAY BE ASSESSED
AGAINST ME AS COST OF COURT, IF I AM CONVICTED OF A MISDEMEANOR IN THE DISTRICT COURT.

_____
SIGNATURE

DATE: 5/3/6
WITNESS: _____

# INMATE HYGIENE FORM

Date: _5/3/6_    Shift: _2nd_    Time: _____ AM / PM

Inmate's Name: _James Kirk_    Inmate's #: _SS631_

The above named inmate was sprayed with the Delousing Agent (hair and body areas). This was left on their hair and body for 10 minutes. The inmate was then instructed to shower to remove this agent.

Inmate's Signature: _James Jong_

Officer's Signature: _____

# ACKNOWLEDGEMENT OF RECEIPT OF ARMBAND

I, _____, have received an armband from the Houston County Jail. I am aware that I must wear this armband at all times while incarcerated in the Houston County Jail. I understand that I MUST have the armband on to receive medication, commissary, mail or any other items from the jail staff. If I am caught with out my armband, I am aware that I will receive a sanction. I must turn in the armband upon release from the Houston County Jail. I am also aware that I cannot give this armband to any other inmate.

_James Jong_                         _5/3/6_
Inmate's Signature                    Date

_____                     _5/3/6_
Officer's Signature                   Date

*Return this form to Nursing with the inmate's Medical Screening Form.



ront

# HOUSTON COUNTY JAIL
# RECEIVING SCREENING FORM

P

NAME: James Long          RACE/SEX: WM          D.O.B: 5-7-72

DATE: 2/20/6          TIME: 1445          DOCTOR: _____

BOOKING OFFICER: Culver          MEDICAL INSURANCE: _____

SOCIAL SECURITY NUMBER: 514 - 84 - 6990  INMATE NUMBER: 55631

## VISUAL OPTION:

| | | |
|---|---|---|
| 1. IS THE PERSON CONSCIOUS? | YES | NO |
| 2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT? | YES | NO |
| 3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? | YES | NO |
| 4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? | YES | NO |
| 5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? | YES | NO |
| 6. ARE THER ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS? | YES | NO |
| 7. DOES HE/SHE BEHAVE ABNORMALLY?   EXPLAIN _____ | YES | NO |
| 8. DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS? | YES | NO |
| 9. DOES THE INMATE HAVE A MEDICAL ALERT CARD OR OTHER MEDICAL INFORMATION? | YES | NO |

## OFFICIAL – INMATE QUESTIONNAIRE:

| | | |
|---|---|---|
| 10. ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE, OR PSYCHIATRIC DISORDER? (CIRCLE WHICH). | YES | NO |
| 11. DO YOU HAVE MEDICATION WITH YOU? | YES | NO |
| 12. DO YOU HAVE A HISTORY OF TUBERCULOSIS? | YES | NO |
| 13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? | YES | NO |
| 14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON? IF YES; EXPLAIN: _____ | YES | NO |
| 15. ARE YOU ALLERGIC TO ANY MEDICATION? WHAT? _____ | YES | NO |
| 16. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? | YES | NO |
| 17. DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? _____ | YES | NO |
| 18. DO YOU HAVE A PAINFUL DENTAL CONDITION? | YES | NO |
| 19. IF FEMALE, ARE YOU PREGNANT? ON BIRTH CONTROL PILLS? (CIRCLE WHICH) | YES | NO |
| 20. DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE SNack w/ Meds | YES | NO |
| 21. DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT? REMARKS: | YES | NO |

STATE OF ALABAMA}
HOUSTON COUNTY}                    MEDICAL RELEASE AUTHORIZATION

KNOW ALL MEN BY THESE PRESENTS; THAT FOR AND IN CONSIDERATION OF HOUSTON
COUNTY, ALABAMA, ASSUMING THE FINANCIAL RESPONSIBILITY OR LIABILITY FOR MY MEDICAL OR DOCTOR
TREATMENT AND CARE, I DO HEREBY AUTHORIZE ANY SUCH MEDICAL DOCTOR OR HOSPITAL TO RELEASE
ANY MEDICAL RECORDS OR INFORMATION TO ANY DULY APPOINTED OR AUTHORIZED REPRESENTATIVE OF
HOUSTON COUNTY, ALABAMA.

HOWEVER, THIS MEDICAL RELEASE AUTHORIZATION IS SPECIFICALLY LIMITED TO PROPERLY AUTHORIZED
HOUSTON COUNTY PERSONNEL; AND ANY SUCH MEDICAL DOCTOR OR HOSPITAL IS NOT AUTHORIZED TO
RELEASE ANY SUCH MEDICAL INFORMATION OR TREATMENT INFORMATION TO ANY OTHER PERSON,
COMPANY, OR CORPORATION, OTHER THAN BY MY FURTHER EXPRESSED AUTHORITY FROM ME AND MY
ATTORNEY.

ATTEST: _____          X _James Long_____
WITNESS

I, _____, AN INMATE IN THE HOUSTON COUNTY JAIL, HAVE BEEN
DULY INFORMED AND DO UNDERSTAND THE COST OF HOUSING AND MEDICAL CARE MAY BE ASSESSED
AGAINST ME AS COST OF COURT, IF I AM CONVICTED OF A MISDEMEANOR IN THE DISTRICT COURT.

                                        X _James Long_____
                                              SIGNATURE

DATE: 2/26/0
WITNESS: _____

# INMATE HYGIENE FORM

Date: _2/70/6_    Shift: _2nd_    Time: _____ AM / PM

Inmate's Name: _James long_    Inmate's #: _____

The above named inmate was sprayed with the Delousing Agent (hair and body areas). This was left on their hair and body for 10 minutes. The inmate was then instructed to shower to remove this agent.

Inmate's Signature: X _James long_

Officer's Signature: _____

# ACKNOWLEDGEMENT OF RECEIPT OF ARMBAND

I, _James Long_, have received an armband from the Houston County Jail. I am aware that I must wear this armband at all times while incarcerated in the Houston County Jail. I understand that I MUST have the armband on to receive medication, commissary, mail or any other items from the jail staff. If I am caught with out my armband, I am aware that I will receive a sanction. I must turn in the armband upon release from the Houston County Jail. I am also aware that I cannot give this armband to any other inmate.

X _James long_                          _2/70/6_
Inmate's Signature                       Date

_____                                  _2/20/6_
Officer's Signature                      Date

*Return this form to Nursing with the inmate's Medical Screening Form.

HOUSTON COUNTY SHERIFFS OFFICE

### INMATE INFORMATION SHEET

Page    1

BOOKING NO:   060000616                              LOCAL ID:   55631

Name     : LONG JAMES MELVIN JR

Address: RT 1 BOX 55

City     : JACK              State: AL  Zip: 36346



## Physical Description

Race :  **WHITE**                    Hair :  **BLONDE**

Gender:  **MALE**                     Eyes:  **BLUE**

Height:  **5 ' 10 "**                 Complexion:  **UNKNOWN**

Weight: **185**                DOB:  **05/07/1972**      Age: **33**

Scars/Tattoos:

## Personal Information

DL State :                      Home Phone:  **334 897 1731**

DL Number:                      Work Phone:

SSN:  **514 84 6990**

SID:

## Booking Information

Arrest Date: **02/20/2006**          Booking Officer: **CULVER**

Arrest Dept : **STATE/HCSD**          Booking Date: **02/20/2006**

Arrest Offcr: **KIRKSEY/**           Booking Time: **16:56**

Search Offcr:                         Facility: **01**

Meal Code: **01**                Cell Assignment:

## Charge Information

| Offense | Fine | Bond | Disposition |
|---------|------|------|-------------|
| **FROM STATE** | **$00.00** | **0** | **PENDING** |
| **WRIT ESCAPE** | **$00.00** | | **PENDING** |

# HOUSTON COUNTY JAIL
## RECEIVING SCREENING FORM



NAME: _Long, James_    RACE/SEX: _W/M_    D.O.B: _05-07-1972_

DATE: _10-21-05_    TIME: _8:13_    DOCTOR: _____

BOOKING OFFICER: _Small_    MEDICAL INSURANCE: _____

SOCIAL SECURITY NUMBER: _514_ - _84_ - _6990_    INMATE NUMBER: _55631_

## VISUAL OPTION:

1. IS THE PERSON CONSCIOUS? — **(YES)** NO
2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT? — YES **(NO)**
3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? — YES **(NO)**
4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? — **(YES)** NO
5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? — YES **(NO)**
6. ARE THER ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS? — YES **(NO)**
7. DOES HE/SHE BEHAVE ABNORMALLY?    EXPLAIN _____ — YES **(NO)**

8. DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS? — YES **(NO)**
9. DOES THE INMATE HAVE A MEDICAL ALERT CARD OR OTHER MEDICAL INFORMATION? — YES **(NO)**

## OFFICIAL – INMATE QUESTIONNAIRE:

10. ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE, OR PSYCHIATRIC DISORDER? (CIRCLE WHICH). — **(YES)** NO
11. DO YOU HAVE MEDICATION WITH YOU? — YES **(NO)**
12. DO YOU HAVE A HISTORY OF TUBERCULOSIS? — YES **(NO)**
13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? — YES **(NO)**
14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON? IF YES, EXPLAIN: _____ — YES **(NO)**
15. ARE YOU ALLERGIC TO ANY MEDICATION? WHAT? _____ — YES **(NO)**
16. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? — YES **(NO)**
17. DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? _____ — YES **(NO)**
18. DO YOU HAVE A PAINFUL, DENTAL CONDITION? — YES **(NO)**
19. IF FEMALE, ARE YOU PREGNANT?  ON BIRTH CONTROL PILLS? (CIRCLE WHICH) — YES NO
20. DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE _No Fish!_ — **(YES)** NO

21. DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT? — YES **(NO)**
REMARKS: _____

STATE OF ALABAMA}
HOUSTON COUNTY}                    MEDICAL RELEASE AUTHORIZATION

KNOW ALL MEN BY THESE PRESENTS, THAT FOR AND IN CONSIDERATION OF HOUSTON
COUNTY, ALABAMA, ASSUMING THE FINANCIAL RESPONSIBILITY OR LIABILITY FOR MY MEDICAL OR DOCTOR
TREATMENT AND CARE, I DO HEREBY AUTHORIZE ANY SUCH MEDICAL DOCTOR OR HOSPITAL TO RELEASE
ANY MEDICAL RECORDS OR INFORMATION TO ANY DULY APPOINTED OR AUTHORIZED REPRESENTATIVE OF
HOUSTON COUNTY, ALABAMA.

HOWEVER, THIS MEDICAL RELEASE AUTHORIZATION IS SPECIFICALLY LIMITED TO PROPERLY AUTHORIZED
HOUSTON COUNTY PERSONNEL; AND ANY SUCH MEDICAL DOCTOR OR HOSPITAL IS NOT AUTHORIZED TO
RELEASE ANY SUCH MEDICAL INFORMATION OR TREATMENT INFORMATION TO ANY OTHER PERSON,
COMPANY, OR CORPORATION, OTHER THAN BY MY FURTHER EXPRESSED AUTHORITY FROM ME AND MY
ATTORNEY.

ATTEST:

WITNESS:                                              ⓧ James Long

I, _James Long_____, AN INMATE IN THE HOUSTON COUNTY JAIL, HAVE BEEN
DULY INFORMED AND DO UNDERSTAND THE COST OF HOUSING AND MEDICAL CARE MAY BE ASSESSED
AGAINST ME AS COST OF COURT, IF I AM CONVICTED OF A MISDEMEANOR IN THE DISTRICT COURT.

                                           ⓧ James Long
                                                SIGNATURE

DATE: _10-21-05_____

WITNESS: _____

## HOUSTON COUNTY SHERIFFS OFFICE

### INMATE INFORMATION SHEET

Page   1

BOOKING NO:   **050004087**                    LOCAL ID:  **55631**

Name    : **LONG JAMES MELVIN JR**

Address: **RT 1 BOX 55**

City    : **JACK**              State: **AL** Zip: **36346**



## Physical Description

Race :  **WHITE**              Hair :  **BLONDE**

Gender: **MALE**               Eyes:  **BLUE**

Height: **5 ' 10 "**           Complexion:  **UNKNOWN**

Weight: **185**                DOB:  **05/07/1972**    Age: **33**

Scars/Tattoos:

## Personal Information

DL State :                     Home Phone:  **334 897 1731**

DL Number:                     Work Phone:

SSN:  **514 84 6990**

SID:

## Booking Information

Arrest Date: **10/21/2005**        Booking Officer: **SMALL**

Arrest Dept: **HCSD**              Booking Date: **10/21/2005**

Arrest Offcr: **REICHERT**         Booking Time: **09:09**

Search Offcr: **RODGERS**              Facility: **01**

Meal Code: **01**              Cell Assignment: **A FLOOR**

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| **ESCAPE 2ND** | **$00.00** | **10,000** | **PENDING** |

# HOUSTON COUNTY JAIL
## RECEIVING SCREENING FORM

NAME: Long, James Melvin  RACE/SEX: W/M  D.O.B: 5-1-72

DATE: 3-10-5  TIME: 00:14  DOCTOR: _____

BOOKING OFFICER: N Cutter  MEDICAL INSURANCE: _____

SOCIAL SECURITY NUMBER: 514 - 84 - 10990  INMATE NUMBER: 55431

**VISUAL OPTION:**

A FLOOR

| | | |
|---|---|---|
| 1. IS THE PERSON CONSCIOUS? | YES | NO |
| 2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT? | YES | NO |
| 3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? | YES | NO |
| 4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? | YES | NO |
| 5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? | YES | NO |
| 6. ARE THER ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS? | YES | NO |
| 7. DOES HE/SHE BEHAVE ABNORMALLY?  EXPLAIN _____ | YES | NO |
| 8. DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS? | YES | NO |
| 9. DOES THE INMATE HAVE A MEDICAL ALERT CARD OR OTHER MEDICAL INFORMATION? | YES | NO |

**OFFICIAL – INMATE QUESTIONNAIRE:**

| | | |
|---|---|---|
| 10. ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE, OR PSYCHIATRIC DISORDER? (CIRCLE WHICH). | YES | NO |
| 11. DO YOU HAVE MEDICATION WITH YOU? | YES | NO |
| 12. DO YOU HAVE A HISTORY OF TUBERCULOSIS? | YES | NO |
| 13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? | YES | NO |
| 14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON? IF YES, EXPLAIN: _____ | YES | NO |
| 15. ARE YOU ALLERGIC TO ANY MEDICATION?  WHAT? _____ | YES | NO |
| 16. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? | YES | NO |
| 17. DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? _____ | YES | NO |
| 18. DO YOU HAVE A PAINFUL, DENTAL CONDITION? broke tooth front | YES | NO |
| 19. IF FEMALE, ARE YOU PREGNANT?  ON BIRTH CONTROL PILLS? (CIRCLE WHICH) | YES | NO |
| 20. DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE_____ | YES | NO |
| 21. DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT? REMARKS: _____ | YES | NO |

STATE OF ALABAMA}
HOUSTON COUNTY}            MEDICAL RELEASE AUTHORIZATION

KNOW ALL MEN BY THESE PRESENTS, THAT FOR AND IN CONSIDERATION OF HOUSTON COUNTY, ALABAMA, ASSUMING THE FINANCIAL RESPONSIBILITY OR LIABILITY FOR MY MEDICAL OR DOCTOR TREATMENT AND CARE, I DO HEREBY AUTHORIZE ANY SUCH MEDICAL DOCTOR OR HOSPITAL TO RELEASE ANY MEDICAL RECORDS OR INFORMATION TO ANY DULY APPOINTED OR AUTHORIZED REPRESENTATIVE OF HOUSTON COUNTY, ALABAMA.

HOWEVER, THIS MEDICAL RELEASE AUTHORIZATION IS SPECIFICALLY LIMITED TO PROPERLY AUTHORIZED HOUSTON COUNTY PERSONNEL; AND ANY SUCH MEDICAL DOCTOR OR HOSPITAL IS NOT AUTHORIZED TO RELEASE ANY SUCH MEDICAL INFORMATION OR TREATMENT INFORMATION TO ANY OTHER PERSON, COMPANY, OR CORPORATION, OTHER THAN BY MY FURTHER EXPRESSED AUTHORITY FROM ME AND MY ATTORNEY.

ATTEST:

WITNESS

I, _James Melvin Long Jr._, AN INMATE IN THE HOUSTON COUNTY JAIL, HAVE BEEN DULY INFORMED AND DO UNDERSTAND THE COST OF HOUSING AND MEDICAL CARE MAY BE ASSESSED AGAINST ME AS COST OF COURT, IF I AM CONVICTED OF A MISDEMEANOR IN THE DISTRICT COURT.

SIGNATURE

DATE: 3-10-5
WITNESS:

## HOUSTON COUNTY SHERIFFS OFFICE

### INMATE INFORMATION SHEET

Page    1

BOOKING NO:    050001029

LOCAL ID:    55631

Name    : **LONG JAMES MELVIN JR**

Address: **RT 1 BOX 55**

City    : **JACK**    State: **AL** Zip: **36346**



### Physical Description

| | | |
|---|---|---|
| Race : **WHITE** | Hair : **BLONDE** |
| Gender: **MALE** | Eyes: **BLUE** |
| Height: **5 ' 10 "** | Complexion: **UNKNOWN** |
| Weight: **185** | DOB: **05/07/1972**    Age: **32** |
| Scars/Tattoos: | | |

### Personal Information

DL State :    Home Phone: **334 897 1731**

DL Number:    Work Phone:

SSN: **514 84 6990**

SID:

### Booking Information

Arrest Date: **03/10/2005**    Booking Officer: **HUNTER**

Arrest Dept: **HCSD**    Booking Date: **03/10/2005**

Arrest Offcr: **GARDNER**    Booking Time: **00:14**

Search Offcr: **PEARSON**    Facility: **01**

Meal Code: **01**    Cell Assignment:

### Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| **FTA DOM VIOL 2** | **$00.00** | **20,000** | **PENDING** |

## WIREGRASS MENTAL HEALTH BOARD, INC.
### dba SpectraCare
## PHI AUTHORIZATION-RELEASE OF INFORMATION

I, _James Long_, hereby authorize SpectraCare to obtain from or

release to _Houston County Jail_, information regarding

_James Long_, _5-7-72_, _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_
Client's Name      Date of Birth      Social Security Number

The follow information is requested or provided:

| | |
|---|---|
| ✓ Clinical Intake or Assessment | ✓ Case Summary |
| ✓ Current Medications (Drug Use Profile) | ✓ Alcohol/Drug Abuse Treatment Information |
| ✓ Treatment Plans (Case Formulation) | ✓ Psychometric Testing Results |
| ✓ Termination of Services Sheet | ✓ DYS Information |
| ✓ Axis I and Axis II Diagnoses | ✓ FIND Team Information |
| ✓ Axis III Diagnoses | ✓ Case Management |
| ✓ Consultation | ✓ Teachers observations; progress notes; testing achievement scores |
| ✓ Court Evaluation | ✓ Psychiatric/Psychological Evaluation |
| ✓ Doctors' Progress Notes | ✓ Any information relevant to client's care |
| ✓ Progress Notes | ✓ Emergency Notification |
| n/a Other -- specify | |

The purpose of this disclosure is:

| | |
|---|---|
| n/a for legal purposes | n/a to facilitate evaluation |
| n/a for insurance purposes | n/a for client as requested by client |
| n/a for disability determination | n/a for continuity of care |
| n/a for other - specify | |

Treatment will not be denied on refusal to sign an authorization (release of information) except when treatment is for the purpose of providing research-related information and authorization (release of information) provides for the use and disclosure of public health information for such research. The only other reason that treatment can be denied for refusal to sign an authorization (release of information) is when treatment is solely for the purpose of creating public health information to disclose to a third party and the authorization is for the disclosure of the PHI to that third party.

This authorization (release of information) may be ended at any time by the client (parent or guardian if a minor). Ending the consent will not cancel any action that has already been taken as allowed by the authorization. Unless the client wishes to cancel this consent at an earlier time, it will automatically expire 1 year from the date below unless otherwise specified in the block below:

_3-15-05_
Date Signed

_3-15-05_
Date Witnessed

_James Long_
Signature of Client and/or Person Authorized to sign for client

_Margaret Noman SRN_
Signature of Witness

(You have the right to revoke this authorization (release of information) at any time. *(Exceptions to the right to revoke a release of information (authorization) are listed in the Wiregrass Mental Health Privacy notice—effective April 14, 2003).*
Indicate here, if you would like for this release to expire by a different date and/or event or condition.
   a.   Other Event/Condition: _One year from date signed_
   b.   Specified Date: _3-15-06_

It is understood that the duration of this consent will not be longer than would be necessary and reasonable to carry out the purpose for which it is given.

NOTE TO PARTY RECEIVING INFORMATION: This information has been disclosed to you from records whose confidentiality is protected by federal and state laws. Substance Abuse Public Health Information cannot be further disclosed without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulation. Such general authorization for the release of medical or other information is not sufficient for this purpose. (This form meets the requirements of Federal Regulation 42CFR Part 2.) All other Public Health information may be redisclosed by the recipient and no longer be protected by the Privacy Rule.

Form #6

Revised 11/13/2003

# HOUSTON COUNTY JAIL
# NURSING DEPARTMENT
# FLOW SHEET

NAME: _Long James_   D.O.B. 5-7-72   I/M # 55631

**MEDICATIONS:**

3/1/22

1. Wellbutrin 200mg 1 PO until gone QD
2. Trileptal 150mg 1 PO QD
3.
4.
5.
6.
7.
8.
9.
10.

**CLINIC'S :**

HIV _____
COPD _____
SEIZURE _____
DIABETIC _____
HEPATITIS _____
HYPERTENSION _____

**LAB:**                          NURSE SIG.

| DATE | | |
|------|--|--|
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |
| DATE | | |

**MISCELLANEOUS:**

3/20/09 Depression

**PROBLEMS:**

| DATE | |
|------|--|
| DATE | |
| DATE | |
| DATE | |
| DATE | |

Pg. #_____        DIABETIC FLOW SHEET _____    BP FLOW SHEET _____

# HOUSTON COUNTY JAIL
## RECEIVING SCREENING FORM

*M-16*

*HAS OWN MEDS IN NURSING*

NAME: _Long, James Melvin Jr_ RACE/SEX: _W/M_ D.O.B: _5-7-72_

DATE: _3-21-04_ TIME: _____ DOCTOR: _____

BOOKING OFFICER: _McL_ MEDICAL INSURANCE: _____

SOCIAL SECURITY NUMBER: _514_ - _84_ - _1890_ INMATE NUMBER: _55631_

## VISUAL OPTION:

| | |
|---|---|
| 1. IS THE PERSON CONSCIOUS? | **YES** NO |
| 2. IS THERE PAIN OR OTHER SYMPTOMS OF NEED FOR EMERGENCY MEDICAL TREATMENT? | YES **NO** |
| 3. IS THERE OBVIOUS FEVER OR OTHER EVIDENCE OF INFECTION WHICH MIGHT SPREAD? | YES **NO** |
| 4. IS THE SKIN IN GOOD CONDITION AND FREE OF VERMIN? | **YES** NO |
| 5. DOES HE/SHE APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? | YES **NO** |
| 6. ARE THER ANY VISIBLE SIGNS OF ALCOHOL/DRUG WITHDRAWAL SYMPTONS? | YES **NO** |
| 7. DOES HE/SHE BEHAVE ABNORMALLY?    EXPLAIN _____ | YES **NO** |
| 8. DOES THE INMATES BEHAVIOR SUGGEST THE RISK OF ASSAULT TO STAFF OR OTHERS? | YES **NO** |
| 9. DOES THE INMATE HAVE A MEDICAL ALERT CARD OR OTHER MEDICAL INFORMATION? | YES **NO** |

## OFFICIAL – INMATE QUESTIONNAIRE:

| | |
|---|---|
| 10. ARE YOU TAKING MEDICATION FOR DIABETES, HEART DISEASE, SEIZURES, ARTHRITIS, ASTHMA, ULCERS, HIGH BLOOD PRESSURE, OR PSYCHIATRIC DISORDER? (CIRCLE WHICH). | **YES** NO |
| 11. DO YOU HAVE MEDICATION WITH YOU? | **YES** NO |
| 12. DO YOU HAVE A HISTORY OF TUBERCULOSIS? | **YES** **NO** |
| 13. DO YOU HAVE A HISTORY OF VENEREAL DISEASE OR ABNORMAL DISCHARGE? | YES **NO** |
| 14. HAVE YOU RECENTLY BEEN HOSPITALIZED OR RECENTLY SEEN A DOCTOR FOR ANY REASON? IF YES, EXPLAIN: _____ | YES **NO** |
| 15. ARE YOU ALLERGIC TO ANY MEDICATION? WHAT? _____ | YES **NO** |
| 16. HAVE YOU FAINTED RECENTLY OR HAD A HEAD INJURY? | **YES** NO |
| 17. DO YOU HAVE EPILEPSY, DIABETES, HEPATITIS, OR ANY CHRONIC ILLNESS? | **YES** NO |
| 18. DO YOU HAVE A PAINFUL, DENTAL CONDITION? | **YES** NO |
| 19. IF FEMALE, ARE YOU PREGNANT? ON BIRTH CONTROL PILLS? (CIRCLE WHICH) | YES **NO** |
| 20. DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN? TYPE _____ | YES **NO** |
| 21. DO YOU HAVE ANY OTHER MEDICAL PROBLEM WE SHOULD KNOW ABOUT? | **YES** NO |

REMARKS: _High Blood Pressure, Arthritis_

**STATE OF ALABAMA}**
**HOUSTON COUNTY}**              **MEDICAL RELEASE AUTHORIZATION**

**KNOW ALL MEN BY THESE PRESENTS,** That for and in consideration of Houston County, Alabama, assuming the financial responsibility or liability for my medical or doctor treatment and care, I do hereby authorize any such medical doctor or hospital to release any medical records or information to any duly appointed or authorized representative of Houston County, Alabama.

However, this medical release authorization is specifically limited to properly authorized Houston County Personnel; and any such medical doctor or hospital is not authorized to release any such medical information or treatment information to any other person, company, or corporation, other than by my further expressed authority from me and my attorney.

Attest: _____      _____ James Long _____

WITNESS

I, _____ James Long _____, an inmate in the Houston County Jail, have been duly informed and do understand the cost of Housing and Medical Care may be assessed against me as cost of court, if I am convicted of a misdemeanor in the District Court.

_____ James Long _____
SIGNATURE

Date: 3-21-04

Witness: _____

HOUST\   COUNTY SHERIFFS OFFICE

## INMATE INFORMATION SHEET

Page    1

BOOKING NO:   040001010

LOCAL ID:   55631

Name    : **LONG JAMES MELVIN JR**

Address: **126 LISA COURT**

City    : **DOTHAN**        State: AL Zip: **36305**



## Physical Description

Race :   **WHITE**           Hair :   **BLONDE**

Gender:  **MALE**            Eyes:    **BLUE**

Height:  **5 ' 10 "**        Complexion:   **UNKNOWN**

Weight:  **185**             DOB:   **05/07/1972**    Age: **31**

Scars/Tattoos:

## Personal Information

DL State :                   Home Phone:  **334 794 5945**

DL Number:                   Work Phone:

    SSN:   **514 84 6990**

    SID:

## Booking Information

Arrest Date: **03/21/2004**      Booking Officer: **MCKINNEY**

Arrest Dept: **HCSD**            Booking Date: **03/21/2004**

Arrest Offcr: **LEE**            Booking Time: **08:55**

Search Offcr: **2ND SHIFT**      Facility: **01**

    Meal Code: **01**           Cell Assignment: **M-16**

## Charge Information

| Offense | Fine | Bond | Disposition |
|---|---|---|---|
| **DOM VIOL 2ND ASSAULT** | **$00.00** | **10,000.00** | **PENDING** |

HOUSTON COUNTY SHERIFFS OFFICE

INMATE INFORMATION SHEET                                    Page      1

BOOKING NO:     040001010                          LOCAL ID:   55631

Name    : **LONG JAMES MELVIN JR**

Address: **126 LISA COURT**

City    : **DOTHAN**              State: AL Zip:**36305**



## Physical Description

Race :    **WHITE**              Hair :    **BLONDE**

Gender:   **MALE**               Eyes:     **BLUE**

Height:   **5 ' 10 "**           Complexion:   **UNKNOWN**

Weight:   **185**                DOB:      **05/07/1972**    Age: **31**

Scars/Tattoos:

## Personal Information

  DL State :                      Home Phone:  **334 794 5945**

  DL Number:                      Work Phone:

      SSN:  **514 84 6990**

      SID:

## Booking Information

 Arrest Date: **03/21/2004**       Booking Officer: **MCKINNEY**

 Arrest Dept: **HCSD**              Booking Date: **03/21/2004**

 Arrest Offcr: **LEE**              Booking Time: **08:55**

 Search Offcr: **2ND SHIFT**        Facility: **01**

   Meal Code: **01**               Cell Assignment: **M-16**

## Charge Information

Offense                          Fine        Bond        Disposition
**DOM VIOL 2ND ASSAULT**             **$00.00**   **10,000.00**   **PENDING**

# WIREGRASS METAL HEALTH SYSTEM, dba SpectraCare
## CLIENT INFORMATION/INSTRUCTION SHEET
### FOR COMPLETING A SPECTRACARE RELEASE OF INFORMATION FORM

A release of information form must be properly completed in order to release records. This is for your protection.

The signature(s) of the client and/or parent/guardian must be secured after the form has been entirely completed. The form must be completed. The form must be completed in the presence of the client and/or parent/guardian. Otherwise, the release form is VOID. No changes or additions should be made after the form has been signed. To do so, makes the form VOID.

There is a charge for medical records. This is based upon Act 94-609 signed 4/25/94 by Governor Folsom. After a properly signed release form is received by SpectraCare, an estimate of the charges can be prepared. Payment by money order, Cashier's or Certified Check is expected in advance.

If you have questions, you may contact the Records Department at (205) 794-0731.

---

### COMPLETING THE FORM

| | | |
|---|---|---|
| (A) | This blank must be completed | Fill in name<br>Client's Name (if not a minor) or<br>Parent or Guardian's Name (if client is a minor) |
| (B) | This blank must be completed | Fill in the name or agency receiving and/or releasing information |
| (C) | This blank must be completed | Fill in SpectraCare client's name |
| (D) | This blank must be completed | Fill in SpectraCare client's date of birth |
| (E) | This blank must be completed | Fill in SpectraCare client's social security number |
| | | Both Date of birth and Social Security Number are required for the Records Department to verify a record's existence. |
| (F) | At least 1 blank must be selected | Check the appropriate line(s) for information to be released. If other, please be sure to specify. |
| (G) | At least 1 blank must be selected | Check the appropriate line(s) to indicate the purpose of the disclosure. If other, please be sure to specify. |
| (H) | This blank must be completed | Write the date signed (To be completed by the client or person authorized to sign for the client) |
| (I) | This blank must be completed | If the client is a child under the age of 14, the signature of the parent or legal guardian should be placed on this line along with the relationship to the client. (Proof of guardianship or legal custody must be provided.) |
| | | If the client is a child 14 years of age or older, the signatures of the client along with the parent or legal guardian should be placed on this line along with the relationship to the client. (Proof of guardianship or legal custody must be provided.) |
| | | If the client is unable to write, consent must be shown by making a mark. The words "Mark of (Client's Name)" should be written after the client's mark. |
| (J) | This blank must be completed | Write the date signed (To be completed by the witness) |
| (K) | This blank must be completed | Witness to sign |

This release will automatically expire 1 year from the date signed unless otherwise specified. If the release is to expire based upon a condition, event or other specified date, it should be noted in the shaded area.

| | | |
|---|---|---|
| (L) | Optional | Please write in a date or an event/condition that this release will expire. |

Example (Event/Condition):    Upon receipt of records
Upon receipt of requested information
Length of probation

Example (Date):    1 year from date signed
2 weeks from date signed

*[handwritten:] Mailed for Records 3/24/01 1105*

 

*Houston County Jail Medical Clinic*
*901 East Main Street*
*Dothan, Alabama 36301*

# Fax Transmittal

Phone: (334) 712-0762
Fax:     (334) 671-9482

*Andy Hughes, Sheriff*

*Dr. Sam,Banner, Medical Director*

**To:** _South Central mental Health Board_

**Dr:** _____

**Dept:** _medical Records_

| Inmate Name: Cory Jones | DOB 5/7/72 | SS# 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 |
|---|---|---|

Please Send The Requested:

☑ Medical Records        ☑ Medical Administration Record
☑ Medical Diagnosis      ☐ X-ray Reports
☐ Other_____  ☐ Specified Dates_____

Thanks for your Cooperation

Houston County Jail Nursing Staff

**BY:** _A Kennedy LPN_

**DATE:** _3/27/07_

## South Central Alabama Mental Health Board
### Consumer Authorization for Use and/or Disclosure of Protected Health Information

| | | CASE #: |
|---|---|---|
| **MI Standard 3701.15** | **SA Standard 5203k.1** | |

**Failure to complete EACH section will render this authorization invalid and it will not be processed.**

| | |
|---|---|
| Consumer Name: Lewis James | Date of Birth: ≤ 7/7/72 |
| Social Security No.: 54-84-6990 | Current Telephone No.: 777-0742 |

Current Address:

I hereby authorize South Central Alabama Mental Health Board (SCAMHB) to:
- ☐ Copy & release/send SCAMHB records to the individual/agency listed below (one name per release)
- ☐ allow verbal release of information
- ☑ Request records to be sent from the provider listed below to SCAMHB:

| | |
|---|---|
| Name: Houston Co Jail | Relationship: |
| Current Address: 901 E Main St | |
| City, State, Zip: Columbia Dothan AL | |
| Phone No.: 777-0742 | Fax No.: |

Please check by all records that you would like released to or requested from an outside source:

| | | |
|---|---|---|
| ☐ Intake or Assessment | ☐ Medications | ☑ Treatment Plans |
| ☑ Progress Notes | ☐ Doctor's Notes | ☑ Laboratory Reports |
| ☑ Cost of treatment | ☑ Diagnosis | |
| ☐ OTHER: | | |

Dates of Services to be released:    From: / /    To: / /

Disclosure of Information is required for the following purposes (please check at least one):
- ☑ Request of Consumer
- ☐ Facilitate Evaluation
- ☐ Legal Purposes
- ☐ Disability Determination
- ☐ Insurance Purposes
- ☑ Continuation of care

OTHER: (specify)

I understand that this Authorization is voluntary. I may refuse to sign this Authorization and my treatment and/or payment obligations will not be affected. I understand that the health information to be released may be subject to re-disclosure by the recipient of the health information and no longer protected by the federal Privacy Rules.

I understand that I may revoke this Authorization at any time by notifying SCAMHB in writing, but if I do, it will not have any effect on uses or disclosures prior to the receipt of the revocation. In the case of individuals whose release from confinement, probation or parole is conditioned upon his/her participation in a treatment program, the consent may not be revoked.

I understand that I will receive a copy of this Authorization form after I sign it.

I understand that if my mental health record contains information in reference to Substance Abuse treatment or information related to communicable diseases/AIDS/HIV, I agree to its release.
☑ Yes    ☐ No    Consumer has to initial Yes for information to be released.

SUBSTANCE ABUSE USE ONLY:    Permission to Fax Assessment    Yes    (No)    N/A

I understand that unless I wish to cancel this authorization at an earlier time, it will expire on
3/29/08 one year from the date signed unless otherwise specified, or at case closure, whichever occurs first.

Indicate here if you would like for this authorization to expire by a different date/event/condition:

Consent was obtained through interpretation or translation:    Yes    No

| | |
|---|---|
| Date Signed: 3/29/07 | X James Lewis _____ Signature of Consumer/Legal Guardian/Personal Representative |
| | _____ **Date** |
| Date Signed: 3/29/07 | X Rosmond SR _____ Signature of Witness    2nd Witness N/A unless consumer signs with a mark |

NOTE TO PARTY RECEIVING INFORMATION: This information has been disclosed to you from records whose confidentiality is protected by federal and state laws which prohibit you from making any further disclosure of information without the specific written consent of the person to whom it pertains, or otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose. (This form meets the requirements of the Department of Mental Health Program Standards, Federal Regulation 42 CFR Part 2, and the Health Insurance Portability and Accountability Act of 1996 –HIPAA).

Authorization revised 11/3/06

**UPDATE ANNUALLY**

PHYSICIAN ORDERS

# HOUSTON COUNTY JAIL
## MEDICAL CLINIC

### SICK CALL

Dr. Sam Banner
Medical Director

DATE: 6-11-07

INMATE: King, James          D.O.B.: 5-7-72          I/M #: 55631

Chief Complaint: _____

Allergies: NKDA          V/S: 146/84, 73, P 99%

S: I am having problems c̄ anxiety. This jail is denying me my medication that Spectracare has Rx for me for my mental problems. I am suing all of you for not getting me to Spectracare. I really would just be happy if you would send the state a letter about my mental illnesess to get me to prison. You can't prove that I am threatening deny of this because you don't have a witness. " states I/M

O: A-C/O Melinda Smith called into Exam Room. I/M smiling, laughing.

A: I/M O

P: talk c̄ Dr. Banner about helping get I/M to prison.     6/12/07 Letter
A. Kennedy LPN          written to
          C/O Smith          Records
          Dr. Banner

# HOUSTON COUNTY JAIL
## MEDICAL CLINIC

### SICK CALL

Dr. Sam Banner
Medical Director

DATE: 5/10/07

INMATE: James Long          D.O.B.: _____     I/M #: _____

Chief Complaint: has appt @ Spectracare

Allergies: _____     V/S: _____

I/m claims he has an appt @ Spectracare he needs to keep — Left 2 messages @ Spectracare 5/9/07 Spoke c̄ Emily about appts — I/m is inactive & does not have any appts — 5/10/07 Spoke c̄ Dr. Banner concerning I/m — to tell I/m he needs his attorney to get a court order

James Long — state prison court ordered Spectracare

- No more home med in L-2
  Risperdal 2mg

? says has appt c̄ Spectracare (inactive
I Don't see one for him

# HOUSTON COUNTY JAIL
## MEDICAL CLINIC

### SICK CALL

Dr. Sam Banner
Medical Director

DATE: 5-9-07

INMATE: Long, James          D.O.B.: 5-7-72     I/M #: 5563l

Chief Complaint: BP

Allergies: NKDA          V/S: 145/87, 50, 98²

$\mathcal{O}^2$ 100%

# HOUSTON COUNTY JAIL
## MEDICAL CLINIC

### SICK CALL

Dr. Sam Banner
Medical Director

DATE: 5-7-07

INMATE: Long James          D.O.B.: 5-7-72          I/M #: 55631

Chief Complaint: BP

Allergies: NKDA          V/S: 129/77, 58,
$D^2$ 100%

## PHYSICIAN ORDERS

INMATE: Long, James    55631

DATE: 5/5/06

Meds confirmed from Bullock Correctional

INH 300mg iii tabs po twice week (mon + thurs)
X 6mths end 8/23/06

Pyridoxine Hcl 50mg ī po ~~Bid~~ twice weekly (mon + thurs)
X 6mths end 8/23/06

Flexaril 10mg Bid end 5/7/06

~~IBU~~ ~~Advil~~ 800mg Bid po end 5/7/06

MAR✓
7S✓
ET✓
CS✓

P.D > Apgner CRNP / g Neiswonger RN

QS

# HOUSTON COUNTY JAIL
## MEDICAL CLINIC

### SICK CALL

Dr. Sam Banner
Medical Director

DATE: 5-2-07

INMATE: Long, James          D.O.B.: 5-7-72     I/M #: 55631

Chief Complaint: BP / left — N-pod

Allergies: NKDA          V/S: 135/90, 76

02-100%

140/78, 69

HOUSTON COUNTY JAIL
INFIRMARY

SICK CALL

D. BREIGNER CHMP                    DR. SAM DANI  ER

DATE 5-1-07

Inmate Long James   D.O.B. 5-7-72   IMM. 55631

Chief
Complaint _____

Allergies _____   V/S  133/88, 98.9 100, 76

## HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE 4-18-07

Inmate Long, James          D.O.B. 5-7-72     IM# 55631

Chief
Complaint allergic reaction

Allergies NKDA                        V/S 154/86, 82, 
                                         O² 100%

CS ✓
CT ✓
MAR ✓
KS ✓

S: "I need you to do a "body chart" on me please. I have blood in my stool now. I'm hurting very badly. I refused a cavity search that was performed anyway. I am very sore. I also have a rash all over me, my joints (shoulderblades & groin hurt)

O: See Body & mouth Diagram. I/m had cavity search on 4/17/07. I/m was accused of having cigarettes hidden in rectum. Raer red small bumps on legs & arms. Front ① tooth c no evidence of chipping.

A: BTO I/m upset. Angry c the sgts & commander very verbal. Using bad language.

A: R/O

P. Sent specimen cup back c I/m to collect stool specimen.
Tylenol = po BID x 14d. V.O. Dr. Banner/ A. Kennedy RN
See Dr. Banner for medication adjustment.

19APR07 — Asked to see
Resident — what ever he was Doing
to Prevent cont problem
& Exams — Blames it all
on Guard (my guards)
Became angry & was sent Back
to Cell

Complains about med
It was Rx'd by Royal
on outside
— a few red mac papar
on leg — look more Heat
related than True
allergic Rx — No
Cellulitis noted
will Reduce Lomotil to qd
(one) He is convinced
That is causing the Rx
Visl 7-10 d





Jim James Long 4/07

 



I/m claims tooth is chipped

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP

DR. SAM DANNER

DATE 4/17/07

Inmate Long, James          D.O.B. _____    IM# _____

Chief
Complaint _____

Allergies _____          V/S _____

Around 4:30 5pm Sgt Kirksey came to clinic
c̄ I/m — I/m is in lockdown & was searched
for cigarettes I/m was given cigarettes by another
I/m under the door I/m claims he smoked one
later I/m claims he flushed 4 down the toilet
Sgt was given info that I/m has the cigarettes
Sgt & Commender present wanted rectal done to
find cigarettes — Rectal done — rectum was
clear of stool but could feel something hard
@ tip of indx finger — I/m denies any studies,
exam, etc but professes to have hemorrhoids
no evidence of hemorrhoids & no stool on gloved
hand — I/m was given fleets enema & sat on
commode & liquid come out →

I/m was dressed in yellow gown in 1041 — Bedpan was available — Bedpan was brought to medical twice c̄ liquid (urine) + small amt of light particle seen but no stool 2nd sample had very small amt of stool (liquid) I/m would hollar from door @ 1041 as I passed 3 times — I/m claims 1st time — having seizure (I/m standing @ door) 2nd time I/m states he has cancer on his back & turned around @ door to show me 3rd time I/m started threatening that I would be named in this incident & I was "part of it" I/m kept changing his story about the cigarettes & how he got them & how they got in the shoes — M Meriwangua

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

Dr. Banner

DATE 27 April 2007

Inmate Tony James _____ DOB 5-7-72 ___ IM# 5563 1 _____

Chief Complaint _____

ALLERGIES NA _____    VS 143/94 ____ Pulse 80

VBP on M,W,F for 2 weeks.

a. kennedy pr

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                              DR. SAM DANNER

DATE 4/25/07

Inmate Long, James          D.O.B. 5-7-72      IM# 55631

Chief
Complaint blood work - for Hep. C.

Allergies None                    V/S 152/91, 68, 97⁵

O² 100%

"I had bloodwork @ Bullock Co.
I don't know if they tested     u→ 135/89, 70,
for that thogh - It was July
or August q 2006." states I/m

I/m wants clinic to call Bullock to verify Dr Ø
Hep. C. I/m thinks he got Hep-C by Tattoos in
jail.
      Will call Bullock to verify Hep C. status.

4/26/07 Will do Hep. Panel.
      4/27/07 Bloodwork sent to Lab   ———

a. Kennedy RN

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CHNP                    DR. SAM BANNER

DATE 4/17/07

Inmate Long, James    D.O.B. _____    JM# _____

Chief
Complaint _____

Allergies _____    V/S _____

Around 4:30 pm Sgt Kirksey came to clinic
c I/m — I/m is in lockdown & was searched
for cigarettes I/m was given cigarettes by another
I/m under the door I/m claims he smoked one
later I/m claims he flushed 4 down the toilet
Sgt was given info that I/m has the cigarettes
Sgt & Commander present wanted rectal done to
find cigarettes — Rectal done — rectum was
clear of stool but could feel something hard
@ tip of index finger — I/m denies any studies,
exam, etc but professes to have hemorrhoids
no evidence of hemorrhoids & no stool on gloved
hand — I/m was given fleets enema & sat on →
. . . + liquid come out

## PHYSICIAN ORDERS

INMATE Pma, James  55(63)

DATE 4/8/07

Home meds

Risperdal 2mg 1 @ HS

Lamictal 25mg qAM

× 2 weeks

then

Lamictal 25mg PO BID

Hydroxazine Pamoate 50mg TID

V.O. Dr. Banner / a Kennedy RN

CSQ
CT
MAH
PO

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. DREIGNER CHMP                          DR. SAM DANI EH.

DATE 4-3-07.

Inmate Long James        D.O.B. 5-7-72  TIME 5563)

Chief
Complaint  FLU  Uneds

Allergies NKDA                   V/S 146/84 61

States He Did Not Take
Med from Dr Ferrill
Because He was taken
Drugs & ↑ Alcohol
Then turned himself
throaty Roach or Med

Ⓐ to ↑ Seizure Disorder
Ⓓ Psyd Disorder
   Will be start med
   & be Consult Specbn
   care

2-4-12
Repshot
aval

HOUSTON COUNTY JAIL
INFIRMARY

SICK CALL

D. BREIGNER CRNP

DR. SAM DANI  ER.

DATE 4-2-07

Inmate Long James          D.O.B. 5-7-72    DM#: 55631

Chief
Complaint feels like he is going to have a seizure

Allergies NKDA

V/S 144/91,62

82 100%

S: "I start seeing tracers. My balance is
off & I feel like my BP is up. I
feel excited. I always get that
feeling before I have a seizure. I've
been feeling this way all weekend." States I/m.

149/90,67
82 100%

O: I/m states he takes Depakote for seizures & Depakote brought in
by family.

A: R/O

P: Talk c Dr. Banner about home meds being started.
Obtain med records on Depakote.
See Dr. Banner on 4/3/07.

A. Kennedy LPN

HOUSTON COUNTY JAIL
INFIRMARY

SICK CALL

D. BRUGNER CRNP                                    DR. SAM DANI EL

DATE 3-27-07

Inmate Long, James        D.O.B. 5-7-72    IMP: SS631

Chief
Complaint  5 ly

Allergies NKDA                    V/S 136/87, 58, 97⁶

                                          O² 100%

Small bump on Ⓡ side. Redness noted
Y/m č Ø c/o pain. Y/m states "it's smaller
today"

A. Kennedy LPN

HOUSTON COUNTY JAIL
INFIRMARY

SICK CALL

D. BREIGNER CRNP                              DR. SAM DANI EH

DATE 3-26-07

Inmate Long James     D.O.B. 5-7-72     IMN. 55631

Chief
Complaint  FLu on right side

Allergies  NKDA                    V/S 134/84, 65,
                                      D²100%

S: "I was bitten by a spider in Docket. I killed
one in my cell there."

O: Small lump on ® side. two holes in center.
Redness noted.

A: R/o

P: Keep IPO cream on site. If any changes in color or
size, I/m to let clinic know. f/u in AM.

                                      D. Kennedy CRNP

HOUSTON COUNTY JAIL
INFIRMARY

SICK CALL

D. STEIGNER CHNP                                    DR. SAM DANI EL

DATE 3-23-07

Inmate Long, James     D.O.B. 5-7-72     IMN# 55631

Chief
Complaint ⊗ bite on left side below breast

Allergies NKDA                    V/S 148/94, 49, 98⁰

D⁰ 100%

— I/m has red area ⟶ 138/90, 5⁹
on Ⓡ side of chest —
no drainage/swelling noted —
To keep clean, wash hands
Will see I/m back in clinic
Monday — Meredith Wangenstein

S

## INMATE REFUSAL

NAME _James Long_

DATE _1-14-05_

REFUSES MEDICATION_____

REFUSES MEDICAL TREATMENT___ _f.f._ ___ — _b/p_ ✓

INMATE SIGNATURE_____ _James Long_ _____

## INMATE REFUSAL

NAME James Long    APOD

DATE 11-10-05

REFUSES MEDICATION_____

REFUSES MEDICAL TREATMENT____✓_____

INMATE SIGNATURE _James Long_

## INMATE REFUSAL

NAME _JAMES LONG_

DATE _11/10/05_

REFUSES MEDICATION_____

REFUSES MEDICAL TREATMENT _X_ _NM CLINIC_

INMATE SIGNATURE _James Long_

_Phillips_

## PHYSICIAN ORDERS

INMATE _Long, James_

DATE _11- 7-05_

Sz.
D/o

Move to MIST (put a MAT on floor)

DSprigner Co

Sgt. Jones
11-7-04

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

**D. SPEIGNER CRNP**                                    **DR. SAM BANNER**

**DATE** 11-7-05

**Inmate** Long, James        **D.O.B.** 5-7-72   **IM#** 55631

**Chief**
**Complaint** _____

**Allergies** ~~_____~~         **V/S** _____

93³

H+O
Head inj
= prob HA
+ lyts
11/3/05

S - Was feeling light headed + weak, fell off seat @ table. ⊕ head injury
- doesn't know if he's hearing voices or having guilty thoughts, denies homicidal
or suicidal thoughts. - feels like meds aren't helping depression
+ can't sleep.

O wnwDwn, NAD      lungs CTA      Neuro √ OK
S, S₂ reg.

A - 1. Sz. D/o, Insomnia, depression

P. 1. ↑ Wellbutrin to 300mg po 3d
2. F/u on this med in 10-14d. - sch 11/21.

3. ↑ Benadryl to 75mg po 3 hs for remainder of Rx
4. Awaiting lab results of Depakote
5. Move to m pod (cell assignment + fellow) - done

                    D Speigner

_____ √ FS
_____ NA CS
_____ √ MAR
_____ √ CART

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                          DR. SAM BANNER

DATE _11-7-05_

Inmate _Long, James_          D.O.B. _5-7-72_ IM# _55631_

Chief
Complaint _Suicidal_

Allergies ~~Tilepia~~          V/S _138/86   72   18   97.7_
                                        _Wt. 186_

S: I/M expresses desire to be off suicide
watch. States he really wants to go
back to Pod. States he has no
desire to harm himself.

O: No evidence of self inflicted wounds.

A: R/O ~~Suicial~~ Suicidal ideations

P: Refer to CRNP —— [signature]

# HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                              DR. SAM BANNER

DATE __11-4-05__

Inmate __Long, James__    D.O.B. __5-7-72__    IM# __55631__

Chief
Complaint __Apparent seizure last pm / Fu suicide watch Re ✓__    ?

Allergies __NKDA__                V/S __138/94  70  18  98.2__
                                        wt. 188

— Request reviewed this a.m. & based on I/M's statement of fearing to cause harm to self or somebody else placed on suicide watch. — C/o inability to sleep though states the Benadryl 50mg (or the extra ↑time dose valproic acid) DID help him sleep. — When questioned about voices, states it is voices telling him about all his past mistakes & what he should be doing. States he was waking at night 2° voices. I/M states he was instructed to fill out request form in this manner to be seen ASAP.

— Will allow I/M to have oranges/whites/matt/commissary/blanket — c̄ 30 min watch.

Spoke c̄ Sgt Turner... can have visitation as long as compliant & not acting out. If acts out, loses visitation & above stated privileges.

Called 792-4665 (spoke c̄ Annie) to inform day & time A of visitation.

· Benadryl 50mg PO ℥hs x 30 days

— On Intake Depakote states Depakote for bipolar. — No mention of seizures??

L. Laguerra un        DS        ✓CCrt ✓JB ✓CS ✓MAR

11-4-05  rev ✓

## HOUSTON COUNTY JAIL
## INFIRMARY

### SICK CALL

D. SPEIGNER CRNP                    DR. SAM BANNER

DATE 11-03-05

Inmate _Long, James_    D.O.B. 5-7-72    IM# 55631

Chief
Complaint _passed out_

Allergies _NKDA_    V/S _147/96-98-78-16_

Rev 141/89    97% O2

S. Called to Pod A by Sgt Boxin. I/M had passed out & lost consciousness.

O. Knew self, but does not know todays date. DOB. Had difficulty remembering where he was. States he is also hearing voices. Has Hx of seizures. Do not sleeping well.

A. R/o Seizure

☑ FS
☑ CS
___ MAR
NA CART

P. Called Mrs. Speigner explained findings. Instructed to give 1000 mg Depakote po Now. F/U 2.11 Gave 50 mg of Benadryl po Now. the ebm. per V.O. D. Speigner, CRNP

E. Waylon Cy

## PHYSICIAN ORDERS

INMATE _Long, James_

DATE _10-24-05_                    55631

A-pod        · Baseline Valproic (Depakote) ✓ · done "

             · Wellbutrin 100mg PO daily x 1 week then
                  ↑ 200mg PO daily (F/u 11/18/05) "

             · Valproic acid 500mg PO ℞hs

V.O.  R. Speigner CRNP/h. hogum

                    DSpeigne CRNP

## INMATE REFUSAL

NAME _James Long_

DATE _3-26-04_

REFUSES MEDICATION_____

REFUSES MEDICAL TREATMENT _Blood Pressure check_

INMATE SIGNATURE _James Long_

3-26-04

witness
Z. Jackson

## INMATE REFUSAL

NAME _Long, James_

DATE _3/25/04_

REFUSES MEDICATION_____

REFUSES MEDICAL TREATMENT____✓_____

INMATE SIGNATURE ___James Long___

Follow - up   blood Pressure check

# MEDICATIONS

| | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Risperdal 2mg po q hs
4/3/07

cont.

7pm
5am

Lamictal 25mg po q am
4/19/07

cont.

5am
NOON
7pm

Vistaril 50mg po TID
4/3/07

cont.

7pm

PATIENT NAME  LONG, James
FACILITY NAME  HCJ
PHYSICIAN NAME  Dr. Banner
DIAGNOSIS
ALLERGY

SECTION  E
PATIENT NO.  55631
ROOM NO.

PHYSICIAN PHONE NO.

PHARMACY SUGGESTIONS/RECOMMENDATIONS—DO NOT SUPERCEDE PHYSICIAN ORDERS

NURSE'S SIGNATURE          INITIAL          NURSE'S SIGNATURE          INITIAL

| PATIENT NAME | LONG, James |
| FACILITY NAME | HCJ |
| PHYSICIAN NAME | Dr. Banner |

| PATIENT NO. | 55631 |

**DIAGNOSIS**

**ALLERGY**

Risperdal 2mg po q hs
4/3/07

Lamictal 25mg po q am
4/19/07

Vistaril 50mg po TID
4/3/07

STOP DATE

HOUR: 7pm 5am / 5am NOON 7pm

NURSE'S SIGNATURE    INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

# Home Medications

Inmate Name Long, James

Date 3/26/07

| Medication & Dosage | Filled | Doctor | Count |
|---|---|---|---|
| 1. Risperdal 2mg<br>1 @ HS | 9/26/06 | K. Ahmad | 29 |
| 2. Lamictal 25mg<br>Take these first | 9/26/06 | K. Ahmad | 14 |
| 3. Lamictal 25mg<br>1 tab BID when other<br>Leimictal is gone | 9/26/06 | K. Ahmad | 60 |
| 4. Hydroxyzine Pamoate | 9/26/06 | K. Ahmad | 89 |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |

| | | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Risperdal 2mg 1QHS    cont

ALLERGY

DIAGNOSIS    Dr. Browner

PHYSICIAN
NAME

PHYSICIAN
PHONE NO.

FACILITY
NAME    HC

SECTION    N

PATIENT
NO.

ROOM
NO.

PATIENT
NAME    Long, James

NURSE'S SIGNATURE

INITIAL

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

PATIENT NAME: LONG., James

FACILITY NAME: HCl

PHYSICIAN NAME: D.Speigner CRNP

DIAGNOSIS: bipolar

ALLERGY: NKDA

SECTION: A

PATIENT NO.: 55631

PHYSICIAN PHONE NO.

ROOM NO.

Valproic Acid 500mg po qhs
2/22/06

zantac 300mg po qhs
2/22/06

7 p.m.      cont.

7 p.m.      cont.

STOP DATE    HOUR

NURSE'S SIGNATURE    INITIAL    NURSE'S SIGNATURE    INITIA

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

ALLERGY: NKA

DIAGNOSIS

PATIENT NAME: Long, James

FACILITY NAME: HCS

PHYSICIAN NAME: Bullner

SECTION: A

PATIENT NO.: 5563

PHYSICIAN PHONE NO.

ROOM NO.

STOP DATE: 5/06

| Medication | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INH 300mg III tabs po twice/wk Mon + Thurs 8/06 | 8/23 | 5pm | | | X | X | | X | X | X | X | | | X | | X | X | | X | | X | X | | X | | X | | X | | | |
| Pyridoxine HCl 50mg 1 po twice/week (Mon + Thurs) 8/06 | 8/23 | 5pm | | | X | X | | | X | X | | X | | X | | X | X | | X | | X | X | | X | | X | | X | | | |
| Hexavi 1 11mg Bid po 5/06 | 5/7 | 5pm 7pm | | | X | X | X | X | N/TC | | | | | | | | | | | | | | | | | | | | | | | |
| IBU 800mg Bid po | 5/7 | 5pm 7pm | | | X | X | X | X | N/TC | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIA

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS




## PRISON HEALTH SERVICES, INC.

FACSIMILE TRANSMITTAL SHEET

TO: *Laura*

COMPANY: *Houston College*

FAX NUMBER: *(334) 671-9982*

PHONE NUMBER:

FROM: BULLOCK CORRECTIONAL FACILITY

DATE: *5/4/06*

TOTAL NO. PAGES INCLUDING COVER *2*

FAX NUMBER: 334-738-8763

PHONE NUMBER: 334-738-5625

◇ URGENT    ◆ FOR REVIEW    ◇ PLEASE COMMENT    ◇ PLEASE REPLY    ◇ PLEASE RECYCLE

NOTES COMMENTS:
If you receive this in error, please call                               Thank you

*PhS. Does Not have a special diet*

*Noted.*

PHS ALABAMA DOC

| Facility Name: | Bullock | | | | | | | | | | | | | | | | | | | | | | | Month/Year of Charting: 5-06 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

INH 300mg ℥ ℥℥ tab po
Twice weekly Mon + Thurs.
X 6 months

Start Date: 11-8-05  Prescriber: Siddiq
Stop Date: 8-23-06  RX #:

Pyridoxine Hcl 50mg ℥ po twice
Weekly X 6 months Mon + Thurs.
Vit B-6

Start Date: 11-8-05  Prescriber: Siddiq
Stop Date: 8-23-06  RX #:

Flexeril
10mg     upo 5/7
2X a day

Start Date:  Prescriber:
Stop Date:  RX #:

Advil
5/7/06  3X a day  800 mg

Start Date:  Prescriber:
Stop Date:  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Martha Jackson LPN | m | | | 1. Discontinued Order 2. Refused 3. Patient out of facility 4. Charted in Error 5. Lock Down 6. Self Administered 7. Medication out of Stock 8. Medication Held 9. No Show 10. Other |
| Allergies | | | | | |
| Housing Unit: | | | | | |
| Patient ID Number: 169420 | | | | | |
| Patient Name: Long, James | | Date of Birth: | | | |

| Facility Name: | Hour | Month/Year of Charting: |
|---|---|---|

VPA 500mg bid
x 90 days

1700 → See New Order 2/3/06

Start Date: 1/6/06   Prescriber: Siddig
Stop Date: 4/6/06    RX #:

Zontac 150mg ī po
po q hs

1700 → See New Order 2/3/06

Start Date: 1/6/06   Prescriber: Siddig
Stop Date: 4/6/06    RX #:

Depakote 500mg
HS po X 90 days

1700 → See Order below

Start Date: 2/3/06   Prescriber: Andrews
Stop Date: 5/3/06    RX #:

Trianol 2/25 HS
po X 90 days

1700 →

Start Date: 2/3/06   Prescriber: Andrews
Stop Date: 5/3/06    RX #:

VPA 500mg
HS po X 90 days

1700 →

Start Date: 2/3/06   Prescriber: Andrews
Stop Date: 5/3/06    RX #:

Start Date:   Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | PO | | | 1. Discontinued Order |
| Allergies | S Roberts | SR | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: 169426 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| Long, James | | | | | 9. No Show |
| | | Date of Birth: | | | 10. Other |

VALPROIC ACID 500MG PO QHS

10/31/05                    CONT.

Wellbutrin 300mg po
10/31   1 on 11/7  7 day

Benadryl 75mg po qhs for
11/7   1 on #7  rem of rx
       1 on #7

| | STOP DATE | HOUR | 1 | 2 | | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

7 PM

CONT.   7am

7pm

| PATIENT NAME | LONG, JAMES |
| FACILITY NAME | HCJ |
| PHYSICIAN NAME | D. SPEIGNER, CRNP |
| DIAGNOSIS | depression |
| ALLERGY | NKDA |

PHYSICIAN PHONE NO.

SECTION   PATIENT NO. 55631   ROOM NO.

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

NURSE'S SIGNATURE          INITIAL          NURSE'S SIGNATURE          INITIAL

| | STOP DATE | HOUR | 1 | 2 | 3 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Wellbutrin 100mg PO daily x 7dk
then...

↑ Wellbutrin t° 200mg PO daily
(start 7/31)    7/31    7am

Valproic Acid 500mg PO qhs    Cont    9pm

PATIENT NAME: Long, James
FACILITY NAME: HGS
PHYSICIAN NAME: D. Speicher, CRNP
DIAGNOSIS: Depression
ALLERGY: NKDA

SECTION: β
PATIENT NO.: 55631

NURSE'S SIGNATURE / INITIAL

Wellbutrin 200mg ī PO
9am

3/22

Trileptal 150mg PO
3/22    Q AM

STOP DATE  3/04

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

9pm
4pm

5A

ALLERGY  NKDA

DIAGNOSIS

PHYSICIAN NAME  D Seigner CRNP

FACILITY NAME  HCS

PATIENT NAME  Long James

PHYSICIAN NAME

SECTION

PATIENT NO.

PHYSICIAN PHONE NO.  M

ROOM NO.

PATIENT NO.  55631

NURSE'S SIGNATURE

INITIAL

NURSE'S SIGNATURE

INITIAL

Wellbutrin 200mg i po
8 AM

4/04

| ALLERGY | NKDA | | | | | STOP DATE | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |10|11|12|13|14|15|16|17|18|19|20|21|22|23|24|25|26|27|28|29|30|31|
|---------|------|--|--|--|--|-----------|------|---|---|---|---|---|---|---|---|---|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| DIAGNOSIS | | | | | | Until gone | 8 AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHYSICIAN NAME | D Soignon CRNP | | | | PHYSICIAN PHONE NO. | | 4 pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

PHYSICIAN NAME: D Soignon CRNP
SECTION: M
PATIENT NO.: M
ROOM NO.

PATIENT NAME: Long James

55631

NURSE'S SIGNATURE: U Hathaway Ct    INITIAL: UH

NURSE'S SIGNATURE    INITIAL

# Home Medications

Inmate Name _Long James_

Date _3-22-04_

_still tod?_

| Medication & Dosage | Filled | Doctor | Count |
|---|---|---|---|
| 1. _Wellbutrin SR 200mg 1 PO qam_ | _8/23/03_ | _Fay Ferrell_ | _17_ |
| 2. _Trileptal 150mg_ | _Sample bottle_ | | _6_ |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |

_Cont until gone. Her must see C/POP_

# NURSE NOTES

HOUSTON COUNTY JAIL
901 E. MAIN DOTHAN AL

INMATE LOCATION SLIPS

INMATE NAME: _LONG JAMES_

INMATE NUMBER: _55651_

PREVIOUS LOCATION: _N-5_

MOVED TO: _A-14_

DATE OF MOVE: _5-11-07_

OFFICER SIGNATURE: _Benford_

## PHYSICIAN ORDERS

INMATE *King, James* 552631 N

DATE ~~552631~~ 3/21/07

Bottom Bunk Profile
d/t Seizures.

— clinic —

## PHYSICIAN ORDERS

INMATE _Long, James 55631 N_

DATE _55631_ 3/21/07

Bottom Bunk Profile
d/t Seizures.

— clinic —

ABL MANAGEMENT, INC

## HOUSTON COUNTY JAIL

### Restricted Medical Diet Order

DATE DIET BEGINS: 3/24/07

DIET CANCELLATION DATE: _____

INMATE/DETAINEE NAME: Lora Jones

I.D. NUMBER: 88031

HOUSING UNIT: N Pod

**MEDICAL NOTE:** The following diet plans have been developed for this facility. If you do not see the required diet listed on this order form, the dietitian must be contacted BEFORE the diet may be produced. Thank you for your cooperation.

DIET ORDER: (Check ONLY ONE diet at a time. Please!)

_____ 1. Dental/Mechanical (for dental problems)

_____ 2. Dental/Straw Full Liquid (For Wired Jaws - 30 days only; renewal required)

_____ 3. 1800 CAL A.D.A with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 4. 2200 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 5. 2500 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 6. No Concentrated Sweets with H.S. Snack (Non-Insulin Dependent) 4 Meal Plan

_____ 7. Pregnancy with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

_____ 8. Nutrition Support with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

_____ 9. High Fiber (approximately 28 grams)

_____ 10. Full Liquid (3 days only)

_____ 11. Clear Diet (2 days only)

_____ 12. Heart Healthy (Low Fat [<30%]/Low Cholesterol [<300 mg]/Low Salt [<4 gm NA])

HS Snack only

I have been counseled on this diet, understand the plan and agree to follow the rules of eating the diet every day. I also understand that if I do not pick up the diet tray at each meal, the diet may be canceled by medical.

Inmate/Detainee's Signature: on file          Date: _____

COMMENTS: _____

Authorized Medical Health Provider: a Kennedy FN

KITCHEN RECEIVED BY: _____          DATE: _____

* NO WEIGHT REDUCTION DIETS ARE TO BE ORDERED USING THE ADA PATTERNS; USE HEART HEALTHY DIET FOR LIFE THREATENING CASES OF WEIGHT CONTROL. VEGETARIAN DIETS ARE NOT A MEDICAL PROBLEM. THEREFORE, THEY ARE NOT ORDERED ON THIS FORM. THANK YOU.

Form C-100  Rev. 4/02

# HOUSTON COUNTY JAIL MEDICAL CLINIC

## INTAKE

DATE 3-21-07

INMATE _Long James_    # 55631    DOB 5-7-72

ALLERGIES _~~Fish - Thood~~ Swell_    vis 159/90, 65, 98²

HEIGHT 5' 11"    WEIGHT 186        0² 100%

CURRENT MEDICAL PROBLEMS
1/07 last Seizures 1996 head injury - skull injury
02 "Bipolar Schizophrenic c̄ psychotic features" - by fight
↓ BS - controlled by diet        Has had no meds 4 OK 1 month

PERSONAL DOCTOR Dr Sonazy- Enterprise    Enterprise
                 Mental    ADDRESS Health Mental
                                    Health
HOSPITALIZATIONS                    until
~~Seizures~~                         violated
_____            Probation

_____

_____

CURRENT MEDICATIONS
None
_____

_____

_____

MEDICATIONS BROUGHT IN? None

NURSING ASSESSMENT:
Bottom Bunk Profile.
NAD noted.
Waiting for medical records from
Enterprise Mental Health.

DS (nurses initials) EXPLAINED HOW TO OBTAIN MEDICAL TREATMENT WHILE IN HCJ

NURSE _A. Kennedy RN_



# HOUSTON COUNTY JAIL MEDICAL CLINIC

## INTAKE

*How old chart*

DATE **8-29-06**

INMATE **Long, James** # **55631** DOB **5-7-72**

ALLERGIES **NKDA**    V/S **12 3/69    47    16**    **98.3**
                                                     rec
                                                      **53**

HEIGHT **5'10"** WEIGHT **186½**

**CURRENT MEDICAL PROBLEMS**

*chart* State Positive for Tb – finished INH on 8/22/06

States have psychiatric disorder, but takes no meds

PERSONAL DOCTOR **Denies**    ADDRESS

HOSPITALIZATIONS    **Denies**

CURRENT MEDICATIONS    **Denies**    *RS*

MEDICATIONS BROUGHT IN?    **NO**

NURSING ASSESSMENT:

_____ (nurses initials) EXPLAINED HOW TO OBTAIN MEDICAL TREATMENT WHILE IN HCJ

NURSE _____

# HOUSTON COUNTY JAIL MEDICAL CLINIC

## INTAKE

DATE 5-5-06

INMATE Long, James # 55631 DOB 5-7-72

ALLERGIES NKDA                    V/S 147/82 77 18 97.1
                                       Re²
HEIGHT 5'10" WEIGHT 199                134/82

CURRENT MEDICAL PROBLEMS
Schizophrenic, temper explosive d/o, bipolar
State have a pinch nerve
Also state to have seizure

PERSONAL DOCTOR Denies — @ Bullock prison
                              ADDRESS

HOSPITALIZATIONS
Denies

_____

_____

CURRENT MEDICATIONS
State take flexeril, Depakote
INH = Monday & Thursday -according to Bullock
+ pyridoxine on Monday & Thursday          Mon.
           vit B-6

MEDICATIONS BROUGHT IN? NO

NURSING ASSESSMENT:

Nurse Smith State take Flexeril & Advil
and INH, Vit B-6          10.mg          ↓
         ↓         ↓      2x a day       800 mg
      on         mon. & Thurs  ends       3 x a day
   mon. & Thurs            5/7/06         5/7/06

I/m States has pinched nerve —
      No apparent distress noted

*for self confirmed*
*NO bipolar dx*
*for self chart*

_____ (nurses initials) EXPLAINED HOW TO OBTAIN MEDICAL
TREATMENT WHILE IN HCJ

NURSE _____

## HOUSTON COUNTY JAIL MEDICAL CLINIC

### INTAKE

DATE 2-22-06

INMATE Long, James # 55631 DOB 5-7-72

ALLERGIES NKDA                    VIS 116/76 78 ℞ 985

HEIGHT 5'10" WEIGHT 202

**CURRENT MEDICAL PROBLEMS**
Schizophrenic, temper explosive d/o, bipolar

PERSONAL DOCTOR Denies        ADDRESS

HOSPITALIZATIONS

None since DDJ (to State) last November.

**CURRENT MEDICATIONS**
depakote (for seizures + bipolar)

Trivil? (similar to elavil)

MEDICATIONS BROUGHT IN? NO

NURSING ASSESSMENT:

A+ Ox 4. NAD. — In for court from Bullock County.
States no meds since Sunday.

_U_ (nurses initials) EXPLAINED HOW TO OBTAIN MEDICAL TREATMENT WHILE IN HCJ

NURSE _U_____

dorm 15 - bed 32

- Valproic Acid 500mg po qhs
- PM snack
- Zantac 300mg po qhs

V.D.D. Speigner CRNP/ Mahogun

DI

{ ✓ Cart
  ✓ N.C. (charged 4/05 for 2 meds then shortly thereafter to state)
  ✓ PS
  ✓ MAR

Confirmed 4/01 in SAP program - started 2/21/06. I/m went to Sgt. Davis count today. notified.

ABL MANAGEMENT, INC

## HOUSTON COUNTY JAIL

### Restricted Medical Diet Order

DATE DIET BEGINS: _2/22/06_               DIET CANCELLATION DATE: _____

INMATE/DETAINEE NAME: _LONG, James_       I.D. NUMBER: _55631_

HOUSING UNIT: _A-pod_

MEDICAL NOTE: The following diet plans have been developed for this facility. If you do not see the required diet listed on this order form, the dietitian must be contacted BEFORE the diet may be produced. Thank you for your cooperation.

_Add to pm snack list please_

DIET ORDER: (Check ONLY ONE diet at a time. Please!)

_____ 1. Dental/Mechanical (for dental problems)

_____ 2. Dental/Straw Full Liquid (For Wired Jaws - 30 days only; renewal required)

_____ 3. 1800 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 4. 2200 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 5. 2500 CAL A.D.A. with H.S. Snack (Insulin Dependent)* 4 Meal Plan

_____ 6. No Concentrated Sweets with H.S. Snack (Non-Insulin Dependent) 4 Meal Plan

_____ 7. Pregnancy with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

_____ 8. Nutrition Support with H.S. Snack (+500 calories and 4 milks) 4 Meal Plan

_____ 9. High Fiber (approximately 28 grams)

_____ 10. Full Liquid (3 days only)

_____ 11. Clear Diet (2 days only)

_____ 12. Heart Healthy (Low Fat [<30%]/Low Cholesterol [<300 mg]/Low Salt [<4 gm NA])

I have been counseled on this diet, understand the plan and agree to follow the rules of eating the diet every day. I also understand that if I do not pick up the diet tray at each meal, the diet may be canceled by medical.

Inmate/Detainee's Signature: _on file_          Date: _2/22/06_

COMMENTS: _____

Authorized Medical Health Provider: _u_

KITCHEN RECEIVED BY: _____     DATE: _____

*NO WEIGHT REDUCTION DIETS ARE TO BE ORDERED USING THE ADA PATTERNS; USE HEART HEALTHY DIET FOR LIFE THREATENING CASES OF WEIGHT CONTROL. VEGETARIAN DIETS ARE NOT A MEDICAL PROBLEM. THEREFORE, THEY ARE NOT ORDERED ON THIS FORM. THANK YOU.

Form C-100 Rev. 4/02

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
### DOTHAN, ALABAMA 36302

**NURSE'S NOTES**

| NAME: Last | First | Middle | DATE OF BIRTH |
|---|---|---|---|
| Long | James | | |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 11-5-05 | Housed in K-8 - "suicide watch." NAD. - Stated he did receive his visitation. Appeared much calmer than 11-4-05. Asked for pen or pencil - I would not authorize. ——— L. Laquerra, Ln |
| 11-6-05 | Housed in K-8 - "suicide watch." NAD. - Did state that the Benadryl at hs doesn't seem to be helping c his sleep. I'm placed on CRNP list for 11-7-05. R Laquerra |

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
### DOTHAN, ALABAMA 36302

#55631

**NURSE'S NOTES**

| NAME: Last | First | Middle | DATE OF BIRTH |
|---|---|---|---|
| Long | James | | |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 11-4-05 | "Request" reviewed... Sgt Buchman notified to place I/m on immediate suicide watch. I/m is already scheduled to be seen today. — |
| | L. Laguerra, LPN |

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
### DOTHAN, ALABAMA 36302

**NURSE'S NOTES**

NAME: Last _Long_   First _James_   Middle         DATE OF BIRTH

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|------|--------------------------------|
| 11-04-05 | late entry – attempted to house I/M in docket last evening. I/M refused stating if he was in a cell alone – the voices would make him crazy. Stated he would rather be in his cell c cell mate sleeping on the floor. I/M sent back to Pod ———— Efway, lp Labs scheduled for Monday 11-07-05 for Depakote level, Cmp, CBC ———— Efway, lp |

## HOUSTON COUNTY JAIL MEDICAL CLINIC

### INTAKE

**DATE** 10-24-05

**INMATE** Long, James #55631 **DOB** 5-7-72

**ALLERGIES** NKDA  **V/S** 117/68  59  18  98.2

**HEIGHT** 5'10"  **WEIGHT** 188

**CURRENT MEDICAL PROBLEMS**
Bi-polar, Schizophrenia, Anti-Social, Explosive Behavior

**PERSONAL DOCTOR** _Denies_  **ADDRESS**

**HOSPITALIZATIONS**

**CURRENT MEDICATIONS** Wellbutrin — last use of these meds
Depakote  approx 1 month ago.
Trileptal  Not Regularly

*Spectracare "Nathan" not open in the computer.*

**MEDICATIONS BROUGHT IN?** N/A

**NURSING ASSESSMENT:**
States he was here - then to work release & other jails told him that they wouldn't let him stay there & that kind of med (I told I/m CCO is aware of all meds/diagnosis & further told him he could continue to buy meds from us if at CCO). I/m states first time here at jail, he took meds (chart pulled, dated 7/29/04, Wellbutrin 200mg PO daily & Trileptal 150mg PO daily- 3/22/05) Per correspondence (written) from Spectracare, dated 7/29/04, Wellbutrin XL 300mg & depakote ER 500mg po qhs. & copy of "physician Asess" Spectracare do state that I/m on trileptal also. — I/m states mother will not bring in any meds (I/m c/o hearing to voices). Instructed I/m to fill out request form to ask for substitute.

_____ (nurses initials) EXPLAINED HOW TO OBTAIN MEDICAL
TREATMENT WHILE IN HCJ

NURSE _____

55631

# HOUSTON COUNTY JAIL MEDICAL CLINIC

## INTAKE

DATE _3-15-05_

INMATE _Long, James_ M. # _55631_ DOB _5-7-72_

ALLERGIES _NKDA_     V/S _127/72  53  19  97.8_
                            _63  02 = 99%_

HEIGHT _5'10"_ WEIGHT _189_

CURRENT MEDICAL PROBLEMS
_bipolar disorder "explosive temper"_

PERSONAL DOCTOR _Spectra care_     ADDRESS

HOSPITALIZATIONS _denies_

CURRENT MEDICATIONS _none here_

MEDICATIONS BROUGHT IN? _no_

NURSING ASSESSMENT:
Explained to I/M that we will have to
wait for his records to come back.

_MCN_ (nurses initials) EXPLAINED HOW TO OBTAIN MEDICAL
TREATMENT WHILE IN HCJ

NURSE _Margaret Homan LPN_

# HOUSTON COUNTY JAIL
## P. O. BOX 6406
## DOTHAN, ALABAMA 36302

**NURSE'S NOTES**

| NAME: Last | First | Middle | DATE OF BIRTH |
|------------|-------|--------|---------------|
| Tony | Toma | | |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|------|----------------------------------|
| 3/24/04 | F/U B/P ✓ ; B/P - 128/83  P-69  Continue |
| | to F/U c̄ B/P ✓ ——— 2q L₂  LPN |

# HOUSTON COUNTY JAIL
### P. O. BOX 6406
### DOTHAN, ALABAMA 36302

**NURSE'S NOTES**

| NAME: Last | First | Middle | DATE OF BIRTH |
|---|---|---|---|
| Tony | James | M | 5-2-73 |

| DATE | NOTES TO BE SIGNED BY THE NURSE |
|---|---|
| 3/23/04 | S Intake: HRA Zoloft line ADA (I meds taken for this) S/o being depressed / Anxiety, John Wellbutrin SR 200mg PO Q AM. Pt c/o mood swings and take Trileptal 150mg I-II PO Q AM for this. (Has none w/he) Pt was Tx for this @ Spectracare MD's Name unknown. Pt states he feels more depressed due to missing his family. Pt states he didn't want to hurt himself or anyone. O T-97.1 P-62 R-18 B/P 123/85 (Pt states he stopped taking his meds for 30d and just stated then when he came to Jail. Pt makes good eye contact, calm A+O X3   HT 69" WT 190 PEARL   ENT-WNL   CBG - 104 nonfasting Lungs clear + equal   O2 SAT 100% P CHMP to review, put for recall — Joy L, LPN P- Pt instructed how to get medical attention with F/U c B/P ✓ X3d — Joy L, LPN |
| F/S-N NAR-1 | |

# LAB/X-RAY

DOCTORS LABORATORY INC.
DIRECTOR             2906 JULIA DRIVE, VALDOSTA GEORGIA 31604
JACKSON L. GATES, M.D.      PHONE (229)244-4468

PATIENT:   LONG,JAMES M           SEX,SP: M
PT PHONE:   712 0762      FASTING: NO        COLLECTED: 04/27/2007-11:00 AM
ACCESSION: S6444480       AGE,DOB: 34,05/07/1972   RECEIVED: 04/27/2007-6:32 PM
PT ID#:    55631          REQ#:               REPORTED: 04/28/2007-8:05 AM
MED REC#:                 RM#:              ROUTE/STOP: 9501      PAGE 1
PHYSICIAN: BANNER
CLIENT:    HOUSTON COUNTY JAIL              ACCOUNT NO. 12519
           901 E. MAIN STREET
           DOTHAN, AL  36301

---

| TEST NAME | WITHIN RANGE | OUTSIDE RANGE | NORMAL RANGE | UNITS |
|---|---|---|---|---|

HEPATITIS SCREENING PROFILE
 HEPATITIS A VIRAL ANTIBODY (IgM)
  ANTI-HAV (IgM)       NON-REACTIVE            NON-REACTIVE
  INTERPRETATION: IgM antibodies to HAV not detected;
                  does not exclude early acute or
                  recovered HAV infection.

 HEPATITIS B CORE ANTIBODY (IgM)
  ANTI-HBc (IgM)       NON-REACTIVE            NON-REACTIVE
 HEPATITIS B SURFACE ANTIGEN
  HBsAG, SCREEN        NON-REACTIVE            NON-REACTIVE
 HEPATITIS C ANTIBODY  NON-REACTIVE            NON-REACTIVE
  INTERPRETATION: Antibodies to HCV not detected;
                  does not exclude early acute
                  HCV infection.

*** FINAL REPORT ***

EXCEPT WHERE NOTED: TEST PERFORMED AT DOCTORS LABORATORY INC., VALDOSTA, GA

**DOCTORS LABORATORY, INC.**

CLIA No. 11D0646134
Medicare No. 65016769LA

Barcode

2906 Julia Drive
Valdosta, Georgia 31602
1-800-342-7552
www.doctorslaboratory.com

12519
HOUSTON COUNTY JAIL
901 E. MAIN STREET
DOTHAN, AL 36301

334-712-0762

PATIENT ID #    REC. #    ORDERING PHYSICIAN

PATIENT NAME (LAST)    FIRST    MI

PATIENT PHONE #    712-0-762

MALE ☐  FEMALE ☐    DOB    FASTING Y / N    COLLECTION DATE / TIME

BILL TO: ☐ CLIENT  ☐ PATIENT  ☐ WORKERS COMP  ☐ INSURANCE  ☐ MEDICARE  ☐ MEDICAID

PATIENT INFO:
STREET
CITY    STATE    ZIP

RESPONSIBLE PARTY:
INSURED'S NAME
STREET
CITY    STATE    ZIP
PATIENT'S RELATIONSHIP TO INSURED
☐ SELF  ☐ SPOUSE  ☐ CHILD  ☐ OTHER

CALL RESULTS TO:  NAME / NUMBER
FAX RESULTS TO:  NAME / NUMBER

INSURANCE:
☐ MEDICARE #
☐ MEDICAID #    STATE
☐ SUBSCRIBER #    GROUP
INSURANCE CO.
ADDRESS
CITY    STATE    ZIP

SECONDARY INSURANCE:
☐ MEDICARE #
☐ MEDICAID #    STATE
☐ SUBSCRIBER #    GROUP
INSURANCE CO.
ADDRESS
CITY    STATE    ZIP

REQUIRED    ICD -9 DIAGNOSIS CODES FOR TESTS ORDERED    REQUIRED

| TEST # | AMA APPROVED PANELS | CPT | CONT |
|---|---|---|---|
| 783 | ACUTE HEPATITIS PANEL * | 80074 | SST |
| 347 | BASIC METABOLIC PANEL * | 80048 | SST |
| 328 | COMP METABOLIC PANEL * | 80053 | SST |
| 329 | ELECTROLYTE PANEL | 80051 | SST |
| 234 | HEPATIC FUNCTION PANEL* | 80076 | SST |
| 819 | LIPID PANEL * | 80061 | SST |
| 908 | OBSTETRIC PANEL | 80055 | RT,LAV |
| 242 | RENAL PANEL | 80069 | SST |
| 305 | AMYLASE, SERUM | 82150 | SST |
| 216 | ANA | 86038 | SST |
| 177 | ANTIBODY SCREEN | 86886 | L |
| 401 | B12, VITAMIN | 82607 | SST |
| 504 | BUN (BLOOD UREA NITROGEN) | 84520 | SST |
| 703 | CA-125 (CANCER ANTIGEN) * | 86304 | SST |
| 364 | CARBAMAZEPINE (TEGRETOL) * | 80156 | SST |
| 114 | CBC * | 85025 | L |
| 371 | CEA (CARCINOEMBRYONIC AG)* | 82378 | SST |
| 507 | CHOLESTEROL * | 82465 | SST |
| 402 | CORTISOL, SERUM (AM) | 82533 | SST |
| 422 | CORTISOL, SERUM (PM) | 82533 | SST |
| 514 | CPK, TOTAL | 82550 | SST |
| 504 | CREATININE, SERUM | 82565 | SST |
| 115 | CRP | 86140 | SST |
| 406 | CRP, HIGHLY SENSITIVE | 86141 | SST |
| 404 | DIGOXIN* | 80162 | SST |
| 405 | DILANTIN | 80185 | SST |
| 346 | ESTRADIOL | 82670 | SST |
| 420 | FERRITIN, SERUM* | 82728 | SST |
| 406 | FOLATE, SERUM | 82746 | SST |
| 428 | FREE T4* | 84439 | SST |
| 426 | FSH, SERUM | 83001 | SST |

| TEST # | GLUCOSE SERIES | CPT | CONT |
|---|---|---|---|
| 503 | FBS-FASTING GLUCOSE * | 82947 | SST |
| 566 | 1 HR PP GLUCOSE | 82947 | SST |
| 592 | OB 1 HR | 82050 | SST |
| 555 | 2 HR PP GLUCOSE | 82947 | SST |
| 556 | FASTING & 1 HR GLUCOSE | 82950 | 2 SST |
| 556 | FASTING & 2 HR GLUCOSE | 82950 | n-SST |
| 551-554 | GLUC. TOLERANCE ___HR | 82951/2 | n-SST |
| 585-588 | OB GTT SERIES ___HR | 82951/2 | n-SST |
| 418 | HCG, QUANTITATIVE * | 84702 | SST |
| 329 | HDL, CHOLESTEROL * | 83718 | SST |
| 347 | HEMOGLOBIN A1C* | 83036 | L |
| 372 | HEPATITIS B CORE AB (IgM) | 86705 | SST |
| 412 | HEPATITIS B SURF. ANTIGEN | 87340 | SST |
| 421 | HEPATITIS B SURF. ANTIBODY | 86706 | SST |
| 9716 | HEPATITIS C, ANTIBODY | 86803 | SST |
| 9992 | HIV 1/2 ANTIBODY SCREEN* | 86703 | SST |
| 9630 | HOMOCYSTEINE | 83090 | SST |
| 317 | IMMUNOGLOBULINS (G,A,M) | 82784x3 | SST |
| 320 | IRON & TIBC* | 83550 | SST |
| 513 | LDH, TOTAL | 83615 | SST |
| 854 | LITHIUM | 80178 | SST |
| 425 | LH (LUTEINIZING HORMONE) | 83002 | SST |
| 325 | MAGNESIUM | 83735 | SST |
| 123 | MONO SCREEN | 86308 | SST |
| 414 | PHENOBARBITOL | 80184 | SST |
| 526 | POTASSIUM | 84132 | SST |
| 411 | PREGNANCY TEST (QUAL) | 84703 | SST |
| 419 | PROGESTERONE | 84144 | SST |
| 419 | PROLACTIN | 84146 | SST |
| 431 | PROSTATE SPEC. ANTIGEN* | 84153 | SST |

| TEST # | | CPT | CONT |
|---|---|---|---|
| 150 | PT (PROTHROMBIN TIME)* | 85610 | B |
| 43100 | PSA, MEDICARE ONLY | G0103 | SST |
| 149 | PTT (PARTIAL THROMBOPLAS.)* | 85730 | B |
| 130 | RHEUMATOID TEST (QUANT) | 86431 | SST |
| 335 | RUBELLA (IgG) | 86762 | SST |
| 132 | RPR* | 86592 | SST |
| 133 | SED RATE (WESTERGREN) | 85652 | L |
| 515 | SGOT (AST) | 84450 | SST |
| 516 | SGPT (ALT) | 84460 | SST |
| 417 | T3 (TRIIODOTHYRONINE)* | 84480 | SST |
| 407 | T3 UPTAKE* | 84479 | SST |
| 408 | T4 (THYROXINE)* | 84436 | SST |
| 353 | THEOPHYLLINE | 80198 | SST |
| 415 | TSH* | 84443 | SST |
| 506 | URIC ACID, SERUM | 84550 | SST |
| 134 | URINALYSIS* | 81001 | U |
| 379 | VALPROIC ACID | 80164 | SST |

**URINE CHEMISTRIES**

| TEST # | | CPT | CONT |
|---|---|---|---|
| | 24 HOUR TV: _____ Random UR ☐ | | |
| 536 | CREATININE CLEARANCE | 82575 | SST,U |
| | WT _____ HT _____ | | |
| 8282 | UREA CLEARANCE | 84545 | SST,U |
| 327 | URINE PROTEIN | 84156 | U |
| 9752 | MICROALBUMIN | 82043 | U |
| 351 | MICROALB/CREAT RATIO (82043) | 82570 | U |
| 8054 | PROTEIN/CREAT RATIO (84156) | 82570 | U |

KEY: SST=SERUM SEPARATOR TUBE  L=LAVENDAR  RT=PLAIN RED TOP  n-SST=REQUIRES MULTIPLE TUBES  B=BLUE TOP  U=URINE

| | MICROBIOLOGY | CODE(S) | CON |
|---|---|---|---|
| 8998 | CHLAMYDIA & GC- AMPLI. DNA (Genital Only) | 87491 / 87591 | PT |
| 2238 | CHLAMYDIA & GC- AMPLI. DNA (Urine) | 87491 / 87591 | SC |
| 2235 | VAGINITIS PROFILE - DNA Probe for Trichomonas,Candida,Gardnerella | 87660 / 87480 / 87510 | VP |
| 2260 | GROUP "B" STREP. CULTURE (Genital) | 87070 | SW |
| 2233 | GROUP "B" STREP. CULTURE (Urine) | 87081 | SC/U |
| 2263 | GENITAL CULTURE | 87070 / 87071 | SW |
| 231 | HERPES SIMPLEX CULTURE Source: | 87252 / 87253 / 87254 | M4 |
| 202 | STOOL CULTURE | 87045 / 87046 | SC/St |
| 125 | OVA & PARASITE EXAM | 87177 | SC |
| 124 | OCCULT BLOOD TEST (Fecal)* | 82270 | SC |
| 243 | CLOSTRIDIUM DIFFICILE TOXINS AB | 87324 | SC |
| 290 | GIARDIA DETECTION BY IFA | 87269 | SC |
| 235 | WBC's EXAM. (Fecal) | 89055 | SC |
| 117 | FECAL FAT (SUDAN STAIN) | 82705 | SC |
| 280 | ROTAVIRUS DETECTION BY EIA | 87425 | SC |
| 219 | CULTURE* | 87086 / 87087 | SC/U |
| 222 | SPUTUM CULTURE | 87070 / 87071 | SW |
| 206 | BLOOD CULTURE | 87040 | BC |
| 200 | THROAT CULTURE (Complete) | 87070 | SW |
| 230 | THROAT CULTURE (Beta Strep. only) | 87070 | SW |
| 204 | WOUND CULTURE Source: | 87070 | SW |
| 201 | MISCELLANEOUS CULTURE Source: | 87070 | SW |
| 208 | BODY FLUID CULTURE Source: | 87070 | SC/S |
| 207 | FUNGUS CULTURE (Non-Systemic) Source: | 87101 | SC |
| 210 | GRAM STAIN Source: | 87205 | SC/S |
| 213 | KOH PREP. Source: | 87220 | SC/S |

Key: PT = ProbeTec; SC = Sterile Container; VP = VP Collection tub
UP = Urine with Preservative; SW = Culture Swab;
BC = Blood Culture Bottle(s); M4 = Multi-transport Medium

**DOCTORS LABORATORY, INC.**

CLIA No. 11D0646134
CLIA No. 11D0646134
Medicare No. 65016769LA

2906 Julia Drive
Valdosta, Georgia 31602
1-800-342-7552
www.doctorslaboratory.com

Barcode

12559
HOUSTON COUNTY JAIL
901 E. MAIN STREET
DOTHAN, AL 36301

334-712-0762

| PATIENT ID # | REQ. # | | PHYSICIAN |
| PATIENT NAME (LAST) FIRST MI | | | PATIENT PHONE |
| MALE / FEMALE | DOB | FASTING (Y) (N) | COLLECTION DATE TIME AM PM |

BILL TO: ☐ CLIENT ☐ PATIENT ☐ WORKERS COMP
☐ INSURANCE ☐ MEDICARE ☐ MEDICAID

PATIENT INFO: STREET
CITY STATE ZIP

RESP PARTY: INSURED'S NAME
STREET
CITY STATE ZIP
PATIENT'S RELATIONSHIP TO INSURED
☐ SELF ☐ SPOUSE ☐ CHILD ☐ OTHER

CALL RESULTS TO: NAME NUMBER
FAX RESULTS TO: NAME NUMBER

INSURED: ☐ MEDICARE # ☐ MEDICAID # STATE ☐ SUBSCRIBER # GROUP
INSURANCE CO. ADDRESS CITY STATE ZIP

SECONDARY: ☐ MEDICARE # ☐ MEDICAID # STATE ☐ SUBSCRIBER # GROUP
INSURANCE CO. ADDRESS CITY STATE ZIP

REQUIRED — ICD-9 DIAGNOSIS CODES FOR TESTS ORDERED — REQUIRED

| AMA APPROVED PANELS | CPT | CONT | TEST # | GLUCOSE SERIES | CPT | CONT | TEST # | | CPT | CONT | MICROBIOLOGY | CPT CODE(S) | CONT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUTE HEPATITIS PANEL * | 80074 | SST | | | | | PT (PROTHROMBIN TIME)* | 85610 | B | 8998 | CHLAMYDIA & GC- AMPLI DNA (Genital Cerv) | 87491 87591 | PT |
| BASIC METABOLIC PANEL* | 80048 | SST | 503 | FBS-FASTING GLUCOSE * | 82947 | SST | 43100 | PSA, MEDICARE ONLY | G0103 | SST | 2238 | CHLAMYDIA & GC- AMPLI DNA (Urine) | 87491 87591 | SC |
| COMP METABOLIC PANEL* | 80053 | SST | 566 | 1 HR PP GLUCOSE | 82947 | SST | 149 | PTT (PARTIAL THROMBOPLAS.)* | 85730 | B | 2235 | VAGINITIS PROFILE - DNA Probe for Trichomonas,Candida,Gardnerella | 87660 87480 87510 | VP |
| ELECTROLYTE PANEL | 80051 | SST | 582 | OB 1 HR | 82950 | SST | 130 | RHEUMATOID TEST (QUANT) | 86431 | SST | | | | |
| HEPATIC FUNCTION PANEL* | 80076 | SST | 555 | 2 HR PP GLUCOSE | 82947 | SST | 335 | RUBELLA (IgG) | 86762 | SST | 2260 | GROUP "B" STREP. CULTURE (Genital) | 87070 | SW |
| LIPID PANEL * | 80061 | SST | 9764 | FASTING & 1 HR GLUCOSE | 82950 | 2 SST | 132 | RPR* | 86592 | SST | 2233 | GROUP "B" STREP. CULTURE (Urine) | 87081 | SC/UP |
| OBSTETRIC PANEL | 80055 | RT,LAV | 556 | FASTING & 2 HR GLUCOSE | 82950 | 2 SST | 133 | SED RATE (WESTERGREN) | 85652 | L | 2263 | GENITAL CULTURE | 87070 87071 | SW |
| RENAL PANEL | 80069 | SST | 551-554 | GLUC. TOLERANCE _____ HR | 82951/2 | n-SST | 515 | SGOT (AST) | 84450 | SST | 231 | HERPES SIMPLEX CULTURE Source: | 87252 87253 87254 | SW |
| AMYLASE, SERUM | 82150 | SST | 585-588 | OB GTT SERIES _____ HR | 82951/2 | n-SST | 516 | SGPT (ALT) | 84460 | SST | 202 | STOOL CULTURE | 87045 87046 | SC/SW |
| ANA | 86038 | SST | 418 | HCG, QUANTITATIVE * | 84702 | SST | 417 | T3 (TRIIODOTHYRONINE)* | 84480 | SST | 125 | OVA & PARASITE EXAM. | 87177 | SC |
| ANTIBODY SCREEN | 86886 | L | 329 | HDL, CHOLESTEROL.* | 83718 | SST | 407 | T3 UPTAKE* | 84479 | SST | 124 | OCCULT BLOOD TEST (Fecal)* | 82270 | SC |
| B12, VITAMIN | 82607 | SST | 347 | HEMOGLOBIN A1C* | 83036 | L | 408 | T4 (THYROXINE)* | 84436 | SST | 243 | CLOSTRIDIUM DIFFICILE TOXINS A&B | 87324 | SC |
| BUN (BLOOD UREA NITROGEN) | 84520 | SST | 372 | HEPATITIS B CORE AB (IgM) | 86705 | SST | 353 | THEOPHYLLINE | 80198 | SST | 290 | GIARDIA DETECTION BY IFA | 87269 | SC |
| CA-125 (CANCER ANTIGEN) * | 86304 | SST | 412 | HEPATITIS B SURF. ANTIGEN | 87340 | SST | 415 | TSH* | 84443 | SST | 235 | WBC's EXAM. (Fecal) | 89055 | SC |
| CARBAMAZEPINE (TEGRETOL) | 80156 | SST | 421 | HEPATITIS B SURF. ANTIBODY | 86706 | SST | 506 | URIC ACID, SERUM | 84550 | SST | 117 | FECAL FAT (SUDAN STAIN) | 82705 | SC |
| CBC * | 85025 | L | 9716 | HEPATITIS C, ANTIBODY | 86803 | SST | 134 | URINALYSIS* | 81001 | U | 280 | ROTAVIRUS DETECTION BY EIA | 87425 | SC |
| CEA (CARCINOEMBRYONIC AG)* | 82378 | SST | 9992 | HIV 1/2 ANTIBODY SCREEN* | 86703 | SST | 379 | VALPROIC ACID | 80164 | SST | 219 | URINE CULTURE* | 87086 87088 | SC/UP |
| CHOLESTEROL * | 82465 | SST | 9630 | HOMOCYSTEINE | 83090 | SST | | URINE CHEMISTRIES | | | 222 | SPUTUM CULTURE | 87070 87071 | SW |
| CORTISOL, SERUM (AM) | 82533 | SST | 317 | IMMUNOGLOBULINS (G,A,M) | 82784x3 | SST | | 24 HOUR TV: _____ Random UR ☐ | | | 206 | BLOOD CULTURE | 87040 | SC |
| CORTISOL, SERUM (PM) | 82533 | SST | 320 | IRON & TIBC* | 83550 | SST | | | | | 200 | THROAT CULTURE (Complete) | 87070 | SW |
| CPK, TOTAL | 82550 | SST | 513 | LDH, TOTAL | 83615 | SST | 536 | CREATININE CLEARANCE WT _____ HT _____ | 82575 | SST,U | 230 | THROAT CULTURE (Beta Strep. only) | 87070 | SW |
| CREATININE, SERUM | 82565 | SST | 854 | LITHIUM | 80178 | SST | | | | | 204 | WOUND CULTURE Source: | 87070 | SW |
| CRP | 86140 | SST | 425 | LH (LUTEINIZING HORMONE) | 83002 | SST | | | | | 201 | MISCELLANEOUS CULTURE Source: | 87070 | SW |
| CRP, HIGHLY SENSITIVE | 86141 | SST | 326 | MAGNESIUM | 83735 | SST | 8282 | UREA CLEARANCE | 84545 | SST,U | 208 | BODY FLUID CULTURE Source: | 87070 | SC/SW |
| DIGOXIN* | 80162 | SST | 123 | MONO SCREEN | 86308 | SST | 327 | URINE PROTEIN | 84156 | U | 207 | FUNGUS CULTURE (Non-Systemic) Source: | 87101 | SC |
| DILANTIN | 80185 | SST | 414 | PHENOBARBITOL | 80184 | SST | 9752 | MICROALBUMIN | 82043 | U | 210 | GRAM STAIN Source: | 87205 | SC/SW |
| ESTRADIOL | 82670 | SST | 518 | POTASSIUM | 84132 | SST | 351 | MICROALB/CREAT RATIO (82043) | 82570 | U | 213 | KOH PREP. Source: | 87220 | SC |
| FERRITIN, SERUM* | 82728 | SST | 411 | PREGNANCY TEST (QUAL) | 84703 | SST | 8054 | PROTEIN/CREAT RATIO (84156) | 82570 | U | | | | |
| FOLATE, SERUM | 82746 | SST | 924 | PROGESTERONE | 84144 | SST | | | | | | | | |
| FREE T4* | 84439 | SST | 419 | PROLACTIN | 84146 | SST | | | | | | | | |
| FSH, SERUM | 83001 | SST | 431 | PROSTATE SPEC. ANTIGEN* | 84153 | SST | | | | | | | | |

KEY: PT = ProbeTec; SC = Sterile Container; VP = VP Collection tube; UP = Urine with Preservative; SW = Culture Swab; BC = Blood Culture Bottle(s); M4 = Multi-transport Medium

KEY: L=LAVENDAR; RT=PLAIN RED TOP; n-SST=REQUIRES MULTIPLE TUBES; B=BLUE TOP; U=URINE

DOCTORS LABORATORY, INC.

2906 Julia Drive
Valdosta, Georgia 31602
1-800-342-7552
www.doctorslaboratory.com

Barcode

12519
HOUSTON COUNTY JAIL
901 E. MAIN STREET
DOTHAN, AL 36301

334-712-0762

| PATIENT ID # | | REC. # | | ORDERING PHYSICIAN |
| PATIENT NAME (LAST) | FIRST | MI | | PATIENT PHONE # |
| MALE / FEMALE | DOB | FASTING Y N | | COLLECTION DATE / TIME AM PM |

BILL TO: ☐ CLIENT  ☐ PATIENT  ☐ WORKERS COMP  ☐ INSURANCE  ☐ MEDICARE  ☐ MEDICAID

PATIENT INFO: STREET / CITY / STATE / ZIP
INSURED'S NAME
RESP PARTY: STREET / CITY / STATE / ZIP
PATIENT'S RELATIONSHIP TO INSURED: ☐ SELF ☐ SPOUSE ☐ CHILD ☐ OTHER
CALL RESULTS TO: NAME / NUMBER
FAX RESULTS TO: NAME / NUMBER

INSURANCE:
☐ MEDICARE # 
☐ MEDICAID #
☐ SUBSCRIBER #
INSURANCE CO.
ADDRESS
CITY STATE ZIP

SECONDARY:
☐ MEDICARE #
☐ MEDICAID #
☐ SUBSCRIBER #
INSURANCE CO.
ADDRESS
CITY STATE ZIP

REQUIRED  ICD-9 DIAGNOSIS CODES FOR TESTS ORDERED  REQUIRED

BAnner Profile
#1

| AMA APPROVED PANELS | CPT | CONT | TEST # | | CPT | CONT | TEST # | | CPT | CONT | MICROBIOLOGY | | CONT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACUTE HEPATITIS PANEL * | 80074 | SST | | GLUCOSE SERIES | | | 150 | PT (PROTHROMBIN TIME)* | 85610 | B | CHLAMYDIA & GC: AMPLI. DNA (Genital) | 87491 87591 | PT |
| BASIC METABOLIC PANEL * | 80048 | SST | 503 | FBS-FASTING GLUCOSE * | 82947 | SST | 43100 | PSA, MEDICARE ONLY | G0103 | SST | CHLAMYDIA & GC: AMPLI. DNA (Urine) | 87491 87591 | SC |
| COMP METABOLIC PANEL* | 80053 | SST | 566 | 1 HR PP GLUCOSE | 82947 | SST | 149 | PTT (PARTIAL THROMBOPLAS.)* | 85730 | B | VAGINITIS PROFILE - DNA Probe for Trichomonas,Candida,Gardnerella | 87660 87490 87510 | VP |
| ELECTROLYTE PANEL | 80051 | SST | 592 | OB 1 HR | 82950 | SST | 130 | RHEUMATOID TEST (QUANT) | 86431 | SST | | | |
| HEPATIC FUNCTION PANEL* | 80076 | SST | 555 | 2 HR PP GLUCOSE | 82947 | SST | 335 | RUBELLA (IgG) | 86762 | SST | GROUP 'B' STREP. CULTURE (Genital) | 87070 | SW |
| LIPID PANEL * | 80061 | SST | 9764 | FASTING & 1 HR GLUCOSE | 82950 | 2 SST | 132 | RPR* | 86592 | SST | GROUP 'B' STREP. CULTURE (Urine) | 87081 | SC/UF |
| OBSTETRIC PANEL | 80055 | RT,LAV | 556 | FASTING & 2 HR GLUCOSE | 82950 | 2 SST | 133 | SED RATE (WESTERGREN) | 85652 | L | GENITAL CULTURE | 87070 87070 | SW |
| RENAL PANEL | 80069 | SST | 551-554 | GLUC. TOLERANCE _____ HR. | 82951/2 | n-SST | 515 | SGOT (AST) | 84450 | SST | HERPES SIMPLEX CULTURE Source: | 87252 87254 | M4 |
| AMYLASE, SERUM | 82150 | SST | 585-588 | OB GTT SERIES _____ HR. | 82951/2 | n-SST | 516 | SGPT (ALT) | 84460 | SST | STOOL CULTURE | 87045 87046 | SC/SW |
| ANA | 86038 | SST | 418 | HCG, QUANTITATIVE * | 84702 | SST | 417 | T3 (TRIIODOTHYRONINE)* | 84480 | SST | OVA & PARASITE EXAM. | 87177 | SC |
| ANTIBODY SCREEN | 86886 | L | 329 | HDL, CHOLESTEROL* | 83718 | SST | 407 | T3 UPTAKE* | 84479 | SST | OCCULT BLOOD TEST (Fecal)* | 82270 | SC |
| B12, VITAMIN | 82607 | SST | 347 | HEMOGLOBIN A1C* | 83036 | L | 408 | T4 (THYROXINE)* | 84436 | SST | CLOSTRIDIUM DIFFICLE TOXINS A/B | 87324 | SC |
| BUN (BLOOD UREA NITROGEN) | 84520 | SST | 372 | HEPATITIS B CORE AB (IgM) | 86705 | SST | 353 | THEOPHYLLINE | 80198 | SST | GIARDIA DETECTION BY IFA | 87269 | SC |
| CA-125 (CANCER ANTIGEN) * | 86304 | SST | 412 | HEPATITIS B SURF. ANTIGEN | 87340 | SST | 415 | TSH* | 84443 | SST | WBC'S EXAM. (Fecal) | 89055 | SC |
| CARBAMAZEPINE (TEGRETOL) | 80156 | SST | 421 | HEPATITIS B SURF. ANTIBOD | 86706 | SST | 506 | URIC ACID, SERUM | 84550 | SST | FECAL FAT (SUDAN STAIN) | 82705 | SC |
| CBC * | 85025 | L | 9716 | HEPATITIS C, ANTIBODY | 86803 | SST | 134 | URINALYSIS* | 81001 | U | ROTAVIRUS DETECTION BY EIA | 87425 | SC |
| CEA (CARCINOEMBRYONIC AG)* | 82378 | SST | 9992 | HIV 1/2 ANTIBODY SCREEN* | 86703 | SST | 379 | VALPROIC ACID | 80164 | SST | URINE CULTURE* | 87088 87086 | SC/UF |
| CHOLESTEROL * | 82465 | SST | 9630 | HOMOCYSTEINE | 83090 | SST | | URINE CHEMISTRIES | | | SPUTUM CULTURE | 87070 | SC |
| CORTISOL, SERUM (AM) | 82533 | SST | 317 | IMMUNOGLOBULINS (G,A,M) | 82784x3 | SST | | 24 HOUR TV: _____ Random UR ☐ | | | BLOOD CULTURE | 87040 | BC |
| CORTISOL, SERUM (PM) | 82533 | SST | 320 | IRON & TIBC* | 83550 | SST | | | | | THROAT CULTURE (Complete) | 87070 | SW |
| CPK, TOTAL | 82550 | SST | 513 | LDH, TOTAL | 83615 | SST | 536 | CREATININE CLEARANCE | 82575 | SST,U | THROAT CULTURE (Beta Strep. only) | 87070 | SW |
| CREATININE, SERUM | 82565 | SST | 854 | LITHIUM | 80178 | SST | | WT _____ HT _____ | | | WOUND CULTURE Source: | 87070 | SW |
| CRP | 86140 | SST | 425 | LH (LUTEINIZING HORMONE) | 83002 | SST | | | | | MISCELLANEOUS CULTURE | 87070 | SW |
| CRP, HIGHLY SENSITIVE | 86141 | SST | 325 | MAGNESIUM | 83735 | SST | 8282 | UREA CLEARANCE | 84545 | SST,U | BODY FLUID CULTURE Source: | 87070 | SC/S |
| DIGOXIN* | 80162 | SST | 123 | MONO SCREEN | 86308 | SST | 327 | URINE PROTEIN | 84156 | U | FUNGUS CULTURE (Non-Systemic) | 87101 | SC |
| DILANTIN | 80185 | SST | 414 | PHENOBARBITOL | 80184 | SST | 9752 | MICROALBUMIN | 82043 | U | GRAM STAIN | 87205 | SC/S |
| ESTRADIOL | 82670 | SST | 518 | POTASSIUM | 84132 | SST | 351 | MICROALB/CREAT RATIO (82043) | 82570 | U | KOH PREP. Source: | 87220 | SC/S |
| FERRITIN, SERUM* | 82728 | SST | 411 | PREGNANCY TEST (QUAL) | 84703 | SST | 8054 | PROTEIN/CREAT RATIO (84156) | 82570 | U | | | |
| FOLATE, SERUM | 82746 | SST | 924 | PROGESTERONE | 84144 | SST | | | | | |
| FREE T4* | 84439 | SST | 568 | PROLACTIN | 84146 | SST | | | | | |
| FSH, SERUM* | 83001 | SST | 431 | PROSTATE SPEC. ANTIGEN* | 84153 | SST | | | | | |

KEY: SST=SERUM SEPARATOR TUBE  L=LAVENDAR  RT=PLAIN RED TOP  n-SST=REQUIRES MULTIPLE TUBES  B=BLUE TOP  U=URINE

Key: PT = ProbeTec; SC = Sterile Container; VP = VP Collection for UP = Urine with Preservative; SW = Culture Swab; BC = Blood Culture Bottle(s); M4 = Multi-transport Medium

Form # F-DLI-021A Rev. 06/

*For any patient of any payor (including Medicare and Medicaid) that has a medical necessity requirement, you should only order those tests which are medically

S-L 04/05/2007 08:05:59   Page - 5

DOCTORS LABORATORY INC.

DIRECTOR          2906 JULIA DRIVE, VALDOSTA GEORGIA 31604      CONTINUED REPORT
JACKSON L. GATES, M.D.        PHONE (229)244-4468

```
PATIENT:   LONG,JAMES M           SEX,SP: M
PT PHONE:  334 712 0762   FASTING: NO        COLLECTED: 04/04/2007-1:35 PM
ACCESSION: S6422268       AGE,DOB: 34,05/07/1972  RECEIVED: 04/04/2007-6:48 PM
PT ID#:    55631               REQ#:              REPORTED: 04/05/2007-8:06 AM
MED REC#:                      RM#:          ROUTE/STOP: 9501        PAGE 2
PHYSICIAN: BANNER
CLIENT:    HOUSTON COUNTY JAIL              ACCOUNT NO. 12519
           901 E. MAIN STREET
           DOTHAN, AL  36301
```

| TEST NAME | WITHIN RANGE | OUTSIDE RANGE | NORMAL RANGE | UNITS |
|---|---|---|---|---|
| ALBUMIN | 4.4 | | 3.4-4.8 | GM/DL |
| BILIRUBIN, TOTAL | 0.3 | | 0-1.0 | MG/DL |
| PHOSPHATASE, ALK. | 50 | | 40-129 | UNITS/L |
| AST (SGOT) | 18 | | 0-37 | UNITS/L |
| ALT (SGPT) | 17 | | 0-40 | UNITS/L |
| SODIUM | 146 | | 135-148 | MEQ/L |
| POTASSIUM | 4.4 | | 3.5-5.3 | MEQ/L |
| CARBON DIOXIDE | 26 | | 22-30 | MEQ/L |

Note: $CO_2$ values may be decreased by exposure to room air.

| TEST NAME | WITHIN RANGE | OUTSIDE RANGE | NORMAL RANGE | UNITS |
|---|---|---|---|---|
| CHLORIDE | 105 | | 96-110 | MEQ/L |
| CHOLESTEROL, TOTAL | 179 | | <200 is desirable | MG/DL |
| TRIGLYCERIDES | 145 | | DESIRABLE <150 | MG/DL |
| HDL / LDL CHOLESTEROL | | | | MG/DL |
| HDL CHOLESTEROL | | 38 (L) | 40-59 | |
| LDL | | 112 (H) | DESIRABLE RANGES: | |
| | | | FOR LOW RISK PTS <100 MG/DL | |
| | | | FOR HIGH RISK PTS <70 MG/DL | |
| CHOL/HDL RATIO | 4.7 | | | |

NOTE: TEN TO TWELVE HOURS FASTING IS DESIRABLE FOR LIPID PROFILES.

| TEST NAME | WITHIN RANGE | OUTSIDE RANGE | NORMAL RANGE | UNITS |
|---|---|---|---|---|
| TSH | 1.54 | | 0.27-4.2 | uIU/ML |
| FREE THYROXINE | 0.97 | | 0.80-1.70 | NG/DL |

*** FINAL REPORT ***

EXCEPT WHERE NOTED: TEST PERFORMED AT DOCTORS LABORATORY INC., VALDOSTA, GA

DOCTORS LABORATORY INC.
2906 JULIA DRIVE, VALDOSTA GEORGIA 31604
DIRECTOR
JACKSON L. GATES, M.D.    PHONE (229)244-4468

PATIENT:    LONG,JAMES M              SEX,SP: M
PT PHONE:   334 712 0762   FASTING: NO           COLLECTED: 04/04/2007-1:35 PM
ACCESSION:  S6422268       AGE,DOB: 34,05/07/1972  RECEIVED: 04/04/2007-6:48 PM
PT ID#:     55631          REQ#:                  REPORTED: 04/05/2007-8:06 AM
MED REC#:                  RM#:                   ROUTE/STOP: 9501    PAGE 1
PHYSICIAN: BANNER
CLIENT:    HOUSTON COUNTY JAIL                    ACCOUNT NO. 12519
           901 E. MAIN STREET
           DOTHAN, AL  36301

| TEST NAME | WITHIN RANGE | OUTSIDE RANGE | NORMAL RANGE | UNITS |
|---|---|---|---|---|
| VALPROIC ACID | | | 50-100 | MCG/ML |
| RESULT LESS THAN: 3.2 UG/ML   RECHECKED | | | | |
| GLOMERULAR FILTRATION RATE (CALC) | | | | |
| GFR, BLACK | 103 | | >60 | |
| GFR, NON-BLACK | 86 | | >60 | |

*** Glomerular Filtration Rate is calculated using the MDRD
    equation as recommended by the National Kidney Foundation.
    The GFR calculation is a no-charge service.

PROFILE 40

| CBC | | | | |
|---|---|---|---|---|
| WBC | 6.60 | | 4.0-11.7 | THOU/CUMM |
| RBC | | 4.32 (L) | 4.7-6.0 | MILL/CUMM |
| HEMOGLOBIN | 14.7 | | 13.5-18.0 | GMS |
| HEMATOCRIT | 42.5 | | 42.0-52.0 | % |
| MCV | 98.4 | | 78-99 | FL |
| MCH | | 34.0 (H) | 27-31 | PG |
| MCHC | 34.5 | | 32.0-36.0 | G/DL |
| RDW | 13.5 | | 11.5-14.0 | % |
| PLATELET COUNT | 180 | | 140-440 | THOU/CUMM |
| NEUTROPHILS | 56.4 | | 40-75 | % |
| LYMPHOCYTES | 35.9 | | 15-45 | % |
| MONOCYTES | 6.0 | | 4.0-12.0 | % |
| EOSINOPHILS | 1.2 | | 0-6 | % |
| BASOPHILS | 0.5 | | 0-2 | % |
| COMPREHENSIVE METABOLIC PANEL | | | | |
| CALCIUM | 9.8 | | 8.5-10.8 | MG/DL |
| GLUCOSE | | 66 (L) | 70-110 | MG/DL |
| BUN | 11 | | 6-24 | MG/DL |
| CREATININE | 1.00 | | 0.60-1.40 | MG/DL |
| PROTEIN, TOTAL | 6.7 | | 6.4-8.3 | GM/DL |

REPORT CONTINUED ON NEXT FORM

# DOCTORS LABORATORY, INC.

CAP No. 22485-01
CLIA No. 0064613
Medicaid No. 65016769LA

James H. Hudson Jr., M.D.
Director
2906 Julia Drive
Valdosta, Georgia 31602
1-800-342-7552
www.doctorslaboratory.com

| | |
|---|---|
| PATIENT ID # | MED. REC. # | ORDERING PHYSICIAN |

PATIENT NAME (LAST)   FIRST   MI   PATIENT PHONE #

MALE   ☐
FEMALE   ☐

DOB   FASTING  Y  N   COLLECTION DATE 11/07/05  TIME

BILL TO: ☐ CLIENT   ☐ PATIENT   ☐ WORKERS COMP
☐ INSURANCE   ☐ MEDICARE   ☐ MEDICAID

PATIENT INFO
STREET
CITY   STATE   ZIP

RESP PARTY
INSURED'S NAME
STREET
CITY   STATE   ZIP
PATIENT'S RELATIONSHIP TO INSURED
☐ SELF   ☐ SPOUSE   ☐ CHILD   ☐ OTHER

CALL RESULTS TO:
NAME
NUMBER

FAX RESULTS TO:
NAME
NUMBER

12519
HOUSTON COUNTY JAIL
901 E. MAIN STREET
DOTHAN, AL  36301

334-712-0782

INSURANCE:
☐ MEDICARE # ____
☐ MEDICAID # ____ STATE ____
☐ SUBSCRIBER # ____ GROUP ____
INSURANCE CO.
ADDRESS
CITY   STATE   ZIP
REQUIRED

SECONDARY INSURANCE:
☐ MEDICARE # ____
☐ MEDICAID # ____ STATE ____
☐ SUBSCRIBER # ____ GROUP ____
INSURANCE CO.
ADDRESS
CITY   STATE   ZIP
REQUIRED

ICD -9 DIAGNOSIS CODES FOR TESTS ORDERED

| EST.# | AMA APPROVED PANELS | CPT | CONT | TEST # | | CPT | CONT | TEST # | | CPT | CONT | MICROBIOLOGY | CPT CODE(S) | CON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1793 | ACUTE HEPATITIS PANEL * | 80074 | SST | | GLUCOSE SERIES | | | 150 | PT (PROTHROMBIN TIME) | 85610 | B | 8998 | CHLAMYDIA & GC- AMPLI. DNA (Genital) | 87491 87591 | PT |
| 1547 | BASIC METABOLIC PANEL | 80048 | SST | 503 | FBS-FASTING GLUCOSE | 82947 | SST | 43100 | PSA, SCREENING | G0103 | SST | 2238 | CHLAMYDIA & GC- AMPLI. DNA (Urine) | 87491 87591 | SC |
| 1528 | COMP METABOLIC PANEL | 80053 | SST | 566 | 1 HR PP GLUCOSE | 82947 | SST | 149 | PTT (PARTIAL THROMBOPLAS.)* | 85730 | B | 2235 | VAGINITIS PROFILE - DNA Probe for Trichomonas,Candida,Gardnerella | 87660 87480 87510 | VP |
| 1529 | ELECTROLYTE PANEL | 80051 | SST | 592 | OB 1 HR | 82950 | SST | 130 | RHEUMATOID TEST (QUANT)* | 86431 | SST | | | | |
| 1234 | HEPATIC FUNCTION PANEL * | 80076 | SST | 555 | 2 HR PP GLUCOSE | 82947 | SST | 335 | RUBELLA (IgG) | 86762 | SST | 2263 | GROUP 'B' STREP. CULTURE  (Genital) | 87081 | SW |
| 1819 | LIPID PANEL * | 80061 | SST | 9764 | FASTING & 1 HR GLUCOSE | 82950 | 2 SST | 132 | RPR | 86592 | SST | 2263 | GENITAL CULTURE | 87070 87071 | SW |
| 1908 | OBSTETRIC PANEL | 80055 | RT,LAV | 556 | FASTING & 2 HR GLUCOSE | 82950 | 2 SST | 133 | SED RATE (WESTERGREN)* | 85652 | L | 202 | STOOL CULTURE | 87045 87046 | SC/SW |
| 1242 | RENAL PANEL | 80069 | SST | 551-554 | GLUC. TOLERANCE ____ HR. | 82951/2 | n-SST | 515 | SGOT (AST) | 84450 | SST | 125 | OVA & PARASITE EXAM. | 87177 | SC |
| 305 | AMYLASE, SERUM | 82150 | SST | 585-588 | OB GTT SERIES ____ HR. | 82951/2 | n-SST | 516 | SGPT (ALT) | 84460 | SST | 124 | OCCULT BLOOD TEST (Fecal) | 82270 | SC |
| 216 | ANA | 86038 | SST | 418 | HCG, QUANTITATIVE | 84702 | SST | 417 | T3 (TRIIODOTHYRONINE)* | 84480 | SST | 243 | CLOSTRIDIUM DIFFICILE TOXINS A/B | 87324 | SC |
| 177 | ANTIBODY SCREEN | 86886 | L | 329 | HDL, CHOLESTEROL* | 83718 | SST | 407 | T3 UPTAKE* | 84479 | SST | 290 | GIARDIA DETECTION BY IFA | 87269 | SC |
| 504 | BUN (BLOOD UREA NITROGEN) | 84520 | SST | 372 | HEPATITIS B CORE AB (IgM) | 86705 | SST | 415 | T4 (THYROXINE)* | 84436 | SST | 235 | WBC's EXAM. (Fecal) | 89055 | SC |
| 401 | B12, VITAMIN | 82607 | SST | 347 | HEMOGLOBIN A1C* | 83036 | L | 353 | THEOPHYLLINE | 80198 | SST | 117 | FECAL FAT (SUDAN STAIN) | 82705 | SC |
| 234 | CA-125 (CANCER ANTIGEN) * | 86304 | SST | 412 | HEPATITIS B SURF. ANTIGEN | 87340 | SST | 415 | TSH* | 84443 | SST | 280 | ROTAVIRUS DETECTION BY EIA | 87425 | SC |
| 364 | CARBAMAZEPINE (TEGRETOL) | 80156 | SST | 421 | HEPATITIS B SURF. ANTIBODY | 86706 | SST | 506 | URIC ACID, SERUM | 84550 | SST | 219 | URINE CULTURE | 87086 87088 | SC/U |
| 114 | CBC * | 85025 | L | 9716 | HEPATITIS C, ANTIBODY | 86803 | SST | 134 | URINALYSIS* | 81001 | U | 222 | SPUTUM CULTURE | 87070 | SC |
| 371 | CEA (CARCINOEMBRYONIC AG) | 82378 | SST | 9992 | HIV 1/2 ANTIBODY SCREEN | 86703 | SST | 379 | VALPROIC ACID | 80164 | SST | 206 | BLOOD CULTURE | 87040 | BC |
| 507 | CHOLESTEROL * | 82465 | SST | 9630 | HOMOCYSTEINE | 83090 | SST | | URINE CHEMISTRIES | | | 200 | THROAT CULTURE (Complete) | 87070 | SW |
| 402 | CORTISOL, SERUM (AM) | 82533 | SST | 317 | IMMUNOGLOBULINS (G,A,M) | 82784x3 | SST | | 24 HOUR TV: | | | 201 | THROAT CULTURE (Beta Strep. only) | 87070 | SW |
| 422 | CORTISOL, SERUM (PM) | 82533 | SST | 320 | IRON & TIBC* | 83550 | SST | | | | | 204 | WOUND CULTURE Source: | 87070 | SW |
| 514 | CPK, SERUM | 82550 | SST | 513 | LDH, TOTAL | 83615 | SST | | CHECK HERE IF RANDOM: | | | 212 | MISCELLANEOUS CULTURE Source: | 87070 | SW |
| 505 | CREATININE, SERUM | 82565 | SST | 854 | LITHIUM | 80178 | SST | 536 | CREATININE CLEARANCE | 82575 | SST,U | | | | |
| 115 | CRP | 86140 | SST | 425 | LH (LUTEINIZING HORMONE) | 83002 | SST | 8282 | UREA CLEARANCE | 84545 | SST,U | 208 | BODY FLUID CULTURE Source: | 87070 | SC/S |
| 9417 | CRP, HIGHLY SENSITIVE | 86141 | SST | 325 | MAGNESIUM* | 83735 | SST | 327 | URINE PROTEIN | 84156 | U | | | | |
| 404 | DIGOXIN* | 80162 | SST | 123 | MONO SCREEN | 86308 | SST | 9752 | MICROALBUMIN | 82043 | U | 207 | FUNGUS CULTURE (Non-Systemic) Source: | 87101 | SC |
| 405 | DILANTIN | 80185 | SST | 414 | PHENOBARBITOL | 80184 | SST | 351 | MICROALB/CREAT RATIO (82043) | 82570 | U | | | | |
| 946 | ESTRADIOL | 82670 | SST | 518 | POTASSIUM* | 84132 | SST | 8054 | PROTEIN/CREAT RATIO (84156) | 82570 | U | 210 | GRAM STAIN | 87205 | SC/S |
| 420 | FERRITIN, SERUM* | 82728 | SST | 411 | PREGNANCY TEST (QUAL) | 84703 | SST | | | | | | | | |
| 406 | FOLATE, SERUM | 82746 | SST | 924 | PROGESTERONE | 84144 | SST | KEY: SST=SERUM SEPARATOR TUBE   L=LAVENDAR | | | | Key: PT = ProbeTec; SC = Sterile Container; | | | |
| 428 | FREE T4* | 84439 | SST | 419 | PROLACTIN | 84146 | SST | RT=PLAIN RED TOP   n-SST=REQUIRES MULTIPLE TUBES | | | | VP = VP Collection tube; UP = Urine with Preservative | | | |
| 426 | FSH, SERUM | 83001 | SST | 431 | PROSTATE SPEC. ANTIGEN * | 84153 | SST | B=BLUE TOP   U=URINE | | | | SW = Culture Swab; BC = Blood Culture Bottle(s) | | | |

For any patient of any payor (including Medicare and Medicaid) that has a medical necessity requirement, you should only order those tests which are medically   Form # F-DLI-021A Rev. 01/199

Case 1:07-cv-00581-MHT-TFM Document 17-4 Filed 09/14/2007 Page 47 of 61

# DOCTORS LABORATORY, INC.

CAP-NC-29485-01
CLIA #11D0964613
Medicare No. 65016769LA

James H. Hudson Jr., M.D.
Director
2906 Julia Drive
Valdosta, Georgia 31602
1-800-342-7552
www.doctorslaboratory.com

PATIENT ID #
MED. REC. #
ORDERING PHYSICIAN

PATIENT NAME (LAST) ___ FIRST ___ MI

MALE / FEMALE   DOB   FASTING Y/N   COLLECTION DATE / TIME

BILL TO: ☐ CLIENT ☐ PATIENT ☐ WORKERS COMP
☐ INSURANCE ☐ MEDICARE ☐ MEDICAID

PATIENT INFO: STREET / CITY / STATE / ZIP

RESPONSIBLE PARTY: INSURED'S NAME / STREET / CITY / STATE / ZIP

PATIENT'S RELATIONSHIP TO INSURED
☐ SELF ☐ SPOUSE ☐ CHILD ☐ OTHER

CALL RESULTS TO: NAME / NUMBER
FAX RESULTS TO: NAME / NUMBER

12519
HOUSTON COUNTY JAIL
901 E. MAIN STREET
DOTHAN, AL  36301

334-712-0762

INSURANCE:
☐ MEDICARE # ____
☐ MEDICAID # ____ STATE ____
☐ SUBSCRIBER # ____ GROUP ____
INSURANCE CO. ____
ADDRESS ____
CITY ____ STATE ____ ZIP ____

SECONDARY INSURANCE:
☐ MEDICARE # ____
☐ MEDICAID # ____ STATE ____
☐ SUBSCRIBER # ____ GROUP ____
INSURANCE CO. ____
ADDRESS ____
CITY ____ STATE ____ ZIP ____

REQUIRED   ICD-9 DIAGNOSIS CODES FOR TESTS ORDERED   REQUIRED

| TEST # | AMA APPROVED PANELS | CPT | CONT. |
|---|---|---|---|
| 793 | ACUTE HEPATITIS PANEL * | 80074 | SST |
| 547 | BASIC METABOLIC PANEL | 80048 | SST |
| 528 | COMP METABOLIC PANEL | 80053 | SST |
| 529 | ELECTROLYTE PANEL | 80051 | SST |
| 234 | HEPATIC FUNCTION PANEL * | 80076 | SST |
| 819 | LIPID PANEL * | 80061 | SST |
| 908 | OBSTETRIC PANEL | 80055 | RT,LAV |
| 242 | RENAL PANEL | 80069 | SST |
| 216 | AMYLASE, SERUM | 82150 | SST |
| | ANA | 86038 | SST |
| 177 | ANTIBODY SCREEN | 86886 | L |
| 101 | B12, VITAMIN | 82607 | SST |
| 504 | BUN (BLOOD UREA NITROGEN) | 84520 | SST |
| 703 | CA-125 (CANCER ANTIGEN) * | 86304 | SST |
| 364 | CARBAMAZEPINE (TEGRETOL) | 80156 | SST |
| 371 | CBC * | 85025 | L |
| 371 | CEA (CARCINOEMBRYONIC AG) | 82378 | SST |
| 507 | CHOLESTEROL * | 82465 | SST |
| 102 | CORTISOL, SERUM (AM) | 82533 | SST |
| 122 | CORTISOL, SERUM (PM) | 82533 | SST |
| 514 | CPK, TOTAL | 82550 | SST |
| 505 | CREATININE, SERUM | 82565 | SST |
| 115 | CRP | 86140 | SST |
| 417 | CRP, HIGHLY SENSITIVE | 86141 | SST |
| 120 | DIGOXIN* | 80162 | SST |
| 405 | DILANTIN | 80185 | SST |
| 046 | ESTRADIOL | 82670 | SST |
| 120 | FERRITIN, SERUM* | 82728 | SST |
| 406 | FOLATE, SERUM | 82746 | SST |
| 826 | FREE T4* | 84439 | SST |
| 426 | FSH, SERUM | 83001 | SST |

| TEST # | GLUCOSE SERIES | CPT | CONT |
|---|---|---|---|
| 503 | FBS-FASTING GLUCOSE | 82947 | SST |
| 566 | 1 HR PP GLUCOSE | 82947 | SST |
| 592 | OB 1 HR | 82950 | SST |
| 555 | 2 HR PP GLUCOSE | 82947 | SST |
| 9764 | FASTING & 1 HR GLUCOSE | 82950 | 2 SST |
| | FASTING & 2 HR GLUCOSE | 82950 | 2 SST |
| 551-554 | GLUC. TOLERANCE ___ HR. | 82951/2 | n-SST |
| 585-588 | OB GTT SERIES ___ HR. | 82951/2 | n-SST |
| 418 | HCG, QUANTITATIVE | 84702 | SST |
| 329 | HDL, CHOLESTEROL* | 83718 | SST |
| 347 | HEMOGLOBIN A1C* | 83036 | L |
| 412 | HEPATITIS B CORE AB (IgM) | 86705 | SST |
| 421 | HEPATITIS B SURF. ANTIGEN | 87340 | SST |
| | HEPATITIS B SURF. ANTIBODY | 86706 | SST |
| 9716 | HEPATITIS C, ANTIBODY | 86803 | SST |
| 9992 | HIV 1/2 ANTIBODY SCREEN | 86703 | SST |
| 9630 | HOMOCYSTEINE | 83090 | SST |
| | IMMUNOGLOBULINS (G,A,M) | 82784x3 | SST |
| 320 | IRON & TIBC* | 83550 | SST |
| | LDH, TOTAL | 83615 | SST |
| 854 | LITHIUM | 80178 | SST |
| 425 | LH (LUTEINIZING HORMONE) | 83002 | SST |
| 325 | MAGNESIUM* | 83735 | SST |
| 123 | MONO SCREEN | 86308 | SST |
| 414 | PHENOBARBITOL | 80184 | SST |
| 518 | POTASSIUM* | 84132 | SST |
| 411 | PREGNANCY TEST (QUAL) | 84703 | SST |
| 924 | PROGESTERONE | 84144 | SST |
| 419 | PROLACTIN | 84146 | SST |
| 431 | PROSTATE SPEC. ANTIGEN* | 84153 | SST |

| TEST # | | CPT | CONT |
|---|---|---|---|
| 150 | PT (PROTHROMBIN TIME) | 85610 | B |
| 43100 | PSA, SCREENING | G0103 | SST |
| 149 | PTT (PARTIAL THROMBOPLAS.)* | 85730 | B |
| 130 | RHEUMATOID TEST (QUANT)* | 86431 | SST |
| 335 | RUBELLA (IgG) | 86762 | SST |
| 132 | RPR | 86592 | SST |
| 133 | SED RATE (WESTERGREN)* | 85652 | L |
| 515 | SGOT (AST) | 84450 | SST |
| 125 | SGPT (ALT) | 84460 | SST |
| 417 | T3 (TRIIODOTHYRONINE)* | 84480 | SST |
| 415 | T3 UPTAKE* | 84479 | SST |
| 506 | T4 (THYROXINE)* | 84436 | SST |
| 353 | THEOPHYLLINE | 80198 | SST |
| 415 | TSH* | 84443 | SST |
| 506 | URIC ACID, SERUM | 84550 | SST |
| 134 | URINALYSIS* | 81001 | U |
| 379 | VALPROIC ACID | 80164 | SST |

URINE CHEMISTRIES

24 HOUR TV: ____

CHECK HERE IF RANDOM: ____

| TEST # | | CPT | CONT |
|---|---|---|---|
| 536 | CREATININE CLEARANCE | 82575 | SST,U |
| 8282 | UREA CLEARANCE | 84545 | SST,U |
| 327 | URINE PROTEIN | 84156 | U |
| 9752 | MICROALBUMIN | 82043 | U |
| 351 | MICROALB/CREAT RATIO (82043) | 82570 | U |
| 8054 | PROTEIN/CREAT RATIO (84156) | 82570 | U |

KEY: SST=SERUM SEPARATOR TUBE  L=LAVENDAR
RT=PLAIN RED TOP  n-SST=REQUIRES MULTIPLE TUBES
B=BLUE TOP  U=URINE

| | MICROBIOLOGY | CPT CODE(S) | CONT |
|---|---|---|---|
| 8998 | CHLAMYDIA & GC- AMPLI DNA (Genital) | 87491/87591 | PT |
| | CHLAMYDIA & GC- AMPLI DNA (Urine) | 87491/87591 | SC |
| 2238 | VAGINITIS PROFILE - DNA Probe for | 87660/87480 | VP |
| 2235 | Trichomonas,Candida,Gardnerella | 87510 | |
| 2260 | GROUP "B" STREP. CULTURE  (Genital) | 87081 | SW |
| 2263 | GENITAL CULTURE | 87070/87071 | SW |
| 124 | STOOL CULTURE | 87045/87046 | SC/SW |
| 125 | OVA & PARASITE EXAM. | 87177 | SC |
| 124 | OCCULT BLOOD TEST (Fecal) | 82270 | SC |
| 243 | CLOSTRIDIUM DIFFICILE TOXINS A/B | 87324 | SC |
| 290 | GIARDIA DETECTION BY IFA | 87289 | SC |
| 117 | WBC's EXAM. (Fecal) | 89055 | SC |
| 117 | FECAL FAT (SUDAN STAIN) | 82705 | SC |
| 280 | ROTAVIRUS DETECTION BY EIA | 87425 | SC |
| 219 | URINE CULTURE | 87086/87088 | SC/U |
| 222 | SPUTUM CULTURE | 87070 | SC |
| 201 | BLOOD CULTURE | 87040 | BC |
| 200 | THROAT CULTURE (Complete) | 87070 | SW |
| 230 | THROAT CULTURE (Beta Strep. only) | 87070 | SW |
| 204 | WOUND CULTURE  Source: | 87070 | SW |
| 201 | MISCELLANEOUS CULTURE  Source: | 87070 | SW |
| 208 | BODY FLUID CULTURE  Source: | 87070 | SC/SW |
| 207 | FUNGUS CULTURE (Non-Systemic)  Source: | 87101 | SC |
| 210 | GRAM STAIN  Source: | 87205 | SC/SW |

Key:  PT = ProbeTec;  SC = Sterile Container;
VP = VP Collection tube;  UP = Urine with Preservative
SW = Culture Swab;  BC = Blood Culture Bottle(s)

For any patient of any payor (including Medicare and Medicaid) that has a medical necessity requirement, you should only order those tests which are medically

Form # F-DLI-021A Rev. 01/19/

** REPRINT **

LONG,JAMES                                              11/07/2005   11/07/2005   11/08/2005
ph              MRN:                                    10:00 AM     6:14 PM      8:22 AM
     SPEIGNER
HOUSTON COUNTY JAIL
901 E. MAIN STREET                                                   12519        S5910279
DOTHAN, AL  36301
                                                        33      M      , YES        9501    1
                                                        05/07/1972
                                                        PT ID#:55631        REQ#:


CBC
    WBC                    7.50                          4.49-11.69           THOU/CUMM
    RBC                    4.95                          4.37-5.69            MILL/CUMM
    HEMOGLOBIN             16.0                          13.9-16.5            GMS
    HEMATOCRIT            48.0                           40.3-48.1            %
    MCV                                    97.0 (H)      81.6-95.7            FL
    MCH                   32.2                           26.7-32.3            PG
    MCHC                  33.2                           32.6-36.0            G/DL
    RDW                   12.9                           12.0-13.8            %
    PLATELET COUNT        196                            159-373             THOU/CUMM
    NEUTROPHILS           57.9                           44.8-74.2           %
    LYMPHOCYTES           34.6                           16.8-44.2           %
    MONOCYTES             5.5                            2.0-13.0            %
    EOSINOPHILS           1.5                            0-5.1               %
    BASOPHILS             0.5                            0-1.2               %
VALPROIC ACID                            30 (L)          50-100              MCG/ML
COMPREHENSIVE METABOLIC PANEL
    CALCIUM              10.1                            8.5-10.8            MG/DL
    GLUCOSE              82                              70-110              MG/DL
    BUN                  12                              6-24                MG/DL
    CREATININE           1.1                             0.6-1.5             MG/DL
    PROTEIN, TOTAL        7.4                            6.4-8.3             GM/DL
    ALBUMIN              4.7                             3.4-4.8             GM/DL
    BILIRUBIN, TOTAL      0.4                            0-1.0               MG/DL
    PHOSPHATASE, ALK.    63                              40-129              UNITS/L
    AST (SGOT)           13                              0-37                UNITS/L
    ALT (SGPT)           15                              0-40                UNITS/L
    SODIUM               143                             135-148             MEQ/L
    POTASSIUM            4.0                             3.5-5.3             MEQ/L
    CARBON DIOXIDE       30                              22-30               MEQ/L
Note: CO2 values may be decreased by exposure to room air.
    CHLORIDE             102                             96-110              MEQ/L
GLOMERULAR FILTRATION RATE (CALC)
    GFR, BLACK           99                              >60
    GFR, NON-BLACK       82                              >60
*** Glomerular Filtration Rate is calculated using the MDRD
                         REPORT CONTINUED ON NEXT FORM

** REPRINT **

LONG,JAMES                                11/07/2005   11/07/2005   11/08/2005
ph              MRN:                      10:00 AM     6:14 PM      8:22 AM
        SPEIGNER
    HOUSTON COUNTY JAIL
    901 E. MAIN STREET                                 12519        S5910279
    DOTHAN, AL   36301
                                          33     M     YES          9501    2
                                          05/07/1972
                                          PT ID#:55631        REQ#:

equation as recommended by the National Kidney Foundation.
The GFR calculation is a no-charge service.

                        *** FINAL REPORT ***

EXCEPT WHERE NOTED: TEST PERFORMED AT DOCTORS LABORATORY, VALDOSTA, GA

Data & Control Equipment  FATBOX 2    Preliminary Report    -) 334/755-4482    29 Oct 05 08:07

DOCTORS LABORATORY INC.
DIRECTOR              2906 JULIA DRIVE, VALDOSTA GEORGIA 31604
JACKSON L. GATES, M.D.    PHONE (229)244-4468

PATIENT:    LONG,JAMES                    SEX,SP: M
PT PHONE:                    FASTING: NO        COLLECTED: 10/24/2005-11:45 AM
ACCESSION: S5907442        AGE,DOB: 33,05/07/1972  RECEIVED: 10/24/2005-6:08 PM
PT ID#:    55631              REQ#:              REPORTED: 10/25/2005-8:08 AM
MED REC#:                  RM#:            ROUTE/STOP: 9501        PAGE 1
PHYSICIAN: BANNER
CLIENT:    HOUSTON COUNTY JAIL              ACCOUNT NO. 12519
           901 E. MAIN STREET
           DOTHAN, AL  36301

---

| TEST NAME | WITHIN RANGE | OUTSIDE RANGE | NORMAL RANGE | UNITS |
|-----------|--------------|---------------|--------------|-------|
| VALPROIC ACID | | | 50-100 | MCG/ML |

RESULT LESS THAN: 3.2 UG/ML  RECHECKED

*** FINAL REPORT ***

EXCEPT WHERE NOTED: TEST PERFORMED AT DOCTORS LABORATORY INC., VALDOSTA, GA

Was not taking a article (week release)

DOCTORS LABORATORY, INC.

CLIA No. 284
CLIA No. 11D0046134
Medicare No. 65016769LA

James H. Hudson Jr., M.D.
Director
2906 Julia Drive
Valdosta, Georgia 31602
1-800-342-7552
www.doctorslaboratory.com

PATIENT ID # 35631

ORDERING PHYSICIAN: Banner

PATIENT NAME (LAST): Long FIRST: James MI:

PATIENT PHONE #

MALE ✓  FEMALE

DOB 5, 7, 72

FASTING Y (N)

COLLECTION DATE 10-24-05  TIME 1145

BILL TO: ☑ CLIENT ☐ PATIENT ☐ WORKERS COMP ☐ INSURANCE ☐ MEDICARE ☐ MEDICAID

PATIENT INFO:
STREET
CITY STATE ZIP

RESPONSIBLE PARTY:
INSURED'S NAME
STREET
CITY STATE ZIP
PATIENT'S RELATIONSHIP TO INSURED
☐ SELF ☐ SPOUSE ☐ CHILD ☐ OTHER

12519
HOUSTON COUNTY JAIL
901 E. MAIN STREET
DOTHAN, AL 36301

334-712-0762

CALL RESULTS TO:
NAME
NUMBER

FAX RESULTS TO:
NAME
NUMBER

INSURANCE:
☐ MEDICARE #
☐ MEDICAID # STATE
☐ SUBSCRIBER # GROUP
INSURANCE CO.
ADDRESS
CITY STATE ZIP

SECONDARY INSURANCE:
☐ MEDICARE #
☐ MEDICAID # STATE
☐ SUBSCRIBER # GROUP
INSURANCE CO.
ADDRESS
CITY STATE ZIP

REQUIRED — ICD-9 DIAGNOSIS CODES FOR TESTS ORDERED — REQUIRED

| TEST # | AMA APPROVED PANELS * | CPT | CONT | TEST # | | CPT | CONT | TEST # | | CPT | CONT | MICROBIOLOGY | CODE(S) | CONT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3793 | ACUTE HEPATITIS PANEL * | 80074 | SST | | GLUCOSE SERIES | | | 150 | PT (PROTHROMBIN TIME) | 85610 | B | 8998 | CHLAMYDIA & GC- AMPLI DNA (Genital) | 87491 87591 | PT |
| 1547 | BASIC METABOLIC PANEL | 80048 | SST | 503 | FBS-FASTING GLUCOSE | 82947 | SST | 43100 | PSA, SCREENING | G0103 | SST | 2238 | CHLAMYDIA & GC- AMPLI DNA (Urine) | 87491 87591 | SC |
| 1528 | COMP METABOLIC PANEL | 80053 | SST | 566 | 1 HR PP GLUCOSE | 82947 | SST | 149 | PTT (PARTIAL THROMBOPLAS.)* | 85730 | B | 2235 | VAGINITIS PROFILE - DNA Probe for | 87660 87480 | VP |
| 1529 | ELECTROLYTE PANEL | 80051 | SST | 592 | 1 HR PP GLUCOSE | 82950 | SST | 130 | RHEUMATOID TEST (QUANT)* | 86431 | SST | | Trichomonas,Candida,Gardnerella | 87510 | |
| 3234 | HEPATIC FUNCTION PANEL * | 80076 | SST | 555 | 2 HR PP GLUCOSE | 82947 | SST | 335 | RUBELLA (IgG) | 86762 | SST | 2260 | GROUP 'B' STREP. CULTURE (Genital) | 87081 | SW |
| 3819 | LIPID PANEL * | 80061 | SST | 9764 | FASTING & 1 HR GLUCOSE | 82950 | 2 SST | 132 | RPR | 86592 | SST | 2263 | GENITAL CULTURE | 87070 87071 | SW |
| 3908 | OBSTETRIC PANEL | 80055 | RT,LAV | 556 | FASTING & 2 HR GLUCOSE | 82950 | 2 SST | 133 | SED RATE (WESTERGREN)* | 85652 | L | 202 | STOOL CULTURE | 87045 87046 | SC/SW |
| 3242 | RENAL PANEL | 80069 | SST | 551-554 | GLUC. TOLERANCE ____HR. | 82951/2 | n-SST | 515 | SGOT (AST) | 84450 | SST | 125 | OVA & PARASITE EXAM. | 87177 | SC |
| 305 | AMYLASE, SERUM | 82150 | SST | 585-568 | OB GTT SERIES ____HR. | 82951/2 | n-SST | 516 | SGPT (ALT) | 84460 | SST | 124 | OCCULT BLOOD TEST (Fecal) | 82270 | SC |
| 216 | ANA | 86038 | SST | 418 | HCG, QUANTITATIVE | 84702 | SST | 417 | T3 (TRIIODOTHYRONINE)* | 84480 | SST | 243 | CLOSTRIDIUM DIFFICILE TOXINS A/B | 87324 | SC |
| 177 | ANTIBODY SCREEN | 86886 | L | 329 | HDL, CHOLESTEROL* | 83718 | SST | 407 | T3 UPTAKE * | 84479 | SST | 290 | GIARDIA DETECTION BY IFA | 87269 | SC |
| 401 | B12, VITAMIN | 82607 | SST | 347 | HEMOGLOBIN A1C* | 83036 | L | 408 | T4 (THYROXINE)* | 84436 | SST | 235 | WBC's EXAM. (Fecal) | 89055 | SC |
| 504 | BUN (BLOOD UREA NITROGEN) | 84520 | SST | 372 | HEPATITIS B CORE AB (IgM) | 86705 | SST | 353 | THEOPHYLLINE | 80198 | SST | 117 | FECAL FAT (SUDAN STAIN) | 82705 | SC |
| 3703 | CA-125 (CANCER ANTIGEN) * | 86304 | SST | 412 | HEPATITIS B SURF. ANTIGEN | 87340 | SST | 415 | TSH* | 84443 | SST | 280 | ROTAVIRUS DETECTION BY EIA | 87425 | SC |
| 364 | CARBAMAZEPINE (TEGRETOL) | 80156 | SST | 421 | HEPATITIS B SURF. ANTIBOD | 86706 | SST | 506 | URIC ACID, SERUM | 84550 | SST | 219 | URINE CULTURE | 87086 87088 | SC/U |
| 114 | CBC * | 85025 | L | 9716 | HEPATITIS C, ANTIBODY | 86803 | SST | 134 | URINALYSIS* | 81001 | U | 222 | SPUTUM CULTURE | 87070 | SW |
| 371 | CEA (CARCINOEMBRYONIC AG) | 82378 | SST | 9992 | HIV 1/2 ANTIBODY SCREEN | 86703 | SST | 379 | VALPROIC ACID | 80164 | SST | 206 | BLOOD CULTURE | 87040 | BC |
| 507 | CHOLESTEROL * | 82465 | SST | 9630 | HOMOCYSTEINE | 83090 | SST | | URINE CHEMISTRIES | | | 200 | THROAT CULTURE (Complete) | 87070 | SW |
| 402 | CORTISOL, SERUM (AM) | 82533 | SST | 317 | IMMUNOGLOBULINS (G,A,M) | 82784x3 | SST | | 24 HOUR TV: _____ | | | 280 | THROAT CULTURE (Beta Strep. only) | 87070 | SW |
| 403 | CORTISOL, SERUM (PM) | 82533 | SST | 320 | IRON & TIBC* | 83550 | SST | | | | | 204 | WOUND CULTURE Source: | 87070 | SW |
| 514 | CPK, TOTAL | 82550 | SST | 513 | LDH, TOTAL | 83615 | SST | | CHECK HERE IF RANDOM: _____ | | | 201 | MISCELLANEOUS CULTURE Source: | 87070 | SW |
| 505 | CREATININE, SERUM | 82565 | SST | 854 | LITHIUM | 80178 | SST | 536 | CREATININE CLEARANCE | 82575 | SST,U | | | | |
| 115 | CRP | 86140 | SST | 425 | LH (LUTEINIZING HORMONE) | 83002 | SST | 6282 | UREA CLEARANCE | 84545 | SST,U | 208 | BODY FLUID CULTURE Source: | 87070 | SC/S |
| 9417 | CRP, HIGHLY SENSITIVE | 86141 | SST | 325 | MAGNESIUM* | 83735 | SST | 327 | URINE PROTEIN | 84156 | U | | | | |
| 404 | DIGOXIN* | 80162 | SST | 123 | MONO SCREEN | 86308 | SST | 9752 | MICROALBUMIN | 82043 | U | 207 | FUNGUS CULTURE (Non-Systemic) | 87101 | SC |
| 405 | DILANTIN | 80185 | SST | 414 | PHENOBARBITOL | 80184 | SST | 351 | MICROALB/CREAT RATIO (82043) | 82570 | U | | | | |
| 946 | DIGOXIN* | 82670 | SST | 518 | POTASSIUM* | 84132 | SST | 8054 | PROTEIN/CREAT RATIO (84156) | 82570 | U | 210 | GRAM STAIN Source: | 87205 | SC |
| 420 | FERRITIN, SERUM* | 82728 | SST | 411 | PREGNANCY TEST (QUAL) | 84703 | SST | | | | | | | | |
| 406 | FOLATE, SERUM | 82746 | SST | 924 | PROGESTERONE | 84144 | SST | | KEY: SST=SERUM SEPARATOR TUBE | | L=LAVENDER | | | | |
| 428 | FREE T4 * | 84439 | SST | 419 | PROLACTIN | 84146 | SST | | RT=PLAIN RED TOP | | n-SST=REQUIRES MULTIPLE TUBES | | Key: PT = ProbeTec; SC = Sterile Container; | | |
| | FSH, SERUM | 83001 | SST | 431 | PROSTATE SPEC. ANTIGEN* | 84153 | SST | | B=BLUE TOP | | U=URINE | | VP = VP Collection tube; UP = Urine with Preservative; SW = Culture Swab; BC = Blood Culture Bottle(s) | | |

James H. Hudson Jr., M.D.
Director
2906 Julia Drive
Valdosta, Georgia 31602
1-800-342-7552
www.doctorslaboratory.com

CLIA No. 11D___134
Medicare No. 65016769LA

PATIENT ID #
PATIENT NAME (LAST)  FIRST  MI
Long  James
MALE ☐  FEMALE ☐
DOB 5 , 7 , 72
FASTING Y ☐ N ☑
COLLECTION DATE 10-24-05 TIME 1145

BILL TO: ☐ CLIENT  ☐ PATIENT  ☐ WORKERS COMP  ☐ INSURANCE  ☐ MEDICARE  ☐ MEDICAID

PATIENT INFO: STREET / CITY / STATE / ZIP
INSURED'S NAME
RESP PARTY: STREET / CITY / STATE / ZIP
PATIENT'S RELATIONSHIP TO INSURED: ☐ SELF  ☐ SPOUSE  ☐ CHILD  ☐ OTHER
CALL RESULTS TO: NAME / NUMBER
FAX RESULTS TO: NAME / NUMBER

12599
HOUSTON COUNTY JAIL
901 E. MAIN STREET
DOTHAN, AL 36301

334-712-0782

INSURANCE: ☐ MEDICARE # ☐ MEDICAID # STATE ☐ SUBSCRIBER # GROUP
INSURANCE CO. / ADDRESS / CITY / STATE / ZIP

SECONDARY: ☐ MEDICARE # ☐ MEDICAID # STATE ☐ SUBSCRIBER # GROUP
INSURANCE CO. / ADDRESS / CITY / STATE / ZIP

REQUIRED  ICD-9 DIAGNOSIS CODES FOR TESTS ORDERED  REQUIRED

| TEST# | AMA APPROVED PANELS | CPT | CONT |
|---|---|---|---|
| 793 | ACUTE HEPATITIS PANEL * | 80074 | SST |
| 547 | BASIC METABOLIC PANEL | 80048 | SST |
| 528 | COMP METABOLIC PANEL | 80053 | SST |
| 529 | ELECTROLYTE PANEL | 80051 | SST |
| 234 | HEPATIC FUNCTION PANEL * | 80076 | SST |
| 319 | LIPID PANEL * | 80061 | SST |
| 308 | OBSTETRIC PANEL | 80055 | RT,LAV |
| 242 | RENAL PANEL | 80069 | SST |
| 405 | AMYLASE, SERUM | 82150 | SST |
| 416 | ANA | 86038 | SST |
| 577 | ANTIBODY SCREEN | 86886 | L |
| 601 | B12, VITAMIN | 82607 | SST |
| 504 | BUN (BLOOD UREA NITROGEN) | 84520 | SST |
| 703 | CA-125 (CANCER ANTIGEN) * | 86304 | SST |
| 417 | CARBAMAZEPINE (TEGRETOL) | 80156 | SST |
| 14 | CBC * | 85025 | L |
| 104 | CEA (CARCINOEMBRYONIC AG) | 82378 | SST |
| 107 | CHOLESTEROL * | 82465 | SST |
| 102 | CORTISOL, SERUM (AM) | 82533 | SST |
| 122 | CORTISOL, SERUM (PM) | 82533 | SST |
| 514 | CPK, TOTAL | 82550 | SST |
| 115 | CREATININE, SERUM | 82565 | SST |
| 504 | CRP | 86140 | SST |
| 417 | CRP, HIGHLY SENSITIVE | 86141 | SST |
| 104 | DIGOXIN * | 80162 | SST |
| 105 | DILANTIN | 80185 | SST |
| 046 | ESTRADIOL | 82670 | SST |
| 120 | FERRITIN, SERUM * | 82728 | SST |
| 106 | FOLATE, SERUM | 82746 | SST |
| 128 | FREE T4* | 84439 | SST |
| 126 | FSH, SERUM | 83001 | SST |

| TEST# | GLUCOSE SERIES | CPT | CONT |
|---|---|---|---|
| 503 | FBS-FASTING GLUCOSE | 82947 | SST |
| 566 | 1 HR PP GLUCOSE | 82947 | SST |
| 592 | OB 1 HR | 82950 | SST |
| 555 | 2 HR PP GLUCOSE | 82947 | SST |
| 9764 | FASTING & 1 HR GLUCOSE | 82950 | 2 SST |
| 556 | FASTING & 2 HR GLUCOSE | 82950 | 2 SST |
| 551-554 | GLUC. TOLERANCE_____HR | 82951/2 | n-SST |
| 585-588 | OB GTT SERIES_____HR. | 82951/2 | n-SST |
| 418 | HCG, QUANTITATIVE | 84702 | SST |
| 329 | HDL, CHOLESTEROL* | 83718 | SST |
| 347 | HEMOGLOBIN A1C* | 83036 | L |
| 372 | HEPATITIS B CORE AB (IgM) | 86705 | SST |
| 412 | HEPATITIS B SURF. ANTIGEN | 87340 | SST |
| 421 | HEPATITIS B SURF. ANTIBODY | 86706 | SST |
| 9716 | HEPATITIS C, ANTIBODY | 86803 | SST |
| 9992 | HIV 1/2 ANTIBODY SCREEN | 86703 | SST |
| 9630 | HOMOCYSTEINE | 83090 | SST |
| 317 | IMMUNOGLOBULINS (G,A,M) | 82784x3 | SST |
| 320 | IRON & TIBC* | 83550 | SST |
| 513 | LDH, TOTAL | 83615 | SST |
| 854 | LITHIUM | 80178 | SST |
| 425 | LH (LUTEINIZING HORMONE) | 83002 | SST |
| 325 | MAGNESIUM* | 83735 | SST |
| 123 | MONO SCREEN | 86308 | SST |
| 414 | PHENOBARBITOL | 80184 | SST |
| 518 | POTASSIUM* | 84132 | SST |
| 524 | PREGNANCY TEST (QUAL) | 84703 | SST |
| 524 | PROGESTERONE | 84144 | SST |
| 427 | PROLACTIN | 84146 | SST |
| 431 | PROSTATE SPEC. ANTIGEN * | 84153 | SST |

| TEST# | | CPT | CONT |
|---|---|---|---|
| 150 | PT (PROTHROMBIN TIME) | 85610 | B |
| 43100 | PSA, SCREENING | G0103 | SST |
| 149 | PTT (PARTIAL THROMBOPLAS.)* | 85730 | B |
| 130 | RHEUMATOID TEST (QUANT)* | 86431 | SST |
| 335 | RUBELLA (IgG) | 86762 | SST |
| 132 | RPR | 86592 | SST |
| 133 | SED RATE (WESTERGREN)* | 85652 | L |
| 516 | SGOT (AST) | 84450 | SST |
| 516 | SGPT (ALT) | 84460 | SST |
| 417 | T3 (TRIIODOTHYRONINE)* | 84480 | SST |
| 407 | T3 UPTAKE* | 84479 | SST |
| 408 | T4 (THYROXINE)* | 84436 | SST |
| 353 | THEOPHYLLINE | 80198 | SST |
| 415 | TSH* | 84443 | SST |
| 506 | URIC ACID, SERUM | 84550 | SST |
| 134 | URINALYSIS* | 81001 | U |
| 379 ✓ | VALPROIC ACID | 80164 | SST |

URINE CHEMISTRIES
24 HOUR TV:_____

CHECK HERE IF RANDOM:
| 536 | CREATININE CLEARANCE | 82575 | SST,U |
| 8282 | UREA CLEARANCE | 84545 | SST,U |
| 327 | URINE PROTEIN | 84156 | U |
| 9752 | MICROALBUMIN | 82043 | U |
| 351 | MICROALB/CREAT RATIO (82043) | 82570 | U |
| 8054 | PROTEIN/CREAT RATIO (84156) | 82570 | U |

KEY: SST=SERUM SEPARATOR TUBE  L=LAVENDAR
RT=PLAIN RED TOP  n-SST=REQUIRES MULTIPLE TUBES
B=BLUE TOP  U=URINE

| MICROBIOLOGY | SPT CODE(S) | CONT |
|---|---|---|
| CHLAMYDIA & GC- AMPLI. DNA (Genital) | 87491/87591 | PT |
| CHLAMYDIA & GC- AMPLI. DNA (Urine) | 87491/87591 | SC |
| VAGINITIS PROFILE - DNA Probe for Trichomonas,Candida,Gardnerella | 87660/87490/87510 | VP |
| GROUP 'B' STREP. CULTURE  (Genital) | 87081 | SW |
| GENITAL CULTURE | 87070/87071 | SW |
| STOOL CULTURE | 87045/87046 | SC/SW |
| OVA & PARASITE EXAM. | 87177 | SC |
| OCCULT BLOOD TEST (Fecal) | 82270 | SC |
| CLOSTRIDIUM DIFFICILE TOXINS AB | 87324 | SC |
| GIARDIA DETECTION BY IFA | 87269 | SC |
| WBC's EXAM. (Fecal) | 89055 | SC |
| FECAL FAT (SUDAN STAIN) | 82705 | SC |
| ROTAVIRUS DETECTION BY EIA | 87425 | SC |
| URINE CULTURE | 87086/87088 | SC/UP |
| SPUTUM CULTURE | 87070 | SC |
| BLOOD CULTURE | 87040 | BC |
| THROAT CULTURE (Complete) | 87070 | SW |
| THROAT CULTURE (Beta Strep. only) | 87070 | SW |
| WOUND CULTURE  Source: | 87070 | SW |
| MISCELLANEOUS CULTURE  Source: | 87070 | SW |
| BODY FLUID CULTURE  Source: | 87070 | SC/SW |
| FUNGUS CULTURE (Non-Systemic)  Source: | 87101 | SC |
| GRAM STAIN  Source: | 87205 | SC/SW |

Key: PT = ProbeTec; SC = Sterile Container;
VP = VP Collection tube; UP = Urine with Preservative
SW = Culture Swab; BC = Blood Culture Bottle(s)

# INMATE REQUESTS

**INMATE REQUEST FORM**

Date: 6-23-07

INMATES # 55631 E-5

To: medical

C/O SIGNATURE _Mills_

From: James Long

SR C/O SIGNATURE

NATURE OF REQUEST _The medication I'm taking is_ _____ I can't sleep and am having problems coping with situations.

ACTION TAKEN _____

---

**INMATE REQUEST FORM**

Date: 6-19-07

INMATES # 55631 E-5

To: medical

C/O SIGNATURE _S. Moore_

From: James Long

SR C/O SIGNATURE

NATURE OF REQUEST _I have sent several request asking X-rays be taken on my back and have not heard anything back. I'm in severe pain and ask for proper medical attention or send me to the state as I am a state inmate. James Long 55631 - #169420 Ala._

ACTION TAKEN

Dr. Banner

## INMATE REQUEST FORM

E-5

Date: 6-8-07

INMATES # 55631

To: medical

C/O SIGNATURE _H. Russell_

From: James Long E-Pod

SR C/O SIGNATURE

**NATURE OF REQUEST** my left hip is causing severe pain since the incident from 4-17-07 and I'm requesting X-rays. Also I haven't been taking my meds for seizers and have been feeling like I'm going to have another.

**ACTION TAKEN** 6/11/07

USBPi Reorder#12055 (8/06)

---

## INMATE REQUEST FORM

Date: 6-7-07

INMATES # 55631

To: Nurse, medical

C/O SIGNATURE _M. Otwall_

From: James Long E-5

SR C/O SIGNATURE

**NATURE OF REQUEST** I'm having problems coping with the incident that occured to me april 17th (cavity search) and need to see someone to resolve the problem

**ACTION TAKEN**

SBPi Reorder#12055 (8/06)

# INMATE REQUEST FORM

Date: 5-1-07                          INMATES # 55631

To: nurse, Ashley, and nurse Baile     C/O SIGNATURE L. moor

From: James Long                       SR C/O SIGNATURE

NATURE OF REQUEST  you told me to send this request, requesting to be left in N pod or medical pod because of my mental disiease by polar Skitzafrontic with pshcotic side features. This is a more relaxed enviroment. also I do have T.B. please keep me back here so I stay out of trouble thank you James Long

**ACTION TAKEN**

USBPi Reorder#12055 (8/06)

# INMATE REQUEST FORM

Date: 4-27-07                         INMATES # 55631

To: medical                           C/O SIGNATURE

From: James Long                      SR C/O SIGNATURE

NATURE OF REQUEST  I need to see a doctor concerning my lower back and left hip. It's causing me severe pain, I'm requesting X-rays on my back please.

**ACTION TAKEN**  has been seen

USBPi Reorder#12055 (8/06)

# INMATE REQUEST FORM

Date: 4-24-07

INMATES # 55631

To: Nurse Ashley

C/O SIGNATURE _____

From: James Long

SR C/O SIGNATURE _____

**NATURE OF REQUEST** ___ I'm having problems with my left side, after being pulled apart at my waist. I can hardly sleep from the pain, and can only raise my leg a few inches before I feel a sharp pain shoot through my neck, back, waist and leg to foot.

**ACTION TAKEN** _____

USBP# Reorder# 2055 (8/06)

---

# INMATE REQUEST FORM

Date: 4-24-07

INMATES # 55631

To: Medical

C/O SIGNATURE _____

From: James Long

SR C/O SIGNATURE _____

**NATURE OF REQUEST** ___ I need to talk to and see counsler. I keep having nightmares and dreams that I'm going through the same ordeal. Please let me talk to someone who can help. Also I sent request for blood work, because I do have hepatidias B.

**ACTION TAKEN** _____

BP# Reorder# 2055 (8/06)

**INMATE REQUEST FORM**

Date: 4-19-07

INMATES # 55631

To: medical

C/O SIGNATURE Beather Buckman

From: James Long

SR C/O SIGNATURE Buckman

NATURE OF REQUEST    I'm requesting blood work be done because, I do have hepatidias B — Nody of this

Thank you James Long

ACTION TAKEN    LPN

USBPI Reorder # 12055 (8/06)

---

**INMATE REQUEST FORM**

Date: 4-18-07

INMATES # 55631

To: nurse Ashley

C/O SIGNATURE

From: James Long

SR C/O SIGNATURE

NATURE OF REQUEST    Mrs. Ashley as you know I was given a cavity search yesterday and have ask to see nurse since. I'm bleeding through my Anas and have severe pain please get me some help.

Thank you — James Long

ACTION TAKEN    seen 4/18/07

USBPI Reorder # 12055 (8/06)

**INMATE REQUEST FORM**

Date: 4-16-07

INMATES # 55631

To: nurse

C/O SIGNATURE

From: James Long

SR C/O SIGNATURE

**NATURE OF REQUEST**

I need to see the nurse Concerning my meds.

**ACTION TAKEN**

USBPI Reorder #12055 (8/06)

---

**INMATE REQUEST FORM**

Date: 4-1-07

INMATES # 55631

To: nurse Gaile

C/O SIGNATURE

From: James Long

SR C/O SIGNATURE

**NATURE OF REQUEST** my meds have been here for A week and still they are not on the med Cart please tell me why Im not getting my meds. And Also my spider bite has got worse and is hurting bad. Thank you

**ACTION TAKEN** Did not mention spider bite @ visit today. OK

USBPI Reorder #12055 (8/06)

**INMATE REQUEST FORM**

Date: 11-03-05

INMATES # 55631

To: nurse Spigner

C/O SIGNATURE ___

From: James Long

SR C/O SIGNATURE ___

NATURE OF REQUEST   I Can not sleep, and the voices
I hear are getting worse and I'm worried
I'm gona hurt someone or myself. please
help

ACTION TAKEN ___

---

**INMATE REQUEST FORM**

Date: 10-30-05

INMATES # 55631

To: nurse Stringer

C/O SIGNATURE ___

From: James Long

SR C/O SIGNATURE ___

NATURE OF REQUEST   I've been unable to sleep and also
the depression is worse, the voices are more,
Clear. I don't think the meds are working.
Please help !!!

ACTION TAKEN   He's on Valproic Acid ghs
+ Wellbutrin 200mg gam.
Wellbutrin just went q
to 200mg.

No
Referrals
in file

# REFERRALS

# CORRESPONDENCE

# HOUSTON COUNTY SHERIFF'S DEPARTMENT
## MEDICAL CLINIC
### ANDY R. HUGHES, SHERIFF

June 11, 2007

To: Records, SGT. Davis
From: Houston County Jail Clinic

Re: Long, James #55631

This inmate is currently housed at the Houston County Jail with a diagnosis of Bipolar Schizophrenia with psychotic features. Inmate has also been diagnosed with seizures . Inmate has been on Risperdal 2 mg, Lamictal 25mg, and Vistaril 50mg three times a day.

I have been informed that this inmate is now a State Inmate, perhaps you can facilitate his transfer to the State facility.

Your assistance in this matter is greatly appreciated.

Ashley Kennedy, LPN

# INMATE GRIEVANCE FORM

DATE: 6-10-07                    , 2005    POD/CELL LOCATION: E-5

INMATE NAME: James Long E-5    INMATE NUMBER: 55631

NATURE OF GRIEVANCE OR INFORMATION: With all that has happen is true from
4-14-07 to Now, with the illegal cavity Search that was
done to Me. While here a Houston County Jail, And how
very unprofessional, Nurse Gaile Commander Reed, Sgt.
Kursey, to Senverson Moore, in there job capacity, to
were I am force to this matter out side of the Jail.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Get me proper Attention that
I have been deprived of, Because of the Cruel+
unusual punishment that has been inflicted
on me.

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE:

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED:

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

# South Central Alabama Mental Health Board

Coffee County Outpatient
P.O. Box 310638
Enterprise, Alabama 36331
(334) 347-0212



**SERVING BUTLER,
COFFEE, COVINGTON
AND CRENSHAW COUNTIES**

*Cynthia A. Hataway*
*Executive Director*

**MENTAL ILLNESS**
  ANDALUSIA
    Administration
    Case Management
    Outpatient
    Day Treatment
    Group Home
  ENTERPRISE
    Case Management
    Outpatient / Intensive
  GREENVILLE
    Case Management
    Outpatient / Intensive
  LUVERNE
    Case Management
    Outpatient / Intensive
    Children's Services
**SUBSTANCE ABUSE**
  ANDALUSIA
    Intensive Outpatient
    Prevention / CRO/DUI
  ENTERPRISE
    Intensive Outpatient
    DUI
  RED LEVEL
    Administration
    Residential
**MENTAL RETARDATION**
  ANDALUSIA
    Administration
    Day Training
    Case Management
    Early Intervention
  ENTERPRISE
    Day Training
    Case Management
    Early Intervention
  GREENVILLE
    Day Training
    Case Management
    Early Intervention
  LUVERNE
    Case Management
    Early Intervention

March 30, 2007

Houston County Jail Medical Clinic
901 East Main Street
Dothan, AL  36301

Re: James M. Long, Jr.
    SS#:  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
    DOB: 05/07/72

Per your request, a copy of the above named consumer's record is enclosed.

This information consists of the Intake, Medication Chart, Diagnosis, Doctor's progress notes, and case summary.

If we can be of further assistance, please do not hesitate to contact us.

Sincerely,

SOUTH CENTRAL ALA MENTAL HEALTH CENTER

Mary Hataway
Office Manager

m

enc

South Central Alabama Mental Health
Access to Care Triage Form
Demographic Data

Date: 9-19-06

Caller and Referral Source Name/Agency: _____ Self

Consumer Name: James M. Long Jr.    Case #: _____

**NAME AND RELATIONSHIP OF CUSTODIAL FAMILY MEMBER OR COURT APPOINTED LEGAL GUARDIAN: (custody papers are absolutely necessary at first appointment)**

Address: 1988 Co Rd 223   Jack, AL   Coffee
         Street         City   State  Zip  County

Phone: 897-1731 Emergency Contact: James Long Sr. - Same
                                    father Name      Phone

SSN: 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   Medicaid #: _____
                   Medicare#: _____
                   Private Ins. #: _____
                   Self-Pay

DOB: 5-7-72  Age: 34  Sex: M    Marital Status: Single

Employed ___ Unemployed →_____  Disability Income: _____
Annual or monthly income _____

Presenting Problems/Symptoms: Mr. Long requests mental health services for the treatment of Bipolar d/o. He is a recent/release from the AL. D.O.C and has run out of his medications (for a few weeks now).

CONFIDENTIAL

Suicidal/Homicidal Ideation ___
              Plan   NO
              Intent ___

**Triage**

MI ✓   Co-Occurring _____
MR ___   **Refer to Vicki Florence**
SA ___   **Refer to Theresa Stinson**
✓ **New Consumer**   _____ **Active**   _____ **Inactive**   _____ **Last Appt.**

| Appointment Date: |
| IHI: _____ |
| AOP: _____ |
| EOP: 9-20-06 @ 1:30p |
| GOP: _____ w/ $4 |
| LOP: _____ |

Tammy Walker BS/ACC    9-19-06
**Access Counselor Signature**         **Date**

**South Central Alabama Mental Health
Intake Evaluation
Page 1**

## South Central Alabama Mental Health
### Triage

Case #: _____    Name: *James Long jr.*

**DMH High Risk Criteria**

_____Hospital Release:    State/Local    Date of Release _____ Diagnosis _____

_____ Has a history of DMH/MR supported inpatient or public residential treatment resulting from an Axis I mental illness diagnosis.

_____ Is at imminent risk of inpatient hospitalization due to suicidal or homicidal plan or intent or grossly disorganized psychosis.

_____ Released from Alabama State Hospital after October 1, 2000 and placed in DMH/MR funded residential home (Wyatt Consumer).

If any are checked schedule:    Acute/1 hour _____    Urgent/48 hrs._____

## SMI Criteria

**SMI DX CRITERIA:  Diagnosis by history or presenting symptoms consistent with: (must check one)**

| Thought Disorders | Mood Disorders | Severe Anxiety Disorder |
|---|---|---|
| ___Schizophrenia | ___Major Depression | ___Obsessive Compulsive |
| ___Schizoaffective | ✓ Bipolar | ___Panic Disorder |
| ___Psychotic | | ___Agoraphobia |

Plus (must meet at least 2) from Disability Criteria below

**SMI Disability Criteria**
✓ 1. Unemployed, employment in sheltered setting, markedly limited work skills and poor work history.
___ 2. Severe inability to establish or maintain social support systems.
___ 3. Deficits in basic living skills.
___ 4. Inappropriate social behavior.

____SMI Dx/symptoms **Plus** 2 Disability Criteria    Schedule:    Acute 1 hr. _____
                                                                        Urgent 48 hrs. _____
✓ SMI dx/symptoms **W/O** Disability Criteria    Schedule:    Routine 10 days *9-20-06*

## CHILD & ADOLESCENT SED Criteria

**Axis I Diagnosis Suspected**                    **Suspected**

_____ADHD                                        _____Mood D/O _____Psychotic D/O
_____Conduct D/O
_____Oppositional Defiant

_____At Risk for Out-of-Home Placement

_____Functional Impairment interfering with        CONFIDENTIAL
          _____Autonomy _____Community
          _____Family _____School

If SMI/SED, go to Medication Section.

2/16/05

South Central Alabama Mental Health

Case #: _____    Name: ___*James Ling Jr.*___

**Non SMI Criteria:** Presenting symptoms consistent with:

| **Adjustment Disorders** | **Anxiety/Depression** | **Co-Occurring** |
|---|---|---|
| ___ Marital | ___ Dysthymic sad mood | ___ Alcohol |
| ___ Family | ___ Irritability | ___ Drugs |
| ___ Social | ___ Anger | ___ Sedative Dependence |
| ___ Interpersonal | ___ Generalized Anxiety | ___ Possible detox. |
| ___ Daily Coping | ___ Phobias | ___ Criminal charges Pending |
| ___ Medical | ___ Compulsive Behaviors | |
| ___ Stress Management | ___ PTSD—Abuse/Assault/Rape | |

_____ Non-SMI Criteria met.

_____ Agrees to $150/hr fee for services which must be paid prior to services rendered.

_____ If agrees, schedule routine appointment 10-21 days.

_____ If does not agree, Referral out to _____.

List all current medications:                    How are medications purchased:

*Valproic Acid* → *just out*    _____ Medicaid
*Trileptal* → *of meds a few*   _____ Insurance
*Wellbutrin* →    *for a while*  _____ Self-purchase
                                 _____ Other

List all psychiatric hospitalizations or Outpatient/Residential treatments:
*Spectacare Houston Co.*

**CONFIDENTIAL**

_____ Requires linguistic support services for hearing deficiency or limited English proficiency.
___✓___ Normal hearing          _____ Hard of hearing          _____ Deaf
_____ Needs hearing aid       _____ Has hearing aid
_____ May require Interpreter _____ Language of Preference _____ N/A

_____ Requires special accommodations for
_____ Mobility    _____ Vision    _____ Other    _____ N/A

Intake Evaluation
Page 3

1/25/05

South Central Alabama Mental Health

Case #:_____      Name:_____*James Ling jr.*_____

_____ Medical Problems that may impact treatment

List: _____ *none* _____
_____    _____

Transportation Assessment
_____ Has vehicle          __✓__ Family/Friends will transport
_____ Valid license        _____ CATS Van (number given)
                            _____ No available transportation

_____ SMI and may require assistance with transportation.
_____ Non-SMI and understands no transportation assistance can be provided.

### **Appointment from Initial Triage**

_____ Meets DMH High Risk Criteria
       Acute (1 hr) to Urgent (48 hrs)
       Appt. Date_____ Time _____ Clinic _____

_____ Meets SMI Diagnostic & Disability Criteria
       Schedule Acute to Urgent within 48 hours
✓      Appt. Date _____ Time _____ Clinic _____

_____ Meets SMI Diagnostic Criteria without Disability Criteria
       Schedule Priority Routine within 10 days
       Appt. Date *9-20-06* Time *1: 30pm* Clinic *Enterprise*
                                  *w/su*

_____ Meets NON-SMI Criteria
       Schedule Routine 10 – 21 days for Diagnostic Testing Triage Group
       Appointment Date _____      Time **8:00 AM**
       Andalusia _____
       Enterprise _____
       Greenville _____                           CONFIDENTIAL
       Luverne _____

_____ Understands and agrees to bring copy of custody paperwork to first appointment.
_____ Understands and agrees to $150 fee for services payable prior to services rendered.
_____ Understands and agrees to furnish own transportation.
_____ Understands and agrees to $70 fee for services.
_____ Agrees to appointment letter to be mailed.
✓      Agrees to voice mail message for failed appointments.
       Phone *897- 1731* Emergency Contact Phone *Same —*
✓      Agrees to bring all medicine and proof of income to first appointment.

Intake Evaluation
Page 4

South Central Ala Mental Health Board
Financial Information

Case #: 80119          Name: James M. Long, Jr

**COMPLETE ALL INFORMATION BELOW**

Medicaid #: ___/___/___          Eff. Date: _____ QMB only: ___Y___N
Medicare #: ___/___/___          Child CM Authorization #: _____

Primary Case Provider: _____          Effective Date: _____

Ins. Co. Name/Address: _____          Self Pay Fee: _____

City: _____ St. _____ Zip: _____          IDP: # in Family: _____

Person Insured: _____          Individual Income: _____

Policy #: _____ Group ID #: _____          Family Income: _____

Employer: _____          TOTAL (Ind. & Family Income): _____
                                     family support
# of Years Employed: _____

Job Title: _____          Other Funding Source: _____ SSI

**Income Source (Up to 3):**          **Education**
001___Wage/Salary         $_____          00___Presch/KG         12___Twelfth Grade
002___Public Assistance   $_____          01___First Grade       13___HS Diploma/GED
003___Retirement/Pension  $_____          02___Second Grade      14___Beyond HS/No DGR
004___Disability          $_____          03___Third Grade       15___Associate Degree
005___Social Security     $_____          04___Fourth Grade      16___Bachelor's Degree
006___Alimony             $_____          05___Fifth Grade       17___Master's Degree
007___Trust Fund          $_____          06___Sixth Grade       18___Doctorate
008_X_None                $___0__          07_X_Seventh Grade     19___No formal education
009___SSI                                   08___Eight Grade       20___Special Education
010___SS Disability       $_____          09___Ninth Grade       21___Hab.Training/# of yrs.___
098___Other_____        $_____          10___Tenth Grade       98___Other:_____
099___Unknown             $_____          11___Eleventh Grade    99___Unknown
      Total Income        $___0__
Payee (if not consumer)_____

CONFIDENTIAL

**Referral Source:(check below)**          Name of Referral Source: _Self_

01_X_Self                         16___Diversionary Program/TASC    32___Outpt Psychiatric Services
02___Parent                       17___Prison                       33___Private Psychiatrist
03___Physician                    18___Other Criminal Justice       34___Other Physician
04___School System                19___Police                       35___Other Private MH Practitioner
05___Other Family                 20___Guardian                     36___Other Health Provider
06___Friend                       21___Other Community Referral     37___Partial Day Organization
07___Spouse                       22___Education Agency             38___Shelter for Homeless
08___DHR                          23___State/County Psychiatric Hos. 39___Shelter for Abused
09___Employer/EAP                 24___General Psychiatric Hos.      40___MR Regional Office
10___Court/Correctional Agency    25___Other Inpatient Psychiatric   41___ARC
11___State/Federal Court          26___Nursing Home/Extended Care    42___310 Program
12___Formal Adjudication Process  27___Alcohol Treatment Inpt/Resident. 43___VocRehab Services
13___Probation/Parole             28___Drug Abuse Inpt/Residential   44___Personal Care/Boarding Home
14___Recognized Legal Entity      29___Alcohol Treatment/Not Inpt.   45___Clergy
15___DUI/DWI                      30___Drug AbuseTreatment/Not Inpt  98___Other
                                  31___Multi-Service MH Agency       99___Unknown

Staff ID: 763   Completed by/Title: M. Nattery Offie Mage   Date: 9-20-06
8/24/04                           Intake Assessment Page 5

South Central Alabama Mental Health Board

P.O. Box 310638 Enterprise, Ala 36331

Confidential Fax Cover Page

Confidential Health Information May Be Attached

THE DOCUMTENTS ACCOMPANYING THIS TRANSMISSION CONTAIN CONFIDENTIAL HEALTH
INFORMATION THAT IS LEGALLY PROTECTED.  AS THE RECIPIENT OF THIS TRANSMISSION,
YOU ARE OBLIGATED TO MAINTAIN IT IN A SAFE, SECURE AND CONFIDENTIAL MANNER.

Date: _3.21.07_                              Time: _10.15_

Please deliver the following pages to:

Name: _Ashley or Gail_                      Fax No: _334-671-9482_

Place: _Houston County Jail_                Telephone No:

This transmittal is being sent by:

Name:  South Central Ala Mental Health      Fax No:    334-347-9418

Telephone No: 334-347-0212

Message:

Number of pages transmitted: [include cover page] _3_

Verification:        Please contact _Mary_ at _347-0212_ to
                     verify the receipt of this facsimile.

THIS FAX IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE
AND  MAY  CONTAIN  INFORMATION  THAT  IS  PRIVILEGED  AND  CONFIDENTIAL.
UNAUTHORIZED RE-DISCLOSURE OR A FAILURE TO MAINTAIN THE CONFIDENTIALITY OF
THE INFORMATION CONTAINED HEREIN COULD SUBJECT YOU TO PENALTIES UNDER STATE
AND FEDERAL LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT,
OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT,
THE READER IS HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING
OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS
COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.

CONFIDENTIAL FAX COVER PAGE

South Central Alabama Mental Health Medication Chart
Center-Prescribed Medications

State Standard 3407.12 and 3104
Consumer Name: _James M Long Jr_    Case #: _8019_    IDP: Yes  No    ALLERGIES: _n/a_
                                                                      PAP: Yes  No

Section I—Center Prescribed Medications

| Date Rx Date | Medications/Dosage/Freq. | #Tabs | #Refills | Risks/Benefits Explained by prescribing Physician. Signature of Physician | Therapist, Staff, or CM Signature |
|---|---|---|---|---|---|
| 9-20-06 | NONE | | | | |
| 9/21/16 | Lamictal 25 mg po q one | 1 | 5 | 0 | |
| thru | " 25 mg i p.o. bid | 30 | 0 | | |
| thru | " 50 mg i young i glw | 45 i 25 + 0 | | | |
| thru | " 50 mg i p.o. bid | 1 i 60 + 6 | | | |
| | Risperdal 2 mg i po glw | 30 + 0 f 1 | | | |
| | Wisperdol 50 mg i p.o. q i d | 90 + 1 | | | |
| | | | | | |

Ask consumer to initial and date below that Risks/Benefits were explained when new medications were prescribed:

_[signature]_  2-9-31-06
Initial   Date        Initial  Date        Initial  Date        Initial  Date        Initial  Date

Update all three sections of the Medication Chart every six months and/or when medications change.

Page 1 of 2                                                                      Updated 03/29/05

# South Central Alabama Mental Health Center

Post Office Box 1028
Andalusia, Alabama 36420



**SERVING BUTLER,
COFFEE, COVINGTON
AND CRENSHAW COUNTIES**

Cynthia A. Hataway
Executive Director

**MENTAL ILLNESS**
  ANDALUSIA
    Administration
    Case Management
    Outpatient
    Day Treatment
    Group Home
  ENTERPRISE
    Case Management
    Outpatient / Intensive
  GREENVILLE
    Case Management
    Outpatient / Intensive
  LUVERNE
    Case Management
    Outpatient / Intensive
    Children's Services
**SUBSTANCE ABUSE**
  ANDALUSIA
    Intensive Outpatient
    Prevention / CRO / DUI
  ENTERPRISE
    Intensive Outpatient
    DUI
  RED LEVEL
    Administration
    Residential
**MENTAL RETARDATION**
  ANDALUSIA
    Administration
    Day Training
    Case Management
    Early Intervention
  ENTERPRISE
    Day Training
    Case Management
    Early Intervention
  GREENVILLE
    Day Training
    Case Management
    Early Intervention
  LUVERNE
    Case Management
    Early Intervention

Access To Care (Toll Free)
(877) 530-0002
Date: 3/27/07

Administrative / Business
Office  (334) 222-2525

Your request for Protected Health Information on ___Lori James___
(Consumer's name)

has been received and is being processed. We wish to comply with the consumer's and your request as soon as possible.   In addition to the HIPAA requirements, **authorizations for our mental health center to release information from our charts must include the following and there are no exceptions.**  A few of our requirements are more stringent than HIPAA. Failure to comply with these requirements will cause delays in processing your request.

1) The name of our organization. South Central Ala Mental Health has to be listed on the authorization as the agency releasing the information.   This can be handwritten, but it has to be legible.

2) The signature of the consumer or the legal representative and the date signed. This representative has to show proof that they have been approved by the court to represent consumer. It cannot be a spouse, sibling, parent (except for a minor child under the age of 14) unless they have been approved by the court.
3) The signature of a witness.

4) The specific information requested and the time period for the information requested. We do not honor an authorization which states "psychiatric records" or mental health records.   Examples you may use include Evaluations, Medication Charts, Psychiatrist's notes, and consumer's compliance with treatment. If you are seeking substance use/abuse information, there has to be an additional statement on the authorization that this request is for substance abuse information and this statement has to be initialed by the consumer. Without this initialed statement we can not release this particular information from our records.

5) The written authorization to release information from our records must be signed and dated by the consumer **after** the period of treatment requested. You can request information generated before the authorization was signed but not after the authorization was signed.

6) The **same authorization** cannot be used to release information to two different parties. There has to be an authorization for each party.  This is a State Dept. of Mental Health requirement.

7) We do not release the entire record unless we are under a court order to do so.
8) Our State Department requires an **expiration date—not just an event.**

Your authorization does not meet our requirements and is returned for the following reason(s).

Item #1  X        Item #2  X        Item #3  X        Item #4  X
Item #5  X        Item #6  X        Item #7  X        Item #8  X
Item #9 Other  Cannot fill needed

As soon as we have a corrected authorization, we will comply with your request.

Linda Hoover
Linda Hoover, Privacy Officer

Updated 10/28/04

**Enclosed is an authorization we use, please be sure to fill out completely.  Thank You.**

## South Central Ala Mental Health
## Assessment/Intake

Case #: _80119_     Name: _James Long Jr_

| Sex: | Race: | Hispanic Origin: | Marital Status: ____Yrs. ____Mos. |
|---|---|---|---|
| ___Female – F | 01____Black/African American | 1_✓_Not of Hispanic Origin | 1____Married/Living Together |
| _✓_Male - M | 02_✓_Caucasian | 2____Puerto Rican | 2____Never Married |
| | 03____Alaskan Native | 3____Cuban | 3____Married/Separated/Absent |
| MI _✓_Yes ___No | 04____American Indian | 4____Other Hispanic | 4_X_Divorced |
| SA ___Yes _✓_No | 05____Asian or Pacific Islander | 5____Mexican/Mexican American | 5____Widowed |
| MR ___Yes _✓_No | 98____Other_____ | 9____Unknown | 6____Common Law Marriage |
| | | | 9____Unknown |

| Living Arrangements: | Military or Veteran:  Type of Discharge: | Highest Level of Service: |
|---|---|---|
| 1____Lives Alone | 1____None | 1____Other |
| 2_✓_Lives with Relative/Spouse | 2____WWII | 3____Outpatient/Day Tx/IOP/RDP |
| 3____Lives with Non-Relative | 3____Korean | 5____Residential |
| 4____Lives with Dependent Children | 4____Vietnam | 6____Ind/Family Support |
| 5____Unknown | 5____Gulf War | 7____Case Management |
| 6____Guardian | 8____Other_____ | 8____Habilitation/Training |
| 7____Paid Care Provider | 9____Unknown | |
| 8____Supportive Living | | |

| SMI/SED Criteria | | Dual Diagnosis: |
|---|---|---|
| 1_✓_ SMI – Meets the eligibility criteria for SMI | 4____SED  Separated from family | _✓_(00) Not DD |
| 2____ Hx of DNH/NR inpt or residential treatment as result of Axis I MI diag | 5____SED – functional impairment | ____(01) MI-MR |
| 3_✓_ imminent risk of needing inpatient w/o outpatient intervention | 6____SED – Symptoms | ____(02) MI-SA |
| | 7____SED – Risk of Separation | ____(03) MR-SA |
| N____ Does not meet SMI/SED criteria | U____SMI/SED status undetermined | |

| Enrollment Record: | Enrollment Date | RU | Residential Arrangement: ___Yrs. _/_ Mos. |
|---|---|---|---|
| 121____Residential Gp Sm/Spcizd | _____ | _____ | 0____Lives with Family/Caregiver |
| 122____Residential Care Home | _____ | _____ | 1____Homeless/Shelter |
| 141____Intensive Day Tx | _____ | _____ | 2____Private Residence – Owns |
| 144____Supportive Day Tx | _____ | _____ | 3____Private Residence – Rent/Lease |
| 143____Child Day Tx-No Ed | _____ | _____ | 4____Other Residential Setting/Placement |
| 150_✓_Outpatient | _9-20-06_ | _314_ | 5____Jail/Correctional Facility |
| 151____In-Home Intervention | _____ | _____ | 6____Other Institutional Setting |
| 170____Case Management | _____ | _____ | 8____Other _____ |
| 200____Indigent Drug Program | _____ | _____ | 9____Unknown |
| 551____SA Assess/Testing | _____ | _____ | 10____Lives alone with support |
| 541____SA Adult IOP | _____ | _____ | Residence Size:_____ |
| 555____SA Aftercare | _____ | _____ | Residence Name(if different from |
| ____Habilitation/Training | _____ | _____ | consumer):_____ |

CONFIDENTIAL

| Employment Status: | Legal Status: | Detailed Legal Status: |
|---|---|---|
| A____Full Time     J___Volunteer | 1_✓_Voluntary     ____Involuntary | 1____State/Federal Court |
| B____Part Time     Y___Other | 2____Voluntary, Civil     ____Involuntary, Civil | 2____Formal Adjudication |
| C____Unemployed, looking for job | 3____Voluntary, Criminal     ____Involuntary, Crim. | 3_✓_Probation/Parole |
| D____Homemaker     Z___Unknown | 8____Other:_____ | 4____Other Legal Entity |
| E____Student | | 5____Diversionary Program |
| F____Retired | 9____Unknown | 6____Prison |
| G____Disabled | | 7____DUI/DWI |
| H____Confined to Institution/Correctional Facility | Name of Probation Officer: | 8____Other:_____ |
| I_✓_Unemployed, not looking for a job In 30 days | _____ | 9____Unknown |
| Employer:_____ | | 0____None |

Legal History: _ASSAULT     DOMESTIC VIOLENCE     DUI     STOLEN PROP –_
_ROBBERY —     OVER 40 ARRESTS_

Military History: _N/A_

Employment History: _CONSTRUCTION , MECHANIC_

Staff ID: _275_
8/24/04

Completed by/Title: _[signature]_     Date: _9-20/06_

**Assessment Intake  (Page 6)**

## South Central Alabama Mental Health

Case #: *80119*          Name: *JAMES LONG JR* —

### Nutritional Assessment

Recent weight loss or gain: *X* _Y __N      # of Lbs. *30*      Eats Regular/Balanced Meals: *Y* __N
Special Diet: __Y _N  (Specify)_____      Further Assessment Needed: __Y _N

### Recreational/Leisure Assessment

Preferences & Interests: *SPENT TIME W/KIDS , FISHING,*

*SPECTRACARE 2001*                    ### Medical History

Current Medications and Dosage:_____
*VALPORIC ACID, TRILEPTAL, WELLBUTRIN ?*
Physician: *SMITH*                      Phone No:_____
Pregnancies:_____  Pre-Natal Care Received: __Y __N  Where are these recorded?_____

Medications taken during pregnancy? __Y __N  If yes, list:_____

Infections/illnesses/accidents during pregnancy? __Y __N    If yes, describe:

Previous Hospitalization(s)  *NEVER*

Current Medical Problems:  *TREATED FOR TB —*
History of Seizures: *X* _N   When did they start?_____  Frequency:_____ *?* ___Type:_____
When did you have your last seizure: *6/06*   Are you on medication for seizures? *X* Y __N  If yes, list:
                                                                    *VALPORIC ACID  IN PAST*

Current Medical Allergies:  *N/A*
Immunizations:  *Y a*

### Mental Health Treatment History

See the attached Psychiatric Treatment History Form        CONFIDENTIAL

### Family History

Birth Order:  *1-3*  Marital Status of Parents:_____
Mother: Living *✓* Deceased_____  If deceased, Date:_____  Cause of Death:_____
Father: Living *✓* Deceased_____  If deceased, Date:_____  Cause of Death:_____

| MI | Treatment | SA | Treatment | MR | Treatment | Family History of Suicide: |
|---|---|---|---|---|---|---|
| *✓*Yes | *✓*Yes | *✓*Yes | __Yes | *✓*Yes | __Yes | __Yes |
| __No | __No | __No | *✓*No | __No | __No | *✓*No |
| Relationship: *PF* | | Relationship: *F* | | Relationship: *UNCLE* | | |

Staff ID: *275* Completed By/Title: _____ Date: *9/20/06*

### Intake Assessment (Page__7__)

## South Central Alabama Mental Health
## Child/Adolescent Assessment *N/A*
## (if assessment is not appropriate, put N/A in blank)

| Case #: | Name: |
|---|---|

### Complete all areas of the following assessment—leave no areas blank.

Conduct: ___Oppositional/Defiant   ___Runaway   ___School Suspension/Expulsion/Truancy
___Fighting with Peers/School/Staff   ___Other: (explain)_____

School Problems /Academic Performance: _____AD/HD _____LD _____BEH _____EC
_____Speech/Hearing Impaired

Grade: _____ Special Ed. Placement: _____ School: _____

Are you currently enrolled in school? ___Yes___No   If so, what grade are you in? _____Have you ever failed a grade? ___Yes ___No If yes, Please explain:

If you are not enrolled in school, what was your reason for leaving?

Additional education evaluation needed? ___Yes ___No

Prenatal History/Complication:   Yes   No  Comments:
Postnatal Complications:   Yes   No  Comments:
Developmental Milestones (age)  Crawled:   Walked:   Talked:

Juvenile Court Involvement (such as formal probation, arrests, court actions): ___Yes ___No If yes, Please explain:

Do you currently have a Probation Officer? ___Yes ___No  If yes, who?
How often do you report to your Probation Officer?

DHR Involvement? _____Yes ___No   If yes, who is your case worker?

Do you live with your parents? ___Yes ___No Describe:
Have you ever lived with someone else? ___Yes ___No If yes: ___Foster Home ___Group Home
___Another Family Member  ___Someone Other Than a Family Member   Explain:

Is your family/guardian supportive of your entering treatment? ___Yes ___No

Identifying Characteristics: _____

CONFIDENTIAL

Peer Relationships: Do you have a best friend? ____Yes ___No   Explain:

Gang Involvement: ____Yes ___No If yes, Describe: _____

Other comments/significant information:   Explain DHR involvement and guardianship/custody
_____
_____
_____
_____

Staff ID:_____Completed By/Title:_____   Date:_____

1/25/05

## South Central Alabama Mental Health

**Case #:** 80119          **Name:** JAMES LONG JR

### Mental Status Exam

| Dress/Grooming Hygiene: | Appetite: | Height: 5'11 | Sleep: | Mood: | Affect: |
|---|---|---|---|---|---|
| ✓Appropriate | ___Good | Weight: 185 | ___Good | ___Euthymic | ___Appropriate |
| ___Inappropriate | ___Fair | ___Normal | ___Fair | ✓Dysphoric | ✓Constricted |
| | ___Poor | ___Anorexia | ✓Poor | ___Irritable | |
| | VARIES | ___Bulimia | ___Insomnia | ___Elevated | **Concentration:** |
| | | ___Obese | ___Hypersomnia | ✓Expansive | ___Normal & Focused |
| | | | ✓Nightmares | | ✓Easily Distracted |
| | | | 5 HRS NOT LATELY | | |

| Disturbances in Motor Activity: | Disturbances in Speech Pattern: | Disturbances In Thought Content/Process: | Insight/Judgment: | Disturbances in Perception: |
|---|---|---|---|---|
| ___Calm | ✓Appropriate | ___Appropriate | ? | ___Appropriate |
| ___Agitated | ___Inappropriate | ___Inappropriate(specify) | ✓Adequate | ___Inappropriate |
| ___Pacing | | ✓Loose Associations | ___Poor | ✓Hallucinations |
| ___Shaking/Tremor | **Disturbances In Orientation:** | ✓Paranoid | | ✓Auditory |
| ___Tics | ✓Normal | ___Delusions of: | NOT LATELY | ___Visual |
| ___Tardive Dyskesia (AIMS) | ___Deficits: | ✓Persecution | ___Thoughts of Suicide | ✓Tactile |
| ___Other:_____ | ___Person | ___Grandiosity | ___Thoughts of Harm to Others | ___Gustatory |
| ANXIOUS | ___Place | ___Somatic | ___Preoccupation with Death | ___Olfactory |
| | ___Time | | ___Other:_____ | ___Other:___ |
| | ___Situation | | LOOK INTO EYES NOT MINE | |

### Emotional/Physical Abuse History

✓Abused  ___Abuser  Type: ___Sexual  ✓Domestic Violence  ✓Physical  ✓Emotional  ___Neglect

Intervention: Yes___ No___    Results: FATHER ABUSIVE , SHOT HIM w/ 12 G KNIFED HIM

Further Assessment Needed: Yes___ No___

CONFIDENTIAL

### Suicidal/Homicidal History

Have you ever thought about ending your life or the life of someone else? Yes/No  If yes, when?_____  Describe the incident: WRECKED CAR 1994 , CUT WRISTS, 99

Have you ever tried to end your own life or the life of someone else? Yes/No  If yes, when?_____  Describe the incident:

Do you have a current plan to harm yourself/end your life or someone else's? Yes/No  If yes, please explain:

Staff ID: 275 Completed By/Title: _____  Date: 9-20-04

Intake Assessment (Page 9 )

8/24/04

## Diagnostic Testing Triage & Program Placement
### Check all that apply

To Be Completed at Intake

Case #: __80119__        Name: __James Melvin Long Jr.__

| | |
|---|---|
| ✓ | 1. I hear voices when no one is talking and no one else can hear. |
| ✓ | 2. I see things others don't see or have visions. |
| ✓ | 3. I feel things crawling on my skin when nothing is there. |
| ✓ | 4. I believe things that people tell me cannot be true. |
| ✓ | 5. Someone or some thing puts thoughts into my head that are not mine. |
| | 6. I sometimes get messages from the TV or radio. |
| | 7. Other people can hear my thoughts. |
| ✓ | 8. Sometimes I can read other peoples thoughts. |
| ✓ | 9. I sometimes believe other people are talking about me even when they say they are not. |
| ✓ | 10. People may be trying to hurt me in some way. |
| ✓ | 11. Someone is plotting to harm or kill me. |
| ✓ | 12. I receive messages directly from God. |
| | 13. I am a prophet or special messenger from God. |
| ✓ | 14. There have been times I have not slept for more than 3 days in a row. |
| ✓ | 15. I sometimes try to do several things at a time and end up not finishing any of them. |
| ✓ | 16. I cannot focus my thoughts. |
| ✓ | 17. My thoughts go so fast I can't keep up with them. |
| ✓ | 18. I often speak before thinking and then regret it. |
| ✓ | 19. Family or friends tell me I do things that embarrass them. |
| ✓ | 20. I have engaged in dangerous sexual behavior. |
| ✓ | 21. I often spend more money than I earn. |
| ✓ | 22. I feel so hopeless that I want to die. |
| ✓ | 23. I don't believe I can ever feel any better. |
| ✓ | 24. My mood goes up and down, sometimes very happy, sometimes very sad. |
| ✓ | 25. I have felt sad for at least two weeks. |
| ✓ | 26. I am irritable most of the time. |
| ✓ | 27. My temper often gets me in trouble. |
| ✓ | 28. I feel angry most of the time. |
| | 29. Bad thoughts come into my head and won't go away. |
| | 30. I wish I were dead. |
| ✓ | 31. I have tried to end my life in the past. |
| | 32. I have to keep checking appliances over and over before I leave home to make sure they are off. |
| | 33. I have to count things over and over. |
| ✓ | 34. I feel like crying 2-3 times a week. |
| ✓ | 35. I feel so guilty I can't sleep. |
| ✓ | 36. I am often afraid to leave my home. |
| ✓ | 37. I am fearful in stores or in crowded places. |
| | 38. Sometimes I feel like I can't breathe or can't swallow. |
| ✓ | 39. I don't have enough energy to get through the day. |
| ✓ | 40. My energy level is much lower than it used to be. |
| ✓ | 41. I have gained or lost over 20 pounds in the last year. |
| ✓ | 42. I am very uncomfortable around other people. |
| | 43. There is a crisis going on in my family. |
| ✓ | 44. I frequently embarrass myself. |
| ✓ | 45. A very important relationship has just ended. |
| | 46. I have lost a loved one to death within the last year. |
| | 47. I am very fearful of losing a relationship. |

CONFIDENTIAL

| | |
|---|---|
| ✓ | 48. I cannot cope with daily pressures. |
| ✓ | 49. My behaviors frequently get me in trouble. |
| ✓ | 50. I have so much stress I can't function. |
| ✓ | 51. I need help in managing stress. |
| ✓ | 52. I can't manage my money on budget. |
| ✓ | 53. I sleep less than five hours a night. |
| | 54. I sleep more than 10 hours a night. |
| ✓ | 55. I feel like I am very unimportant. |
| ✓ | 56. I don't have enough confidence. |
| | 57. My family or friends say I shouldn't live alone. |
| | 58. I am unable to live alone. |
| ✓ | 59. I may be fired from my job. |
| | 60. I cannot find a job because of my education level. |
| ✓ | 61. Mental problems make it hard for me to work. |
| | 62. Medical problems make it hard for me to work. |
| ✓ | 63. I have recently lost my job. |
| | 64. My use of alcohol or other drugs interferes with my work or causes problems with my family. |
| | 65. I take more medicine than my doctor has prescribed. |
| | 66. I want help to stop using alcohol or other drugs. |
| | 67. I think my biggest problem is drugs or alcohol. |
| ✓ | 68. I have been (sexually) (physically) or (emotionally) abused (circle one). |
| ✓ | 69. I am currently on probation. |
| | 70. I currently have misdemeanor or felony charges pending (circle one). |
| ✓ | 71. I have been in jail or prison. |
| ✓ | 72. I am a victim of rape or assault. |

_____ I have great difficulty managing my children.
_____ I would like to have parenting classes.
_____ I would like to attend classes in (circle all that apply).

Stress Management/Anger Management/Coping with Depression/Building Self-Confidence/Building Relationship Skills/Budgeting and Money Management.

I would like a referral out to:
_____ Vocational Rehabilitation (to develop job skills)
_____ Medical Specialist for specific problem.
_____ Food Stamps
_____ Public Housing Assistance
_____ ✓ Social Security

CONFIDENTIAL

Case #:_____ Name: James M Long Jr.

South Central Ala Mental Health
Intake Evaluation
Page 11

Revised 12/3/04

## South Central Alabama Mental Health

Case #: _80119_          Name: _James Long Jr_

_____ has identified the following significant clinical symptoms and issues that without treatment will be barriers to reaching their long-term view, and/or could result in hospitalization or out-of-home placement.   *Consumer checked 55/72*
*Plea for help*

Deficits in Living, Learning, Socialization, and Family Relations.

Check all Significant Issues that apply:

| **Psychotic** | **Depression/Anxiety** | **Bipolar/OCD** |
|---|---|---|
| Auditory hallucinations | Extreme low energy | Flight of Ideas |
| Visual | Significant weight gain or loss | Racing Thoughts |
| Tactile | Extreme Impulsivity | Mood Swings |
| Delusions | Impaired attention and/or Concentration | Irritability |
| Grandiosity | Markedly Impaired Judgement | Anger Outbursts |
| Thought Insertion | Significant Sleep Disturbance | Obsessive Ideation |
| Thought Broadcasting | | Compulsive Behavior |
| Ideas of Reference | | Excessive Crying |
| Paranoia | | Excessive Guilt |
| Excessive Religiosity | | Feeling of Panic |
| Manic Episodes | | Fear of leaving home |
| Hypo Manic Episodes | | Fear of crowds |
| Mood-delusional hopeless | | Hopelessness |
| Disorganized thinking | | Excessive spending |
| Dangerous Sexual Behavior | | Chronic sad mood longer than 2 weeks |

NON-SMI Adjustment Problems
*SMI Disability Criteria

CONFIDENTIAL

Social Anxiety
Fear of specific events or things
Situational depression or anxiety
Marital Problems/Relationship problems
*Unable to develop or sustain friendships

Poor daily coping
*Inappropriate social behavior
Cannot manage stress
Poor money management
*Undeveloped social skills

## Adjustment Problems/Disability Criteria

Chaotic living environment
Family Crisis
*Lacks Independent Living Skills
*Unemployable due to symptoms
*Markedly limited work skills
Poor self-esteem
At risk to be homeless
Education level limits employability
Job stress

Medical problems limit employability
Alcohol Abuse
Sedative Abuse
Illegal Substance Abuse
Sexual, Physical, Emotional Abuse
Under court commitment
Misdemeanor/Felony Charges Pending
On Probation
Victim of rape or assault

Intake Evaluation
Page 12

10/15/04

Standard 3102.1 & .2

**South Central Alabama Mental Health**
**Clinical Analysis and Needs Assessment**

Completed Due to:_____ Hospitalization
_____ 12-Month Update
__x__ Other (list) _INTAKE_

Case #: _80119_    Name: _James Long Jr_

**Current Status/Clinical Analysis: (Include living situation and educational/work situation, family relationships and patterns of socialization)**

This is a 34 y/o divorced father of 4 ( 2 sons by different mothers and 2 daughters by ex-wife). He has an extensive hx of legal involvement (over 40 local arrests), many yrs in jail or prison x 2 — He got out of an 18 month stay at Bullock Co DDC facility for assault 2 wks ago. He is staying w/ his biological parents (father was abusive in past — shot & knifed him). He has little social support, no work skills.

**Presenting Problems and Complaints:** _Hallucinations, hx of MI, hx of violence, hx of suicide attempts_

**Strengths and Advantages: (Physical and Emotional)** _Wants Help_

**Disadvantages or Deficits: (Physical and Emotional)** _Scarred Soul_

**Spiritual Views:** _None_                           CONFIDENTIAL

**Testing Interpretation:** _____

**Risk Level:**          **To Be Seen within**
1 – Very Low          3 months          _x_ Referred to Psychiatrist _9/21/06_
(2) – Low               60 days           _x_ Appt. with therapist _9/27 06_ (date)
3 – Moderate          14 days           ___ Referred to CM
4 – High                 daily              ___ Other:_____

**Completed By/Title:** _(signature)_          Date: _9-20-06_
**Approved By/Title: (SA Only)**                Date: _____

Intake Assessment (Page 13)

Revised 1/25/05

**PLAN OF CARE AND ORDER FOR SERVICES**

**State Standard 3407.3**

| Case No.: 80119 | | Name: JAMES LONG JR | Date: 9-20-06 |
|---|---|---|---|
| | Diagnosis(es) Code | Description | Diagnosis Change |
| Axis I | 296.N4 | Bipolar I D/O MRE MANIC SEVERE w MOOD Incongruent (Feature) R/O SCHIZOPHRENIA    R/O SCHIZOAFFECTIVE D/O | |
| Axis II | | R/O ANTISOCIAL PERSONALITY D/O | |
| Axis III | | HX OF MULTIPLE GUNSHOT WOUNDS, KNIFE WOUNDS & SELF MUTILATION | |
| Axis IV | | POOR SOCIAL SUPPORT, POOR JOB SKILLS | |
| Axis V GAF Score | 56 | | |
| Approved by: Sharon Brown Ph.D. Clin Dir | | | Date: 10-18-06 |

CONFIDENTIAL

**Program admitted to:** EDP

**Hearing:** Normal ✓  Hard of Hearing N/A  Deaf N/A          **Mobility** ✓  **Vision** ✓

**Consumer requires linguistic support services (for hearing deficiency or limited English proficiency)** ✓ No _____ Yes

**OUTPATIENT Services to be provided:**

( ) Intake
(✓) Medication Administration
( ) Family Support Individual
( ) Family Therapy
( ) Intensive Outpatient

( ) Individual Therapy
( ) Family Support Group
( ) Basic Living Skills
( ) Pre-Hosp/Court Screening
( ) Crisis Intervention prn

(✓) Physician Assessment PRN
(✓) Mental Health Consult
( ) Diagnostic Testing
( ) In-Home Intervention
( ) Community Resources

(✓) Medication Monitoring
( ) Group Therapy
( ) Case Management
( ) In-Home Support
( ) Other

**REHABILATATIVE DAY PROGRAM Services to be provided:**

( ) Structured Work-Oriented Activities
( ) Goal Oriented Group
( ) Individual Therapy
( ) Family Therapy
( ) Mental Health Consult PRN

( ) Educational Skills
( ) 1 to 1 – oriented session
( ) Group Therapy
( ) Pre-Hosp/Court Screening
( ) Crisis Intervention PRN

( ) Employment Assistance
( ) Skills Building
( ) Medication Monitoring
( ) Family Support Individual
( ) Medication Administration

( ) Sheltered Employment Opport.
(✓) Community Resources
( ) Case Management
( ) Physician Assessment
( ) Other

**Scheduled to attend _____ days per week.**

**INTENSIVE DAY TREATMENT Services to be provided:**

( ) Ind. / Group Therapy
( ) Social Skill Training
( ) Basic Living Skills

( ) Family Therapy
( ) Coping Skills Training
( ) Med Administration

( ) Med. Eval. / Management
( ) Community Resources
( ) Med Monitoring
( )Other:_____

( ) Activity / Recreational Therapy
( ) Family Education
( ) Consumer Education relating
    to presenting problem

**Scheduled to attend _____ days per week.**

**THERAPEUTIC GROUP HOME /COD for Adults Residential Care Home Services to be provided:**    **24-hour Protective oversight provided.**

**Assistance with:** applying for benefits; improving social and communication skills; med management; basic living skills; community placement; vocational service; community orientation; recreation / activities; education regarding mental illness; family support and education; and community transportation.  Other _____

South Central Alabama Mental Health
Intake Assessment (Page 14)

## South Central Alabama Mental Health Center

Case #: _80119_          Name: _James_

Long Term Recovery View (Address all four—Living, Learning/Working, Family, Socialization)

_BE ON MY LAND, RAISE OWN FOOD, BE LEFT ALONE_
_VISIT KIDS, GET ON DISABILITY_

Goal: (Prioritize one from above list: _GET ON DISABILITY_
_____ Target Date: _9/20/07_

| Barrier (to goal attainment) | Expected Outcome (once barrier is overcome) | Interventions (Services to be provided) |
|---|---|---|
| HX OF MI, HX OF JAIL/ VIOLENCE | DISABILITY | INDIVIDUAL THERAPY W WD UNDERWOOD MA 1-2+M/PRN |

Goal: _____
_____ Target Date: _____

| Barrier (to goal attainment) | Expected Outcome (once barrier is overcome) | Interventions (Services to be provided) |
|---|---|---|
| | | |

CONFIDENTIAL

Revised 12/3/04

Intake Evaluation
Page 15

South Central Alabama Mental Health Center

_EOP_____, Plan of Care/Order of Services
Program

**Consumer's Name:** _JAMES LONG JR_____     **Case Number:** _80119_____

**State Standard 3407.6;.7;.8**

**List Significant Clinical Symptom/Issue**

_HX OF MI, HX OF ILLEGAL ACTIVITIES, POOR SOCIAL SKILLS ·_

**Negative Impact: Living, Learning/Work, Family, Socialization (Circle 1)**

1) **Goal:** _TO MAINTAIN OUT OF JAIL / HOSPITAL FOR 1 YR_

_____ Target Date _9/20/07_

| Barrier (to goal attainment) | Expected Outcome (once barrier is overcome) | Interventions (Services to be Provided) |
|---|---|---|
| HX OF LEGAL PROBLEMS | CONSUMER WILL | INDIVIDUAL THERAPY W |
| HX OF MI | COMPLY W/ TREAT- | WD UNDERWOOD MA |
| HX OF FAMILY PROBLEMS | MENT GOALS / PLAN, | 1-2X M / PRN |
|  | MAINTAIN IN THE | PSY / MED EVAL ASSESSM |
|  | COMMUNITY | W/ DR 1 x 6m / PRN |

**List Significant Clinical Symptom/Issue**

_____

**Negative Impact on: Living, Learning/Work, Family, Socializations (Circle 1)**

2) **Goal:** _____

_____ Target Date _____

| Barrier (to goal attainment) | Expected Outcome (once barrier is overcome) | Interventions (Services to be provided) |
|---|---|---|
|  |  |  |

CONFIDENTIAL

---

I have participated in the formulation/modification of this Treatment Plan.     ✓ Yes ___ No
I wish my family to participate in my treatment and have signed an ROI     ___ Yes ✓ No
For: _____

**Consumer Signature:** x _James M Long_     **Date:** 9-20-06
**Parent/Guardian/Family Member (if applicable) Signature:** _N/A_     **Date:**
**Therapist/Case Manager:** _WD Underwood_     **Date:** 9-20-06
**Licensed Professional:** _Dr William Sm SWPC_     **Date:** 10-6-06
**Additional Signature when needed:**     **Date:**
**Outside referrals to:** _NONE_     _9/20/06 WD MD_
          Name of agency/individual          Date          Therapist initials and credentials
Discuss with consumer and if no outside referrals are needed state "none," on above line, date and initial.

**Referrals/Transfers to:**  MI Outpatient ___✓___     SA Outpatient _____     MR _____
          MI Residential _____     SA Residential _____

**Revised 1/27/05**          Intake Assessment (Page 16)

**Psychiatric Treatment History**
**Do Not Destroy—Keep as an Ongoing Record**
**Bring this form forward with each new treatment update**

Consumer Name: _JAMES LONG JR_    Case #: _80119_

| Mental Health Facility or Psychiatric Hospital | Admit Date | Discharge Date | Discharge Diagnosis If known |
|---|---|---|---|
| SPECTRACARE | 2002 | | INTERMITTENT EXPLOSIVE D/O |
| BULLOCK Co CF | 2003 | 2006 | BIPOLAR D/O |
| SCAMH - EOP | 9-20-06 | | BIPOLAR I D/O MRE MANIC, SEVERE w/ MOOD INCONGRUENT PSY. FEATURES |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | CONFIDENTIAL |
| | | | |
| | | | |
| | | | |

Revised 8-24-04

**South Central Ala Mental Health**
**Intake Assessment**
**Page 18**

South Central Alabama Mental Health Medication Chart
Center-Prescribed Medications

State Standard 3407.12 and 3104

Consumer Name: _James M Lone Sr_　　Case #: _80119_　　IDP: Yes　No　　PAP: Yes　No

ALLERGIES: _n/a_

Updated 03/29/05

Section I—Center Prescribed Medications

| Date | Rx Date | Medications/Dosage/Freq. | #Tabs #Refills | Risks/Benefits Explained by prescribing Physician. Signature of Physician | Therapist, Staff, or CM Signature |
|---|---|---|---|---|---|
| 9-20-06 | | NONE | | | |
| 9/21/6 | | Lamictal 25 mg i-po q am | 15 + 0 | | |
| | then | " 25 mg i-po. bid | 30 + 0 | | |
| | then | " 50 mg 1/2 q am i- q hs | | | |
| | then | " 50 mg i- q.i. q hs | 60 + 6 | | |
| | | Risperdal 2 mg i- q am i- q hs | 30 + | | |
| | | Vistaril 50 mg i-po tid | 90 + | | |
| | | | | | |
| | | | | | |
| | | CONFIDENTIAL | | | |

Ask consumer to initial and date below that Risks/Benefits were explained when new medications were prescribed:

X _____　9-21-06　_____ _____ _____ _____ _____ _____ _____ _____
Initial　Date　　Initial　Date　　Initial　Date　　Initial　Date　　Initial　Date

Update **all three sections** of the Medication Chart every six months and/or when medications change.

Page 1 of 2

**PHYSICIAN MEDICAL ASSESSMENT/TREATM...**

| CASE # | CLIENT NAME | | DATE |
|---|---|---|---|
| 8C119 | JAMES LONG JR | | 9-21-06 |

| | CLIENT TIME | REPORTING UNIT | ACTIVITY CODE | STAFF ID # |
|---|---|---|---|---|
| :15 or :30 | :30 | 314 | 36 | 1032 |

**SERVICES PROVIDED:**

| | | | |
|---|---|---|---|
| ___ Group Therapy | ___ Individual Therapy | ___ Case Management | ___ Crisis Intervention |
| ___ Med. Admin | ___ Ind. BLS | ___ Phys Assessment | ___ Family Support / Ed. |
| ___ Consultation | ___ Family Therapy | ___ Group BLS | ___ Other___ |

NEXT APPOINTMENT:
MON.   TUES.   WED.   THURS.   FRI.   SAT.    DATE: 11-10-06    TIME: 2:45

**CHARGE FOR SERVICE:**

| SELF-PAY FEE SCALE | FUNDING SOURCE | CHARGES |
|---|---|---|
| | 001 | 0 |

TOTAL CHARGES $ ___ 0
CO-PAY / FEES PAID $ ___
( ) CHECK   ( ) CASH

TOP COPY (WHITE): BUSINESS OFFICE    3RD COPY (PINK): CONSUMER

Reason Referred: OUT OF PRISON - DXED BIPOLAR - RELEASED ON NO MEDS

Current Medications: NONE

Diagnosis: Bipolar I D/O MRE MANIC, SEVERE w/ Mood Incongruent Psychotic Features    RO Schizophrenia   R/O Schizoaffective D/O
Poly subs. dep by hx

**CURRENT MENTAL STATUS**

| | | | | | | |
|---|---|---|---|---|---|---|
| Behavior: | ✓ Normal | ___ Passive | ___ Aggressive | ___ Hostile | ___ Suspicious | ___ Bizarre |
| Affect: | ✓ Appropriate | ___ Inappropriate | ___ Labile | ___ Fearful | ___ Blunted | ___ Ambivalent |
| Alertness: | ✓ Fully Alert | ___ Dull | ___ Somnoient | | | |
| Orientation: | ✓ Time | ✓ Place | ___ Person | ✓ Situation | | |
| Mood: | ___ Depressed | ✓ Level | ___ Overactive | | | |
| Thought Process: | ✓ Goal Directed | ___ Circumstantial | ___ Tangential | ___ Loose Associations | ___ Thought Blocking | ___ Derailment |
| Thought Content: | ___ Normal | ___ Abnormal | ✓ Hallucinations | ___ Ideations | ___ Delusions | |
| Memory: (Recent) | ___ Good | ✓ Fair | ___ Poor | (Remote) ___ Good | ___ Fair | ___ Poor |
| Attention Span: | ___ Good | ✓ Average | ___ Above Average | ___ Below Average | | |
| Judgement (Insight) | SMI / 296.44 | | | | DX MRE MANIC SEVERE | |
| Impulse Control: | ___ Good | ✓ Fair | ___ Poor | | | |
| Homicidal Estimate: | ✓ None Evident | ___ Ideation | ___ Threats | ___ Attempts | | |
| Suicidal Estimate: | ✓ None Evident | ___ Ideation | ___ Threats | ___ Attempts | | |

CONFIDENTIAL

Interview Notes: Hears voices and sees faces. Sleep is _____. Feels irritable hyper and agitated at times. Feels _____ at times. Dears depression. Also has very sharp h/o Poly subs - dep. can't

Progress Toward Treatment Goals: ___ Poor   ___ Fair   ___ Good   ___ Excellent

Treatment Plans / Goals Reviewed: ___ & Extended For ___ Days or ___ Changed as Follows: Prison several times
Use even 18 months ago. In & out of prison several times not on any current meds.

Recommendations / Disposition:
① Start Lamictal for mood - stop if rash develops.
② Risperdal for Psychosis
③ Vistaril for anxiety
④ RTC in 2 m.

| ___ (staff psychiatrist signature) | James Long |
|---|---|
| STAFF PSYCHIATRIST | CONSUMER SIGNATURE |

# DOCTORS LABORATORY, INC.



P.O. BOX 4750
VALDOSTA, GEORGIA 31604-4750
PHONE (800) 342-7552

ACCOUNT NO. 12519

**PAYMENT TERMS: NET 30 DAYS**

HOUSTON COUNTY JAIL
901 E MAIN STREET
DOTHAN, AL 36301

MONTH OF OCTOBER 2005
NO. 200510-0

**TO ENSURE PROPER CREDIT, RETURN THIS TOP PORTION WITH YOUR REMITTANCE**

| DATE | PATIENT NAME | DOCTOR | PATIENT NO. | REASON | TEST | AMOUNT |
|------|--------------|--------|-------------|--------|------|--------|
| 101105 | FRAZIER, JAMES | BANNER | 85895978 | | HIV ANTIBODY | 17.63 |
| 101205 | DYKES, ANTHONY | BANNER | 85897186 | | LIPID PROFILE 2 | 6.00 |
| 101305 | HANNA, MARY | | 85898835 | | GLYCOSYLATED HGB | 4.50 |
| 101305 | | | | | COMPREHENSIVE METABO | 4.50 |
| 101305 | | | | | LIPID PROFILE 2 | 6.00 |
| 101305 | HILDREATH, JAMES | | 85898844 | | LIPID PROFILE 2 | 6.00 |
| 101405 | MOBLEY, VICTOR | BANNER | 85899879 | | PROTHROMBIN TIME | 3.50 |
| 101805 | PEAGLER, MADELIN | BANNER | 85902642 | | BASIC METABOLIC PANE | 3.65 |
| 102005 | TILLEY, ROBIN | SPEIGER | 85905493 | | BASIC METABOLIC PANE | 3.65 |
| 102005 | BROWN, MAUREEN | SPEIGER | 85905500 | | TSH | 15.75 |
| 102005 | | | | | ELECTROLYTES | 7.50 |
| 102105 | MILLS, LURAL | BANNER | 85906374 | | GLYCOSYLATED HGB | 4.50 |
| 102405 | | | 85907442 | | | |
| 102505 | SNELL, CARY | BANNER | 85908646 | | T4, THYROXINE | 6.75 |
| 102505 | | | | | TSH | 15.75 |
| 102505 | | | | | COMPREHENSIVE METABO | 4.50 |
| 102505 | TYLER, DARRELL | BANNER | 85908655 | | LITHIUM | 5.00 |
| 102505 | WHITE, MICHAEL | BANNER | 85908664 | | GLYCOSYLATED HGB | 4.50 |
| 102705 | JUSTICE, MARJORI | BANNER | M5300061 | | CULTURE, MISC. | 10.00 |
| 102705 | | | | | BACTERIAL ID 1 | 6.00 |
| 102705 | | | | | SUSCEPTIBILITY 1 | 4.50 |
| 102705 | PELICAN, MARY | BANNER | M5300062 | | CULTURE, MISC. | 10.00 |
| 102705 | | | | | BACTERIAL ID 1 | 6.00 |
| 102705 | | | | | SUSCEPTIBILITY 1 | 4.50 |
| 102705 | RIVERS, TERRY | BANNER | 85930100 | | GLYCOSYLATED HGB | 4.50 |
| | | | | | | -------- |
| | | | | CURRENT SUBTOTAL | | 484.85 |

| CURRENT | 30-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS | BALANCE DUE |
|---------|-----------|-----------|-------------|---------------|-------------|
| 484.85 | 1150.46 | 0.00 | 0.00 | 0.00 | 1635.31 |

HOUSTON COUNTY JAIL
INMATE MEDICAL DOCUMENTATION FORM

DATE *11-7-05*

INMATE NAME: *Long James M*     INMATE NUMBER: *55631*

POD & CELL LOCATION: *K-8*     (30-MINUTE) HOURLY (CIRCLE ONE)

**************************************************

| EVENT/ACTIVITY/CODE: | 7:00 to 3:30 shift | 3:00 to 11:30 shift | 11:00 to 7:00 shift |
|---|---|---|---|
| 1. Verbal/Relaxed | 7:00 a.m. *3* | 3:00 p.m. *1* | 11:00 p.m. ___ |
| 2. Quiet | 7:30 a.m. *3* | 3:30 p.m. *1* | 11:30 p.m. ___ |
| 3. Sleeping | 8:00 a.m. *3* | 4:00 p.m. ___ | 12:00 a.m. ___ |
| 4. Yelling | 8:30 a.m. *3* | 4:30 p.m. ___ | 12:30 a.m. ___ |
| 5. Struggling | 9:00 a.m. *3* | 5:00 p.m. ___ | 1:00 a.m. ___ |
| 6. Crying | 9:30 a.m. *3* | 5:30 p.m. ___ | 1:30 a.m. ___ |
| 7. Hallucinating | 10:00 a.m. *3* | 6:00 p.m. ___ | 2:00 a.m. ___ |
| 8. Delusional | 10:30 a.m. *3* | 6:30 p.m. ___ | 2:30 a.m. ___ |
| 9. Meals Accepted | 11:00 a.m. *3* | 7:00 p.m. ___ | 3:00 a.m. ___ |
| 10. Meals Rejected | 11:30 a.m. *3* | 7:30 p.m. ___ | 3:30 a.m. ___ |
| 11. Fluids Accepted | 12:00 p.m. *9 11* | 8:00 p.m. ___ | 4:00 a.m. ___ |
| 12. Fluids Rejected | 12:30 p.m. *2* | 8:30 p.m. ___ | 4:30 a.m. ___ |
| 13. Shower/Hygiene | 1:00 p.m. *1a* | 9:00 p.m. ___ | 5:00 a.m. ___ |
| 14. Accept Medication | 1:30 p.m. *Medical* | 9:30 p.m. ___ | 5:30 a.m. ___ |
| 15. Reject Medication | 2:00 p.m. ___ | 10:00 p.m. ___ | 6:00 a.m. ___ |
| 16. Accepted Exercise | 2:30 p.m. ___ | 10:30 p.m. ___ | 6:30 a.m. ___ |
| 17. Refused Exercise | 3:00 p.m. ___ | 11:00 p.m. ___ | 7:00 a.m. ___ |

**************************************************

1ST SHIFT OFFICER(S) SIGNATURE: *Steans / Tyson*

2ND SHIFT OFFICER(S) SIGNATURE: *Culver / Nievos / Hudson*

3RD SHIFT OFFICER(S) SIGNATURE: _____

**************************************************

Inmate on suicide watch is to be observed every 30-minutes (or) every hour (UNLESS OTHERWISE NOTED BY THE MEDICAL STAFF) by the Corrections Officer and notations made by number. Put number of event/activity in blank by the time checked.

This form will be passed on at shift change, until all three (3) shifts have made their notations. At this time, the form will be turned in to the Medical Division and a new sheet started. If the SUICIDE WATCH is terminated, the officer in charge at that time, will turn in the form.

**************************************************

ADDITIONAL COMMENTS: *Went to M-pod @ 1620*

HOUSTON COUNTY JAIL
INMATE MEDICAL DOCUMENTATION FORM

DATE _11-6-05_

INMATE NAME: _Long, James Melvin_     INMATE NUMBER: _55631_

POD & CELL LOCATION: _K-8_     30-MINUTE / HOURLY (CIRCLE ONE)

****************************************************************

| EVENT/ACTIVITY/CODE | 7:00 to 3:30 shift | 3:00 to 11:30 shift | 11:00 to 7:00 shift |
|---|---|---|---|
| 1. Verbal/Relaxed | 7:00 a.m. 3 | 3:00 p.m. 3 | 11:00 p.m. 3 |
| 2. Quiet | 7:30 a.m. 3 | 3:30 p.m. 3 | 11:30 p.m. (14 + shower) Hygiene |
| 3. Sleeping | 8:00 a.m. 3 | 4:00 p.m. 2 | 12:00 a.m. 2 |
| 4. Yelling | 8:30 a.m. 8 | 4:30 p.m. 1 | 12:30 a.m. 2 |
| 5. Struggling | 9:00 a.m. 3 | 5:00 p.m. 2 | 1:00 a.m. 3 |
| 6. Crying | 9:30 a.m. 3 | 5:30 p.m. 9 | 1:30 a.m. 3 |
| 7. Hallucinating | 10:00 a.m. 3 | 6:00 p.m. 2 | 2:00 a.m. 3 |
| 8. Delusional | 10:30 a.m. 3 | 6:30 p.m. 2 | 2:30 a.m. 3 |
| 9. Meals Accepted | 11:00 a.m. 3 | 7:00 p.m. 2 | 3:00 a.m. 3 |
| 10. Meals Rejected | 11:30 a.m. 3 | 7:30 p.m. 2 | 3:30 a.m. 3 |
| 11. Fluids Accepted | 12:00 p.m. 9, 11 | 8:00 p.m. 2 | 4:00 a.m. 3 |
| 12. Fluids Rejected | 12:30 p.m. 2 | 8:30 p.m. 1 | 4:30 a.m. 3 |
| 13. Shower/Hygiene | 1:00 p.m. 2 | 9:00 p.m. 2 | 5:00 a.m. 9, 11 |
| 14. Accept Medication | 1:30 p.m. 1 | 9:30 p.m. 2 | 5:30 a.m. 2 |
| 15. Reject Medication | 2:00 p.m. 3 | 10:00 p.m. 3 | 6:00 a.m. 2 |
| 16. Accepted Exercise | 2:30 p.m. 3 | 10:30 p.m. 3 | 6:30 a.m. 3 |
| 17. Refused Exercise | 3:00 p.m. 3 | 11:00 p.m. | 7:00 a.m. 3 |

************************************************************

1ST SHIFT OFFICER(S) SIGNATURE: _R Team_

2ND SHIFT OFFICER(S) SIGNATURE: _Culver / Mires_

3RD SHIFT OFFICER(S) SIGNATURE: _Smith / Hunter_
************************************************************

Inmate on suicide watch is to be observed every 30-minutes (or) every hour (UNLESS OTHERWISE NOTED BY THE MEDICAL STAFF) by the Corrections Officer and notations made by number. Put number of event/activity in blank by the time checked.

This form will be passed on at shift change, until all three (3) shifts have made their notations. At this time, the form will be turned in to the Medical Division and a new sheet started. If the SUICIDE WATCH is terminated, the officer in charge at that time, will turn in the form.
************************************************************

ADDITIONAL COMMENTS: _____

HOUSTON COUNTY JAIL
INMATE MEDICAL DOCUMENTATION FORM

DATE  _11-5-05_

INMATE NAME: _Long, James Melvin_     INMATE NUMBER: _55631_

POD & CELL LOCATION: _K-8_     (30-MINUTE)/ HOURLY (CIRCLE ONE)
*******************************************************

| EVENT/ACTIVITY/CODE: | 7:00 to 3:30 shift | 3:00 to 11:30 shift | 11:00 to 7:00 shift 23:20 13 |
|---|---|---|---|
| 1. Verbal/Relaxed | 7:00 a.m. 3 | 3:00 p.m. 2 | 11:00 p.m. 2 |
| 2. Quiet | 7:30 a.m. 3 | 3:30 p.m. 2 | 11:30 p.m. 1 |
| 3. Sleeping | 8:00 a.m. 3 | 4:00 p.m. 2 | 12:00 a.m. 2 |
| 4. Yelling | 8:30 a.m. 3 | 4:30 p.m. 2 | 12:30 a.m. 3 |
| 5. Struggling | 9:00 a.m. 3 | 5:00 p.m. 1 | 1:00 a.m. 3 |
| 6. Crying | 9:30 a.m. 3 | 5:30 p.m. 9 | 1:30 a.m. 3 |
| 7. Hallucinating | 10:00 a.m. 3 | 6:00 p.m. 2 | 2:00 a.m. 3 |
| 8. Delusional | 10:30 a.m. 3 | 6:30 p.m. 2 | 2:30 a.m. 3 |
| 9. Meals Accepted | 11:00 a.m. 3 | 7:00 p.m. 2 | 3:00 a.m. 3 |
| 10. Meals Rejected | 11:30 a.m. 9 11 | 7:30 p.m. 14 | 3:30 a.m. 3 |
| 11. Fluids Accepted | 12:00 p.m. 3 | 8:00 p.m. 2 | 4:00 a.m. 3 |
| 12. Fluids Rejected | 12:30 p.m. 2 | 8:30 p.m. 2 | 4:30 a.m. 3 |
| 13. Shower/Hygiene | 1:00 p.m. 2 | 9:00 p.m. 2 | 5:00 a.m. 3 |
| 14. Accept Medication | 1:30 p.m. had vis.t | 9:30 p.m. 2 | 5:30 a.m. 9/11/14 |
| 15. Reject Medication | 2:00 p.m. 2 | 10:00 p.m. 2 | 6:00 a.m. 3 |
| 16. Accepted Exercise | 2:30 p.m. 2 | 10:30 p.m. 3 | 6:30 a.m. 3 |
| 17. Refused Exercise | 3:00 p.m. 2 | 11:00 p.m. 7 | 7:00 a.m. 3 |

*******************************************************

1ST SHIFT OFFICER(S) SIGNATURE: _Sears / Tyson_

2ND SHIFT OFFICER(S) SIGNATURE: _Culver / Nieves_

3RD SHIFT OFFICER(S) SIGNATURE: _Smith / Hunter_
*******************************************************

Inmate on suicide watch is to be observed every 30-minutes (or) every hour (UNLESS OTHERWISE NOTED BY THE MEDICAL STAFF) by the Corrections Officer and notations made by number. Put number of event/activity in blank by the time checked.

This form will be passed on at shift change, until all three (3) shifts have made their notations. At this time, the form will be turned in to the Medical Division and a new sheet started. If the SUICIDE WATCH is terminated, the officer in charge at that time, will turn in the form.
*******************************************************

ADDITIONAL COMMENTS: _____

HOUSTON COUNTY JAIL
INMATE MEDICAL DOCUMENTATION FORM

DATE _11-4-05_

INMATE NAME: _Long, James Melvin_    INMATE NUMBER: _55631_

POD & CELL LOCATION: _K-8_    30-MINUTE / HOURLY (CIRCLE ONE)

| EVENT/ACTIVITY/CODE: | 7:00 to 3:30 shift | 3:00 to 11:30 shift | 11:00 to 7:00 shift |
|---|---|---|---|
| 1. Verbal/Relaxed | 7:00 a.m. 2 | 3:00 p.m. 3 | 11:00 p.m. 3 |
| 2. Quiet | 7:30 a.m. 2 | 3:30 p.m. 3 | 11:30 p.m. 3 |
| 3. Sleeping | 8:00 a.m. 2 | 4:00 p.m. 2 | 12:00 a.m. 3 |
| 4. Yelling | 8:30 a.m. 1 | 4:30 p.m. 2 | 12:30 a.m. 17 |
| 5. Struggling | 9:00 a.m. 1 | 5:00 p.m. 2 | 1:00 a.m. 3 |
| 6. Crying | 9:30 a.m. 1 | 5:30 p.m. 9 | 1:30 a.m. 3 |
| 7. Hallucinating | 10:00 a.m. 1 | 6:00 p.m. 2 | 2:00 a.m. 3 |
| 8. Delusional | 10:30 a.m. 1A | 6:30 p.m. 2 | 2:30 a.m. 3 |
| 9. Meals Accepted | 11:00 a.m. Medical | 7:00 p.m. 2 | 3:00 a.m. 3 |
| 10. Meals Rejected | 11:30 a.m. 9,11 | 7:30 p.m. 2 | 3:30 a.m. 3 |
| 11. Fluids Accepted | 12:00 p.m. 2 | 8:00 p.m. 2 | 4:00 a.m. 3 |
| 12. Fluids Rejected | 12:30 p.m. 2 | 8:30 p.m. 2 | 4:30 a.m. 2    05:15 14 |
| 13. Shower/Hygiene | 1:00 p.m. 2 | 9:00 p.m. 2 | 5:00 a.m. 9,11 |
| 14. Accept Medication | 1:30 p.m. 2 | 9:30 p.m. 2 | 5:30 a.m. 2 |
| 15. Reject Medication | 2:00 p.m. 2 | 10:00 p.m. 2 | 6:00 a.m. 3 |
| 16. Accepted Exercise | 2:30 p.m. 3 | 10:30 p.m. 2 | 6:30 a.m. 3 |
| 17. Refused Exercise | 3:00 p.m. 3 | 11:00 p.m. 2 | 7:00 a.m. 3 |

1ST SHIFT OFFICER(S) SIGNATURE: _Jones / Bteam_

2ND SHIFT OFFICER(S) SIGNATURE: _Miller / Fitzg..._

3RD SHIFT OFFICER(S) SIGNATURE: _____ / Smith_

Inmate on suicide watch is to be observed every 30-minutes (or) every hour (UNLESS OTHERWISE NOTED BY THE MEDICAL STAFF) by the Corrections Officer and notations made by number. Put number of event/activity in blank by the time checked.

This form will be passed on at shift change, until all three (3) shifts have made their notations. At this time, the form will be turned in to the Medical Division and a new sheet started. If the SUICIDE WATCH is terminated, the officer in charge at that time, will turn in the form.

ADDITIONAL COMMENTS: _____

### DRUG USE PROFILE

NAME: _Norman Long_  ALLERGIES: _NKA_

CASE #: _11871_

Note @ work

| DATE RX | MEDICATION | DOSE | SCHEDULE | DISPENSED | REFILL | RX BY |
|---------|-----------|------|----------|-----------|--------|-------|
| 7/24/03 | Wellbutrin SR | 200 | T 9am | # 30 | 2 | |
| | Trazodone | 500g | T bid | # 60 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | review 4/5/04 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Shelley's / Form #4110

SpectraCare Treatment Plan



*SpectraCare*   **PHYSICIAN ASSESSMENT AND TREATMENT**

Reason for Visit:   Routine_____   Medication Problems_____   Emergency_____

Patient Statement: *Depressed, anger problems — wants to get help*

Appearance: *Clean, neat, dressed*   **MENTAL STATUS:**   Thinking: *Clear*

Affect: *Slightly Blunted*

Mood: *Dysthymic*   Behaviors: *Cooperative*

Other: *0*

Abnormal Movements: *0*

NAME: *James Long*

(OVER)   *10-23-03 @ 4:00*

FAY FERRELL, PhD, M.D.
Staff Member

Case # *140237*

Date: *7-24-03*

Plan:

1. Medication Name    *Start Wellbutrin & Seroquel*
   Dosage
   Target
   Reason for change

2. Psychosocial therapy

   *Nathan*

3. Lab /Comments

4. Follow Up:  2 wks___  1 month___  6wks___  2 months___  3 months___ ✓  6 months___

**SPECTRACARE**

Houston Co. Clinic (334) 794-0731
Dale Co. Clinic (334) 774-9112

Medicaid No. 8246
DEA No. BF4046252
ACS No. 19045

Barbour Co. Clinic (334) 687-2323
Henry Co. Clinic (334) 585-5331

_____ FERRELL, PHD., M.D.

# SpectraCare

March 19, 2005

Houston County Jail
Attention: Nursing Department
901 East Main Street
Dothan, Alabama 36301

**COVER LETTER**

Re: Request for Information on:    James Long
                                               DOB: 05-07-72
                                             SSN: 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

Attached you will find the requested documents on the above referenced client. The information that was sent to your office includes the medications and doctors' notes (dated 7-24-03 and 7-29-04).

If you have any questions regarding your request, please contact the Medical Records Department at (334) 794-0731 ext 134.

Thank-you,

*Cheryl Jemmis*
Cheryl Jemmis
Records Management Clerk

## PHYSICIAN'S ORDERS

NAME: _James Long_

CASE #: _140737_

INSURANCE#: _None_

PHONE #: _794-8766_

ALLERGIES: _NKDA_

DOB: _5/7/1972_

PRIMARY MD: _None_

PHARMACY: _Walmart S. side_

---

7/29/04 ① Wellbutrin XL tabs 300mg TGM #7o 2

② Lisinopril ER 500mg THS #30 2

---

MAY 26, 2004

7/26/04 Tylenol prn OTC
                 420 R



(1)                    (2)                (3)                (4)

Plan:

1. Medication Name    *Start Wellbutrin XL*
   Dosage
   Target             *+ Start Depakote*
   Reason for change

2. Psychosocial therapy

   *Nathan —*

3. Lab Comments

4. Follow Up:  2 wks___  1 month___  6wks___  2 months___  3 months ✓  6 months___



SPECTRACARE

Barbour Co. Clinic (334) 687-2323
Henry Co. Clinic (334) 585-5331

Medicaid No. 8246
DEA No. BF406252
ACS No. 19045

____ (334) 794-0731
____ 2112

____LL, PHD., M.D.

Age _____

PHYSICIAN ASSESSMENT TREATMENT

*SpectraCare*

30
18
83?

Reason for Visit: _New_____ Routine_____ Medication Problems_____ Emergency_____

Patient Statement: _Depressed, anger problems_

_Wants to get help_

Appearance: _dis____
Clean, neat

Affect: _Slightly Blunted_

Mood: _Dysthymic_

MENTAL STATUS:

Thinking: _Clear_

Behaviors: _Cooperative_

Other: _0_

Nsa

Abnormal Movements: _0_

NAME: _James Lon_

(OVER) NEXT APPOINTMENT _8-23-03 @ 4_

FAY FERRELL, PhD, M.D.
Staff Member

Case # _140737_

Date: _7-24-03_

Plan:

1. Medication Name    *Start Wellbutrin + Trileptal*
   Dosage
   Target
   Reason for change


2. Psychosocial therapy

3. Lab/Comments    *Nathan*


4. Follow Up:   2 wks___   1 month___   6wks___   2 months___   3 months___ ✓   6 months___

SPECTRACARE

Barbour Co. Clinic (334) 687-2323
Henry Co. Clinic (334) 585-5331

Medicaid No. 8246
DEA No. BF4046252
ACS No. 19045

Houston Co. Clinic (334) 794-0731
Dale Co. Clinic (334) 774-9112

___ FERRELL, PHD., M.D.