In The District Court of the United States
For the middle District of Alabama
Southern Division

RECEIVED
2007 OCT -4  A 10: 06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James Long )
 Plaintiff )
)
)
V. ) Civil Action No. 1:07-CV-581-MHT
)
)
M. Reed, et al., )
 Defendants )

## Motion For Extension of Time

Comes Now, Plaintiff in the above styled Cause, and respectfully request a sixty (60) Day extension through and until December first (1st), 2007 in which to file A Response in Compliance with the directives in this Case.

## Reasons

(1) Due to order Plaintiff recieved on motion for Counsel, Denied.

(2) Due to there are exceptional Circumstances Justifying appointment of Counsel now.

(3) Due to Plaintiffs inability to represent to Courts a response in Compliance.

(4) Due to Plaintiffs lack of access to Proper Counsel, as to where Plaintiff had a fellow inmate assist with pryor responses, And now he John Russell is on transfer to another Inst. and Can no longer assist.

(5) Due to Plaintiff being indigent and unable to represent self as showed to the Courts earlier in this Case, 1:07-CV-581-MHT

(6) Due to the fact that two (2) of the Defendants have not been served by the Courts, and or given their sworn affidavits to Plaintiff or Courts. ( C/O Pettie / C/O Seaverson )

7. Due to Plaintiffs access to retrieve sworn statements and or evidentiary materials in such short notice.

James Long
*James Long* (signature)

Sworn To And Subscribed Before me this __2__ day of __October__, 2007

Notary Public _Laury Kim_ (signature)

(My Commission expires ___8__/__11__/_2010_/ )

Dated this 2nd day of Oct., 2007

Respectfully Submitted,

*James Long*
James Long

Plaintiff
No. 1:07-CV-581-MHT

## Certificate of Service

I James Long, hereby Certify that I have Served a Copy of the foregoing upon, Gary C. Sherrer Counsel for Defendants. 335 West Main St. Dothan, Ala 36301. by placing a Copy of the Same in th U.S. Mail, postage prepaid and properly addressed on this 2nd day of Oct, 2007.

James Long
*James Long*

James Long # 169420
565 Bibb lane C3-39A
Brent, Ala
35034-4040

BIRMINGHAM AL 350
03 OCT 2007 PM 2 T

Office of the Clerk
United States District Court
Po box 711
Montgomery, Ala
36101-0711 B007

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."