RECEIVED

In The District Court Of The United States For The Middle District Of Alabama South- ern Division

| | |
|---|---|
| James Long, #55631, <br> v. <br> M. Reed, et al., <br> Defendants. | Civil Action No.: 1:07- CV-581-MHT. |

Motion For Extension Of Time

Come now, Plaintiff, James Long, in the above-styled cause, and respectfully requested for a twenty one - (21) day extension of time from his current date of November 8, 2007, in which to file Plaintiff's Special Report and Answer with this Honorable Court, pursuant to Rule 6 (b), Rules Civil Procedure, to whereas, grounds therefore, stated as follows: (Court Doc. No. 19).

#(1.) Plaintiff Long, is currently incarcerat- ed at Bibb County Correctional Facil- ity, and he has limited access to the law library by the authority of the Alabama Department of Correct-

Continued Motion For Extension Of Time On Page No. # (2.)

1.

## Motion For Extension Of Time

ions, pursuant to (8)-Eight hours per week during day-time, and night-time is scheduled for use of the Law Library between the hours of (8) P.M., until (11) P.M., on Tuesday's, Thursday's and Saturday's only.

#(2.) Plaintiff Long's is also limited access to Bibb County Correctional Facility Law Library, due to the overcrowded inmates in population and segregation limitation period, that which are marked by the Authority of the Alabama Department of Corrections occurrence of certain access to the Law Library, including access to legal material, such as legal writing paper and carbon paper.

<u>Terry F. Moorer,</u> United States Magistrate Judge.

Wherefore, Plaintiff Long's respectfully requested for a twenty-one (21) day extension from his current date of <u>November 8, 2007,</u> in order for Plaintiff's to have enlargement of time to propose his

(Continued To Certificate Of Service On Page No.# (3.)

2.

## Motion For Extension Of Time

Affidavits and Exhibited Documentary Evidence to support Plaintiff's Special Report and Answer with the above-styled Honorable Court.

Done this 29th day of October, 2007.

Respectfully Submitted,
James M Long #169420

## Certificate Of Service

I, James Long, Plaintiff, hereby certify that I have served copies of the foregoing motion to the following individuals and addresses: On October 29, 2007,

Terry F. Moorer, U.S. Magistrate Judge
Office Of The Clerk, United States District Court, P.O. Box 711, Montgomery, Ala. 36101-0711

Gary C. Sherrer,
Sherrer, Jones & Terry, P.C.;
Attorneys At Law
335 West Main St.
Dothan, Ala. 36301

James Long
AIS No.# 169420, C3-39 A.
Bibb Cor. Corr. Facility
565 Bibb Lane
Brent, Ala. 35034

3.   The Conclusion.

James Long
AIS No.# 169420, C3-39A
Bibb Co. Corr. Facility
565 Bibb Lane
Brent, Ala. 35034

Legal Mail.

Terry F. Moorer, U.S. Magistrate Judge, Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

