IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES LONG,                          )
       Plaintiff,                    )
                                     )        RECEIVED
                                     )
                                     )     2007 NOV 29  A 9: 25
                                     )
vs.                                  )       DEBRA P. HACKETT
                                     )     CIVIL ACTION DISTRICT 07-CV-581-MHT
                                     )          MIDDLE DISTRICT ALA
                                     )
                                     )
COMMANDER KEITH REED, et al.,        )
       Defendants.                   )

## MOTION FOR EXTENSION OF TIME

COMES NOW, the Plaintiff James Long in the above-styled cause, and respectfully request a twenty-one (21) day extension through and until December 20, 2007, in which to file his objection to the Defendants' Special Report and Answer and his Affadavits with this Court, and as grounds therefore state as follows:

1.  The Plaintiffs objection to the Defendants Special Report and Answer as well as his Affidavits is currently due in this case on November 29, 2007.

2.  That due to the schedule of the law library here at Bibb Co. Corr. Fac., Plaintiff is only allowed access to the facility one (1) day a week and he needs more time.

Wherefore, the Plaintiff respectfully request a twenty-one (21) day extension through and until December 20, 2007, in which to file his objection to the Defendants' Special Report and Answer and his Affidavits in this case.

Respectfully Submitted,

James Long

James Long, Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed to the below listed parties by placing the same in a pre-paid postage and properly addressed envelope and depositing the same in the U.S. Mail on: _11-27-07_ .

<u>James Long</u>
James Long, Plaintiff
AIS# 169420    A1-45A
Bibb Co. Corr. Fac.
565 Bibb Lane
Brent, AL 35034

SERVICE TO:


Hon. Terry F. Moorer
United States Magistrate Judge
Office Of The Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711


Hon. Gary C. Sherrer
Sherrer, Jones & Terry, P.C.
Attorney At Law
335 West Main St.
Dothan, AL 36301

James Long
AIS# 169420
Bibb Co. Corr. Fac.
565 Bibb Lane
Brent, AL 35034



UNITED STATES POSTAGE
PITNEY BOWES

02 1P          $ 000.41⁰
0003057532    NOV 28 2007
MAILED FROM ZIP CODE 35034

Hon. Terry F. Moorer
United States Magistrate Judge
Office Of The Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711