IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07-CV-581-MHT |
| ) | |
| M. REED, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on November 29, 2007 (Court Doc. No. 24), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent allowed by this order.

2. The plaintiff be GRANTED an extension from November 29, 2007 to and including December 13, 2007 to file a response to the defendants' special reports and answers.

3. The Recommendation entered on November 30, 2007 (Court Doc. No. 23) be and is hereby WITHDRAWN.

Done this 3rd day of December, 2007.

                                                   /s/ Terry F. Moorer
                                                 TERRY F. MOORER
                                                 UNITED STATES MAGISTRATE JUDGE