IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES LONG,                    )<br>                                )<br>    Plaintiff,               )<br>                                )<br>    v.                          )<br>                                )<br> M. REED, Commander, et al., )<br>                                )<br>    Defendants.              ) | CIVIL ACTION NO.<br>1:07cv581-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an Alabama inmate, filed this lawsuit challenging actions taken against him during his confinement in the Houston County Jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of July, 2009.


                                                    /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**