```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


JAMES LONG,                    )
                               )
    Plaintiff,                 )
                               )         CIVIL ACTION NO.
    v.                         )           1:07cv581-MHT
                               )               (WO)
M. REED, Commander, et al.,    )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's objections (Doc. No. 36) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 35) is adopted.

(3) Defendants' motions for summary judgment (Doc. Nos. 15 & 17) are granted.

(4) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of July, 2009.


                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE